IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION.


ALONZO AUSTIN, EXECUTOR )        3:07-CV-138-MHT
FOR RUTH H. LEWIS, ESTATE )              Capel
    Plaintiff's )
       )        **DEMAND FOR JURY TRIAL**
    V. )

MODERN WOODMEN OF AMERICA )
PROBATE JUDGE, ALFONZA MENEFEE )
CIRCUIT JUDGE, HOWARD F. BRYAN )
ATTORNEY: DEBORAH H. BIGGERS )
ATTORNEY: FRED GRAY SR. )
ATTORNEY: NATHANSON, MASON MAMR )
CITY OF TUSKEGEE, POLICE DEPT. )
MACON COUNTY SHERIFF DEPT. )
MONTGOMERY CITY POLICE DEPT )
DR: ROBERT STORY )
ALABAMA STATE, TREASURER'S OFFICE )
ALABAMA STATE, BOARD OF LICENSURE )
ALABAMA EXCHANGE BANK )
PRESIDENT, ROBERT DAVIS )
SOUTHTRUST BANK and its )
PRESIDENT, REGIONS BANK )
JUANITA K. UPSHAW, GEORGE CLAY )
AETNA INSURANCE CO. ET AL. )
    Defendants;

<u>Compliant For Deprivation of CIVIL RIGHTS
by ALL Named Defendant, Joint Participation</u>

## <u>Introduction</u>

1. Plaintiff ALONZO Austin, Executor, bring this action against ALL Defendant's For Damages Arising out of an illegal Guardianship and Conservatorship Under color of Law.

## <u>Jurisdiction</u>

2. Plaintiff, brings this action against defendants to redress the deprivation of rights Secured him by the Fourteenth Amendments to the united States Constitution, 42 U.S.C. §1983 and the Common Law.

3. Plaintiff is a CITIZEN OF <u>ALABAMA</u> Each defendant is upon information and belief, a CITIZEN OF <u>ALABAMA</u> except. MODERN WOODMEN OF AMERICA, a fraternal financial Service that organize and in corporated under the Laws OF <u>ILLINOIS</u> With its principle office of business Located at 1701 1st Avenue, Rock Island, ILL. 61201

The matter in Controversy exceeds the Sum of $50,000.00 exclusive of Interest and Costs.

4. This Court has Jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1332 and 1343(a)(3) and 42 U.S.C. § 1983

5. Plaintiff also envokes Supplemental Jurisdiction of this Court over plaintiff's State Claims against defendents for Common Law Violations pursuant to 28 U.S.C. § 1367 as the Common Law Claims form part of the same case or Controversy.

6. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

Parties

7. Plaintiff, is a resident of ALABAMA

8. Defendants, MODERN WOODMEN OF AMERICA is a fraternal financial service offering life Insurance policies among other things, and is a resident of ILLINOIS. All other defendents are Residents OF ALABAMA. Defendants are sued in their individual and official Capacities. As State actors and civilians

9. At the time of the alleged Court actions at all times pertinent hereto, the defendents acted under Color of Law of a Statue, ordinance, regulation, Custom or usage,

Facts

10. On march 3, 1993 probate Judge breached his duty by refusing to Certify Durable General power of Attorney. Disclosing Some Probate Judge Alfonza Menefee then issue me a temporary Tag. See Exhibit "A" attached Following Me to the exit Door Judge Menefee threathen Guardianship proceeding and told Me to tare that up its No Good. referring to the Document In question.

11. Judge Menefee began Guardianship and Conservatorship proceeding on march 18, 1993 And Issued Some on April 29, 1993 Under Color of Law. Depriving Plaintiff of Federally protected 14th Amendments Civil Right Due process by Claiming Principal Ruth A. Lewis to be a ward of the State as Mentally incompetent. And Agent, Plaintiff, No Longer existed.// under the Law of Agency.

12. Probate Judge ALFONZA MENEFEE Was placed on Notice that Law of Agency existed on March 3, 1993 When plaintiff Attempted to file Same. and he refused.

