IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv138-MHT |
| ) | |
| MODERN WOODMAN OF AMERICA, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 16th day of February, 2007.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE