AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _ALABAMA_

ALONZO AUSTIN, EXECUTOR
Plaintiff.

V.

MODERN WOODMEN OF AMERICA
ET. AL,
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

CIRCUIT JUDGE: HOWARD F. BRYAN
101 East Northside Street
Tuskegee, Al. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff
v.
Modern Woodmen of America
ET. Al.,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 CV 138 -MHT

TO: (Name and address of Defendant)

Montgomery City Police Department
320 North Ripley Street
Montgomery, AL. 36104

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River-Carlis Rd,
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK: V. Austin
(By) DEPUTY CLERK

DATE: 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin, Executor
Plaintiff,
v.
Modern Woodmen of America
Et. Al.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Macon County Sheriff Department,
246 County Road 10
Tuskegee, AL. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Curtis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2/20/07
CLERK                                                DATE

/s/ Austin
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ALONZO AUSTIN, Executor
Plaintiff;
v.
MODERN WOODMEN OF AMERICA
ET. AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

CITY OF, Tuskegee Police Department.
101 Fonville Street
Tuskegee, AL. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff

v.

MODERN Woodmen of America
ET, AL,
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 CV 138-MHT

TO: (Name and address of Defendant)

MASON MANOR
4120 Carmichael Road
Montgomery, AL, 36106

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin, Executor
Plaintiff;
v.
Modern Woodmen of America
ET. AL,
Defendants;

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Southtrust Bank
P.O. Box 3867
Auburn, AL. 36831-3867

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    2/20/07
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ALONZO Austin, Executor
Plaintiff
V.
MODERN WOODMEN OF AMERICA
ET, AL,
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV138-MHT

TO: (Name and address of Defendant)

Juanita K. Upshaw
P.O. Box 830265
Tuskegee, AL, 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL, 36083

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK

(By) DEPUTY CLERK

DATE  2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff
V.
Modern Woodmen of America
Et. Al.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Regions Bank
8 Commerce Street
Montgomery, AL. 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL, 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              2/20/07

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLe__ District of __ALABAMA__

ALONZO Austin, EXECUTOR
   Plaintiff
        V.

MODERN WOODMEN of America
    et AL.
        Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 cv 138-MHT

TO: (Name and address of Defendant)

MODERN WOODMEN OF AMERICA
1701 1st Avenue
Rock Island IL. 61201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ALONZO Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ District of _Alabama_

Alonzo Austin, Executor
Plaintiff,

V.

Modern Woodmen of America
et. Al,
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Probate Judge: Alfonza Menefee
101 East Northside Street
Tuskegee, AL. 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    2/20/07

CLERK                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin, Executor
Plaintiff,

v.

Modern Woodmen of America
ET. AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

ATTORNEY: Deborah H. Biggers
113 East Northside Street
Tuskegee, AL. 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin, Executor
Plaintiff,

V.

Modern Woodmen of America
ET. AL.
Defendents,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV138-MHT

TO: (Name and address of Defendant)

ATTORNEY: Fred Gray Sr.
104 West Northside Street
Tuskegee, Al. 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_     2/20/07

CLERK                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALONZO Austin, Executor
Plaintiff
v.
MODERN WOODMEN OF AMERICA
ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 CV 138-MHT

TO: (Name and address of Defendant)

George Clay
1205 Main Street
Tuskegee, Al. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _[signature]_

(By) DEPUTY CLERK _[signature]_

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff

v.

Modern Woodmen of America
ET, AL,
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV138-MHT

TO: (Name and address of Defendant)

Alabama Exchange Bank, president
102 West Northside Street
Tuskegee, Al. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ALONZO AUSTIN, Executor
Plaintiff
V.
MODERN WOODMEN OF AMERICA
ET, AL, Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Robert Davis
102 West Northside Street
Tuskegee, AL. 36083

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

ALONZO AUSTIN, Executor
Plaintiff
V.
MODERN WOODMEN of America,
ET. AL.
Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

SouthTrust Bank, President
P.O. Box 3867
Auburn, AL. 36831-3867

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

V. Austin
(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Alonzo Austin, Executor
Plaintiff,

v.

Modern Woodmen of America
ET. AL,
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 cv 136-MHT

TO: (Name and address of Defendant)

Dr. Robert Story
802 Crawford Street
Tuskegee, AL. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Alonzo Austin, Executor
Plaintiff,

v.

Modern Woodmen of America
ET. AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

Alabama State Treasurers Office
P.O. Box 302520
Montgomery, AL. 36130-2520

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River-Carlis Rd,
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 2/20/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ALONZO AUSTIN, Executor
Plaintiff,

V.

MODERN WOODMEN OF AMERICA
ET. AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV138-MHT

TO: (Name and address of Defendant)

ALABAMA Board of LICENSURE
P.O. Box 887
Montgomery, AL. 36101

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, AL, 36083

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                    2/20/07
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff,

V.

Modern Woodmen of America
ET. AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 CV138-MHT

TO: (Name and address of Defendant)

Attorney: Nathanson
104 West Northside Street
Tuskegee, Al. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Curlis Rd.
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  2/20/07