AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff,
V.
Modern Woodmen of America
ET. AL.
Defendents,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07-CV-138-MHT

TO: (Name and address of Defendant)

Aetna Insurance Co.
Tampa Business Center
P.O. Box 30257
Tampa FL. 33630-3257

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd,
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/22/07