**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   City of Tuskegee
   Police Dept.
   101 Fonville St.
   Tuskegee, AL 36083

2. Article Number
   (Transfer from service label)

   7004 1160 0003 5800 4654

   ...3811 February 2004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Charlie Bowen    ☒ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Charlie Bowen                 2-21-'07

D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below:      ☐ No

   P.O. Box 830687               07cv138
   Tuskegee AL 36083             S+C

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt    102595-02-M-1540