**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mason Manor
   4120 Carmichael Rd.
   Mont, AL 36106

2. Article Number (Transfer from service): 7004 1160 0003 5800 4777

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Nichole Ham

C. Date of Delivery: 2-21-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
07cv138
S+C

3. Service Type:
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes