**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *[signature]*    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

*Stacy [illegible]*

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

*Dr. Robert Story*
*802 Crawford Street*
*Tuskegee, AL*
*36083*

*07cv138 e*

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1160 0003 5800 4685

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540