**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Macon County Sheriff Dept
   246 County Rd 10
   Tuskegee, AL 36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Loretta McCain*     ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)
   Loretta McCain

C. Date of Delivery  2/2/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   07cv138
   54C

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 1160 0003 5800 4661

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540