Case 3:07-cv-00138-MHT-TFM    Document 13    Filed 02/26/2007    Page 1 of 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alabama Exchange Bank, President
    102 West Northside St.
    Tuskegee, AL 36083

2. Article Number (Transfer from service label): 7004 1160 0003 5800 4753

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Clarice Moss

C. Date of Delivery: 2/21/07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   07CV138

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes