**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert Davis
   102 W. Northside St.
   Tuskegee, AL 36083

2. Article Number (Transfer from service label): 7004 1160 0003 5800 4715

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Clanice Moss   C. Date of Delivery: 2-21-07

D. Is delivery address different from item 1? ☐ Yes   ☐ No
   If YES, enter delivery address below:

   de St. 07CV138 SVC

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes