| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Sheila Heard  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Sheila Heard   C. Date of Delivery 2/21/07 |
| 1. Article Addressed to:<br><br>Circuit Judge:<br>Howard F. Bryan<br>101 E. Northside St.<br>Tuskegee, AL 36083 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>svc<br>07CV138 |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5800 4791 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |