**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty Fred Gray, Jr.
104 West Northside
Tuskegee AL
36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)  Stephanie Steward   C. Date of Delivery 2 22 07

D. Is delivery address different from item 1?  ☒ Yes
If YES, enter delivery address below:  ☐ No

PO Box 830239
Tuskegee AL
36083
07 CV 138
STC

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0003 5800 4630

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty: Nathanson
104 W. Northside St.
Tuskegee, AL
36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☒ Agent  ☐ Addressee

B. Received by ( Printed Name)  Stephanie Steward   C. Date of Delivery 2 22 07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

07 CV 138
STC
PO Box 830239

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 1160 0003 5800 4647

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540