RECEIVED

2007 FEB 28 ' A 9: 27

P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

February 26, 2007

To Whom It May Concern:

The Facility in question, Mason Manor, has been out of business for over ten years.
Due to the years the business has been closed, there are no records.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _ALABAMA_

Alonzo Austin, Executor
Plaintiff
v.
Modern Woodmen of America
Et. Al.
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07 CV 138 -MHT

TO: (Name and address of Defendant)

MASON MANOR
4120 Carmichael Road.
Montgomery, Al. 36106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083

an answer to the complaint which is served on you with this summons, within _20_ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

2/20/07

CLERK                                        DATE

(By) DEPUTY CLERK