**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Aetna Insurance Company
Tampa Business Center
P.O. Box 30257
Tampa, FL 33620-3257

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: FEB 26 2007

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes / ☐ No

RICHARD DURMER
[illegible stamp]

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7004 1160 0003 5796 8612

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952