| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Whitnee Helms_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Whitnie Helms    C. Date of Delivery: 3-6-07 |
| 1. Article Addressed to:<br>SOUT867    368312006 1C06 17 03/05/07<br>NOTIFY SENDER OF NEW ADDRESS<br>:SOUTHTRUST BANK<br>307 N GAY ST<br>AUBURN AL 36830-3915 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>7CV138<br>S&C |
| | 3. ...e<br>☐ ...d Mail   ☐ Express Mail<br>☐ ...ered   ☒ Return Receipt for Merchandise<br>☐ ...d Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0003 5800 4760 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540