**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UT867   368312006 1C06 17 03/05/07
TIFY SENDER OF NEW ADDRESS
OUTHTRUST BANK
7 N GAY ST
BURN AL 36830-3915

2. Article Number (Copy from serv.    7004 1160 0003 5796 9701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
Whitnie Helms | 3-6-07

C. Signature
x Whitnie Helms
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

e Type
☐ ...tified Mail   ☐ Express Mail
☐ ...istered   ☐ Return Receipt for Merchandise
☐ ...red Mail   ☐ C.O.D.

...ed Delivery ...   ☐ Yes

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952