# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                    TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Austin v. Modern Woodman of America et al

Case Number:  3:07-cv-00138-MHT

Referenced Docket Entry - *** Motion to Dismiss -  Doc.  No. 26

The referenced docket entry was electronically filed  with  ERROR  on ***March 13, 2007***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because it is a duplicate of doc. 25.   Please DISREGARD this docket entry. See doc. 25 for the corrected docket entry & pdf.