13. per Court Record, A bond Issued For Guardian Juanita K Upshaw, of $10,000 From: Principal Lewis's Bank account. Under color of Law on May 10, 1993 by George H. Clay, (ALABAMA Resident Agent)

14. On 4/19/93 a Letter From General Practitioner Dr. Robert Story to Probate Judge Menefee. Stating he believed Principal Lewis to be Mentally incompetent. Under color of Law

15. On June 14, 1993 Probate Judge Menefee received a petition From Juanita K. Upshaw to set a side Durable General power of Attorney under color of Law.

16. On July 6, 1993 probate Judge ALFonza Menefee Issued an order Voiding Durable General power of Attorney under color of Law

17. On July 22, 1993 A Petition For
Rule Nisi by Juanita K. Upshaw
Praying For an order upon Plaintiff
to show cause why I shouldn't
be held in contempt, under color of Law

18. On the 5th day of August 1993
Plaintiff was Served with a Second
Notice or order of Probate Court
to appear before 4:30pm on Friday
August 6, 1993 to bring or file with
this Court all papers, documents
Keys and evidence of transfere of
Vehicle Title back to Principal Lewis
and all other personal Property belonging
to Principal Lewis.
        under color of Law.

19. per Court order On September 7, 1993
Plaintiff was Issued A Judgement/order of Contempt
Ordering Sheriff or deputy to arrest Plaintiff
be cause Plaintiff failed to Pay $20.00 Fine
imposed by Probate Judge Menefee For failure
to bring Principal's Legal Papers to him
additionally Plaintiff was Jailed For a Period
of 24 hours For Contempt of Court pursuant to
§12-13-9 Code of ALABAMA (CRIMINAL) Under Color of Law

20: Per Court order The Probate Judge
Transferred Illegal Guardianship and
Conservatorship to the Circuit Court
Judge Howard F. Bryan. on February 24, 1994
under Color of Law.

Once again approximately 5 month's Later
Plaintiff is ordered to appear and show
Cause as to why I should not be held in
Contempt only this time it's in the
Circuit Court on march 17, 1994
under Color of Law

21. Plaintiff did appear as ordered on
March 17, 1994 Where the issue of the
Where abouts of Principal Ruth H. Lewis
Was Front and Center, The Circuit Judge
Howard F. Bryan Showed no interest in
Plaintiff Concerns as to the where about
of Principle But rather insisted on
plaintiff Giving up the title to his Vehicle
given to him by Principal Lewis via
a Legal Title Signed by Principal Lewis
Upon my repeated Refusal Judge howard F Bryan,
did hold Me in Contempt also he remarked
to the Audience of Family Member This is
One Lucky Man today because if the Jail
had Room he'd be Locked but because there is
No space available he walks but I am going to
Dwast him of this Car. Which he did under color of Law.

22. On or about the Last of April 1994 Plaintiff eventully Located Principal Lewis who according to her had been Forcebly Removed From her residence Shortly after February 9, 1994 a day Follow my Last Visit With her While Doing Some Sheet Rock Repair in her Den See attached bill For Work Marked exhibit "B" It Was Nearly eight Weeks Later When I Found Principal in Montgomery Al. in an assisted Living facility Mason Manor placed there by Probate judge and Circuit judge Guardian Juanita K. Upshaw Keeping her From me her agents it was then that I Discovered through Neighborhood Conversations that power had been Cut off From Principal's Residence the Mail Box address Changed these defendents had Finally Separated the principal and Agent and Seized all Principal's Property, Real Tangible and intangible all the papers and documents Were removed including WILLS, Comdicils, Durable General Power B attorny Insurance Certificate Mail Box Keys, Car keys all the items that I Was Arrested For are now in the possession of these judges and Lawyer and Juanita upshaw UNder the Color of Law.

23. The insurance Certificate taken from Premises by Defendants under color of Law belongs to Plaintiff I want it back, I also want Principal Lewis back and equally as important as all the above wants I want my CIVIL Rights back my Fourteenth Amendment Due Process, Federally Protected Right Can you help US anybody Please?? We've Been Deprived very badly!!!

24. Principal Lewis died a horrible death as she was without Agent, Cousin and her Possession and friends her estate was Valued at over $250,000.00 which included 2 Homes and Approp $150,000 in both AlaBama Exchange Bank and SouthTrust Monies were unlawfully Taken under color of Law.

24. Whose responsible for this tragedy Agent marine corp Vetban 1965-1968, Principal School teacher for more than 30 yrs I think it fair to say the Doctrine of Judicial Notice could help with Discovery of Embezzled Monies, Conversion of Real property Larceny, False arrest, Malicious prosecution Seizure of Various Property kidnapping hold Principal Againther will until she died and buried her without Agent Knowledge appropimate - cause of Plaintiff injuries - under Color of Law

25. Attorney Fred Gray Sr. and Attorney Nathanson did involved themselves in Plaintiff business affairs with respect to Ruth H. Lewis estate in early January 1995 there about their participation I believe led to again acting under color of law Juanita K. Upshaw as administrator. of the Late Ruth H. Lewis estate which give rise to the above named Defendants. "there is and was a Legally Appointed Executor"

26. MODERN WOOD MEN OF AMERICA, did unlawfully and with malice Fradulantly transferred Plaintiff proceeds as beneficiary of same to the Treasures office of the State of Alabama under the color of law to be place under the UNClaim act of ALABAMA, subject to it Laws. On or Near 2/14/05 this was done in violation of Plaintiff 14th Amendment Civil Rights, Federally Protected, More over all the above named defendants, acted with WILLFUL and Wonton indifference to and diliberate. disregard For the Statutory and Constitutional Rights of Plaintiff and deprivation of Liberty and Immunities without Due Process of Law...

27. Upon information and belief at all times pertinent hereto Probate Judge and Circuit Judge permitted and Tolerated a pattern of Abuse of Process and Actions under color of Law depriving Persons of their 14th Amendment Constitutional Rights

## COUNT I, VIOLATION OF CONSTITIONAL RIGHTS
### Defendants
### (Claim for Compensatory Damages)

28. Plaintiff incorporates herein by reference the allegations contained in Paragraph 1 through 26

29. The intentional Abuse of process wherein Probate Court transferred Case to Circuit Court For review and the malicious Arrest of Plaintiff on a Criminal Charge with Circuit Court also holding Plaintiff in Contempt While divesting Plaintiff of Legal title to vehicle and using a criminal Statute to Create a Fraudulent Title instead for the Defendants Violated the Rights of Plaintiff as Guaranteed by the Fourteeth Amendment to the United States Constitution, For which defendants are individually Liable.

COUNT. II, VIOLATION OF CONSTITUTIONAL RIGHTS
      Defendants
          (Claim For exemplary Damages)

30. Plaintiff incorporates herein by reference
the allegations contained in Paragraph
1 through 29

31. The kidnapping of Principal and
holding her against her will in
Montgomery at Mason Manor
in order to Destroy the Legal
"Law of Agency" Removing all Legal
Document unlawfully From Principals
Residence Changed her mail Box P.O. Box
Number in order that plaintiff could
not have Access, converted her estate
unlawfully Embezzling Principals
Banking account and depriving her of
her Liberties and Immunities
Falsely and with Intentional Malice
While Separating Principal From Love one
And left to die Alone this was done
With willful and wanton indifference to
and deliberate disregard For the Constitutionally
Federal Rights of Plaintiff. Plaintiff is
thus entitled to exemplary Damages.

COUNT. III, VIOLATION OF STATUTORY CIVIL RIGHTS
                    Defendants
                    (Claim For Creespensatory Damages)

32. Plaintiff incorporate herein by reference the allegations Contained in paragraph 1 through 31

33. The kidnapping of Principal and holding her against her will in Montgomery, AL. at Mason Manor in order to destroy The Legal Law of Agency, removing All Legal document Unlawfully From Principal's residence, Changing her mail Box P.O. Box Number in order that plaintiff was denied access Converting her estate unlawfully Embezzling Principals bank Account, and depriving her of her liberties and Immunities falsely and with intentional Malice while separating Principal From Cousin, Agent and other Love ones, essentially left to die along this was done with willful and Wanton indifference to and deliberate disregard For the Statutory Civil Rights of Plaintiff.

COUNT: IV ; CONSPIRACY TO VIOLATE CIVIL RIGHTS
        Defendants
        (Claim for Compensatory Damages)

34. Plaintiff incorporates herein by reference the Allegations Contained in Paragraph One through 33

35. Defendant Conspired to Violate Plaintiff's Statutory CIVIL Rights as more fully described in the foregoing Paragraphs in Violation of 42 U.S.C. § 1983 For which defendants are individually Liable.

COUNT V INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
        Defendants
        (Claim For Compensatory Damages)

36. Plaintiff incorporates herein the Allegations Contained in Paragraphs 1 through 35

37. Defendants intentionally Harrashed and Verbally abused Plaintiff in a manner that was extreme, Outrageous and Legally Unjustified and Caused Plaintiff to Suffer Physical and Emotional distress For which Defendants are individually Liable.

COUNT VI INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
                    Defendants
          (Claim for exemplary Damages)

38. Plaintiff incorporates herein by reference
the allegations Contained in paragraphs 1 through 37

39 The Intentional Harassment and Unlawful
Abuse of Plaintiff by defendants were Legally
Unjustified and done with Actual malice and
Wanton indifference to and deliberate disregard
for human Life and the rights of Plaintiff
Plaintiff is thus entitled to exemplary Damages.

COUNT VII: MALICIOUS ABUSE OF PROCESS,
       MALICIOUS ARREST, AND INTENTIONAL
       FALSE IMPRISONMENT

40. Plaintiff incorporates herein the allegations Contained
in Paragraphs 1 through 39

41. Defendants used Criminal process against Plaintiff
in order to intimidate him and to dissuade plaintiff
from asserting his Rights against defendants and in order
to cover up their own Wrongdoing and to avoid Civel
and Criminal Liability for their own acts.

42. Defendants Intentionally & Falsely arrested and Falsely Imprisoned Plaintiff.

43. Defendants actions as stated above is proximate Cause of this Malicious abuse of process, False arrest, and false Imprisonment. Plaintiff Suffered the damages as aforesaid.

WHEREFORE, plaintiff request that this Court Enter Judgement against the defendants and award the following amounts:

a. $ 2,000,000⁰⁰ compensatory damages in Favor of Plaintiff.
b. $ 6,000,000⁰⁰ exemplary damages in Favor of Plaintiff
c. Cost of this action to the plaintiff (Pro-se) and
d. Such other and further relief as the court may deem appropriate.

Alonzo Austin, Pro-se
Alonzo Austin, Pro-se
Plaintiff

1321 Oliver-Carlis Rd.
Tuskegee Al. 36083
Ph# (334) 727-5476

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff demands a jury Trial. Alonzo Austin
Alonzo Austin, Pro-se
Plaintiff
address Same as above

**TEMPORARY TAG RECEIPT**

Issue Fee
$2.25

TEMPORARY TAG NO. A086052

[Exhibit "A"]

**STATE OF ALABAMA**
**STATE DEPARTMENT OF REVENUE**

This is to
certify that *Alonzo Austin*
                              Owner
*Rt. 3, Box 365 Tuskegee, Al. 36083*
                              Complete Address

has paid required fee for temporary vehicle license plate.

Make *Toyt* _____ Vehicle Identification No. *TE38144295*

Model Year *78* _____ Type of Vehicle _____

This the ___*3*___ day of *March* _____ , 19 *73*

*Judge of Probate*
                              Designated Agent

By: *Alfonza Menefee*

① 

Expires 20 days from date issued
MV 32-6-211 (6/89)

Erasure VOIDS this Receipt

**TUSKEGEE HOME REPAIR**
~~1005 Crawford Street~~  *1307 Old Mont. Rd.*
TUSKEGEE, ALABAMA 36083
**(205) 727-7777**

*Exhibit "B"*

| CUSTOMER'S ORDER NO. | PHONE 727-5476 | | DATE 2/8/9X |
|---|---|---|---|
| NAME *Ruth Lewis c/o Alonzo Austin* | | | |
| ADDRESS *1321 Oliver — Carlies Rd* | | | |
| *Tuskegee  AL   36083* | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *Hang 5/8* | | *75* |
| | *Sheetrock* | | |
| | *6 pcs   Full* | | |
| | | | |
| | | TAX | |
| RECEIVED BY | | TOTAL | *75* |

1608

All claims and returned goods
MUST be accompanied by this bill.

*Thank You*