# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **ALONZO AUSTIN, Executor for** | ) | |
| **Ruth H. Lewis, Estate,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.** |
| | ) | **3:07-CV-138-MHT-WC** |
| **MODERN WOODMEN OF** | ) | |
| **AMERICA,** | ) | |
| **et al,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## MOTION TO DISMISS

Comes now the Defendant, Modern Woodmen of America ("Modern Woodmen"), and, pursuant to Rule 12(b)(6), Fed. R. Civ. P., moves that the Court dismiss Plaintiff's claims against it on the grounds that the Complaint fails to state any claim upon which relief may be granted. As grounds therefor, Modern Woodmen shows as follows.

## <u>INTRODUCTION</u>

Plaintiff's Complaint attempts to draw Modern Woodmen into a controversy it is no part of. For more than ten years, Modern Woodmen has repeatedly asked Plaintiff to submit a required claim form to collect annuity proceeds to which he is

due. Plaintiff has refused to do so, apparently because he fears that the proceeds may be seized by a third party. Modern Woodmen ultimately paid the proceeds to the Alabama Treasurer's Office pursuant to the state's unclaimed property law and its desire to bring a resolution to the claim and cease the accrual of interest. Plaintiff may collect the annuity proceeds at any time by filing a claim with the Unclaimed Property Division of the Alabama State Treasury. In the meantime, Modern Woodmen respectfully requests that this Court dismiss Plaintiff's claims against it on Rule 12(b)(6) grounds.

## ARGUMENT

1. Plaintiff's Complaint alleges that Modern Woodmen wrongfully transferred funds owed Plaintiff as beneficiary of an annuity to the Alabama State Treasurer's Office. (See Complaint at ¶ 26). The Complaint alleges a litany of counts against all the named defendants, including Modern Woodmen. (See id. at ¶ 28-43). Understanding the reasons behind the Complaint's failure to state any valid cause of action against Modern Woodmen requires a brief summary of the facts surrounding the subject annuity.

2. On February 6, 1991, Ruth H. Lewis completed an application for a Modern Woodmen annuity certificate with proceeds payable on her death. (See application attached as Ex. 1). She named the Plaintiff, Alonzo Austin, as beneficiary,

2

identifying him as her cousin. (Id.). Modern Woodmen subsequently issued Certificate 6737108 to Ms. Lewis. (See affidavit of Judy Gackle, attached as Ex. 2, at ¶ 2).

3.      On February 2, 1993, Ruth Lewis executed a Durable General Power of Attorney naming Alonzo Austin her Attorney-in-Fact. (See Power of Attorney attached as Ex. 3).

4.      On April 28, 1993, the Probate Court of Macon County, Alabama, found that Ruth Lewis was legally incompetent and named Juanita Upshaw as her guardian and conservator. (See Letters of Conservatorship and Guardianship attached as Ex. 4).

5.      On June 4, 1993, Juanita Upshaw filed a petition with the Macon County Probate Court to set aside the power of attorney granted to Alonzo Austin, arguing that Lewis was not mentally competent at the time and executed it under duress and coercion. (See petition attached as Ex. 5).

6.      A hearing on the petition was held on June 29, 1993. (See Probate Court of Macon County Order of July 6, 1993, attached as Ex. 6). Austin appeared pro se. (Id.). Upshaw appeared and was represented by attorney Deborah Hill Biggers. (Id.). Ruth Lewis was also present. (Id.). Upshaw presented evidence from Dr. Robert Story that Lewis had been mentally incompetent for at least a year, beginning in June

1992. (Id.). This period of incompetency included the date when Lewis gave the General Power of Attorney to Austin in February 1993. (Id.). Austin stated at the hearing that he agreed with the court's action naming Upshaw as guardian and conservator of Ruth Lewis and that he did not oppose setting aside and declaring void the February 2, 1993 Power of Attorney. (Id.).

7.    On July 6, 1993, the Probate Court of Macon County entered an order declaring the February 2, 1993 Power of Attorney null and void. (See Ex. 6). The order further provided, in pertinent part:

(5)    Any and all personal property, documents, keys and other items belonging to or pertaining to Ruth H. Lewis, in the possession of Alonzo Austin, shall be turned over to Guardian and Conservator, Juanita K. Upshaw, within seven (7) days from the date of this Order; and

(6)    Alonzo Austin shall engage in no conduct or actions to interfere with the duly authorized powers of Juanita K. Upshaw as Guardian and Conservator of Ruth H. Lewis.

(Id.).

8.    Ruth Lewis died on November 26, 1994. (See death certificate attached as Ex. 7).

9.    Thereafter, at some point Juanita Upshaw became aware of Ruth Lewis' annuity naming Alonzo Austin as beneficiary. Upshaw inquired about the annuity by letter to Modern Woodmen dated July 10, 1996. (See letter attached as Ex. 8).

4

Modern Woodmen responded that Upshaw's letter was the first notice it had received of Ruth Lewis' death, and that Austin, as the named beneficiary under the Certificate, would be required to submit a completed claim form in order to disburse the proceeds. (See July 17, 2006 letter attached as Ex. 9). Upshaw wrote back to Modern Woodmen and argued that Lewis was not competent when she named Austin as the beneficiary. (See August 14, 2006 letter attached as Ex. 10). Modern Woodmen concluded from its investigation, which included an interview with the agent who sold Lewis the annuity, that there was no reason to question Lewis' competency at the time she named Austin as beneficiary in February 1991. (See August 22, 2006 letter attached as Ex. 11).

10.    As the years passed, Modern Woodmen sent several letters to Austin requesting that he submit the required claim form in order to release the annuity proceeds to him. (See attached letters dated Dec. 23, 1996 (Ex. 12); Aug. 24, 1998 (Ex. 13); July 26, 2001 (Ex. 14); Aug. 8, 2003 (Ex. 15); Sep. 4, 2003 (Ex. 16); Dec. 15, 2003 (Ex. 17); Sep. 17, 2004 (Ex. 18); May 19, 2005 (Ex. 19)). Austin wrote multiple letters in reply, stating that he could not do so based on the above legal circumstances. (See attached letters dated Aug. 21, 2003 (Ex. 20); July 22, 2005 (Ex. 21); Aug. 3, 2005 (Ex. 22)).

11.    Finally, on July 15, 2005, after the annuity proceeds had nearly doubled due to accrued interest, Modern Woodmen advised Austin that if he did not submit a claim form it would transfer the proceeds to the Alabama State Treasurer's Office pursuant to the Alabama Uniform Disposition of Unclaimed Property Act. (See letter attached as Ex. 23). Austin did not reply and the proceeds were transferred as described. (See Ex. 2).

12.    Modern Woodmen's transference of the funds was made in compliance with the Alabama Uniform Disposition of Unclaimed Property Act at Ala. Code § 35-12-70 et seq. (See affidavit of Judy Gackle, Ex. 2). Pursuant to § 35-12-72(a)(10), property in the form of amounts due under a policy of life insurance are to be presumed abandoned if unclaimed by the apparent owner within three years after the obligation to pay arose. Under § 35-12-77, "the holder of property presumed abandoned", upon filing a report required by § 35-12-76, "shall pay, deliver, or cause to be paid or delivered to the Treasurer the property described in the report as unclaimed[.]"

13.    Plaintiff's remedy to collect the proceeds he is due is to make a claim for the funds from the Unclaimed Property Division of the Alabama State Treasury under the procedures provided in Ala. Code § 35-12-83.

6

## CONCLUSION

As the attached affidavit and background documents reveal, Modern Woodmen is an innocent bystander to the events described in the Complaint.  Moreover, the Complaint does not state any valid cause of action against Modern Woodmen. Plaintiff may collect the proceeds to the annuity at any time from the State Treasury. Thus, Modern Woodmen respectfully requests that this Court dismiss each and every claim asserted against it in Plaintiff's Complaint.

Respectfully,

  /s/    Charles D.  Stewart
Charles D.  Stewart (ASB-7467-T63C)
Attorney for Defendant, Modern Woodmen
of America

OF COUNSEL:

SPAIN & GILLON, L.L.C.
2117 2nd Avenue North
Birmingham, AL  35203
(205) 328-4100
(205) 324-8866 (fax)
E-mail:  cds@spain-gillon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2007, a copy of the foregoing pleading was electronically filed with the Clerk of the Court using the Electronic Filing System which sends notification of such filing to counsel of record in this cause and that those not registered with electronic notification have been served by U.S. Mail.

Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL  36083


   /s/      Charles D.  Stewart          
Of Counsel

8

MODERN WOODMEN OF AMERICA
Rock Island, Illinois 61201
Page 1A

**APPLICATION FOR ANNUITY**

*A Fraternal Benefit Society*

## SECTION C — PROPOSED ANNUITANT (Please Print)

Home Office Use

**6737108**

1a. Last Name: **VCWIS**   First Name: **RUTH**   Middle Name: **NARKVESS**

☐ Single   ☐ Married   ☐ Widowed   ☑ Divorced   ☐ Separated

b. If Proposed Annuitant Is Under Age 16: Applicant's Name (First, Middle, Last)

Applicant's Social Security No.

2. Proposed Annuitant's Address: **1401 west mlk Hwy Tuskegee** Street / City **Al. 36083** State / Zip Code

(Mailing Address If Different): **P.O. Box 265** Street **Tuskegee Al.** City State **36083** Zip Code

3. Membership is applied for in Camp No. **16161**

4 a. Is Proposed Annuitant now a member of this Society? ☐ Yes ☑ No
   b. If yes, give certificate number.

5.

| Sex M F | Birthdate Month Day Year | Register Date Month Day Year | Age On Reg. Date | Birth State | Proposed Annuitant's Social Security No. | Residence Telephone |
|---|---|---|---|---|---|---|
| F | 10-22-18 | 03-01-91 | 72 | Al | 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 | 205-727-1864 |

## SECTION D — ANNUITY PLAN INFORMATION

1. ☐ Flexible Premium Annuity with Income to begin at Age **82**

   Expected Annual Premium (Includes WP if applied for) $ **10,000.00**   Plus One Sum Payment if Any $ ____   ☐ Waiver of Premium (Complete Sections E and F)

2. ☑ Single Premium Deferred Annuity with Single Premium of **$10,000**  with income to begin at Age **82**

3. ☐ Single Premium Immediate Annuity with Single Premium of $ ____   Income Payable ☐ A ☐ S ☐ Q ☐ M
   (Complete a or b below)
   a. ☐ Single Life Annuity with (Check one) ☐ Installment Refund OR ☐ 10 Yrs. Certain OR ☐ No Period Certain
   b. ☐ Joint and Survivor Annuity with (1.) ☐ Full to Survivor OR ☐ ⅔ to Survivor (2.) ☐ 10 Yrs. Certain OR ☐ No Period Certain

   (3.) Joint Annuitant (Please Print): Last Name ____ First Name ____ Middle Name ____ | Sex M F | Date of Birth Month Day Year | Social Security No. | Relationship to Annuitant

4. Is the annuity applied for intended to be a Tax Qualified Plan? ☐ Yes ☑ No If yes, complete Question 5.

5. Complete only for Tax Qualified Plans: I represent that I am eligible for participation in the Tax Qualified Plan requested below and I request that any certificate issued pursuant to this application shall be appropriately endorsed to be nontransferable and to conform to the requirements of the Internal Revenue Code, Regulations, or published Revenue Rulings.   ☐ IRA ☐ IRA ROLLOVER ☐ TSA ☐ HR-10

6. Premium Payment Frequency (Check One) ☐ ABC ☐ A ☐ S ☐ Q ☐ GA ☐ SAP ☑ SINGLE
   If ABC (Specify) ☐ New ABC, Complete Page 10 OR ☐ Add to Existing ABC. (Give Certificate Number)

7. Do you intend to replace, change or borrow on any existing life or annuity plan because of this application? ☐ Yes ☑ No
   If yes, explain.

8. Principal Beneficiary (Please Print) **ALONZA AUSTIN**   Relationship to Annuitant **COUSIN**   | Contingent Beneficiary (Please Print) | Relationship to Annuitant

(Equally to the surviving principal beneficiaries unless otherwise indicated.)   (If no principal beneficiary survives, then equally to the surviving contingent beneficiaries unless otherwise indicated.)

Mode of Settlement: ☑ Deposit at Interest ☐ One Sum ☐ Other (Specify in Special Request Section)
(Unless otherwise specifically requested, the beneficiaries shall have the right to change the mode of settlement.)

SPECIAL REQUEST SECTION
**Please send interest check monthly, starting 3-1-91 send form to sign for withholding exemption**

HOME OFFICE CORRECTION SECTION (EXCEPT IN WEST VIRGINIA)
**See D 1, 2**

EXHIBIT
1

Form 8700—2 (Rev. 10-88)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALONZO AUSTIN, Executor for<br>Ruth H. Lewis, Estate, | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 3:07-CV-138-MHT-WC |
| MODERN WOODMEN OF | ) | |
| AMERICA, | ) | |
| et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

---

## AFFIDAVIT OF JUDY GACKLE

---

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| ROCK ISLAND COUNTY | ) |

Before me, the undersigned authority in and for said county in said state, personally appeared Judy Gackle, who, being known by me and first duly sworn and placed under oath, deposes and says as follows:

1.     My name is Judy Gackle. I am Claim Department Manager for Modern Woodmen of America ("Modern Woodmen"). In that capacity, I have personal

1

**EXHIBIT**

**2**

knowledge of the matters contained in this Affidavit and I have authority to make this Affidavit.

2.    The annuity at issue in Mr. Austin's Complaint, Certificate 6737108, became payable in 1994 upon the death of the annuitant, Ruth H. Lewis. Mr. Austin was the named beneficiary on the Certificate.

3.    Since learning of Ms. Lewis' death, Modern Woodmen sent no fewer than eight letters to Mr. Austin asking him to submit a required claim form in order to collect the proceeds of the Certificate. On at least three occasions, he refused in writing to do so.

4.    By letter dated July 15, 2005, Modern Woodmen advised Mr. Austin that, since he had not provided the required forms to process his claim, it had no alternative but to treat the proceeds as unclaimed property according to the Alabama Uniformed Disposition of Unclaimed Property Act, Ala. Code § 35-12-70, et seq., and pay the unclaimed funds to the State Treasurer's Office. The letter gave Mr. Austin thirty days to respond before any action was taken. Mr. Austin did not respond in the thirty-day period and the funds, in the amount of $23, 136.45 were paid to the State Treasurer's Office on October 31, 2005.

5.    Modern Woodmen's transference of the annuity proceeds was not made with malice or to deprive Mr. Austin of any right to which he may be entitled. To the

2

contrary, Modern Woodmen retained the proceeds for almost ten years after they were to be presumed abandoned under Alabama law. The transference was made pursuant to Modern Woodmen's obligation under the Unclaimed Property Act and its desire to bring a resolution to Mr. Austin's claim and cease the accrual of interest on the annuity proceeds.

FURTHER THE AFFIANT SAYETH NOT.

_____
Judy Gackle

STATE OF ILLINOIS          )
                           )
ROCK ISLAND COUNTY         )

    I, the undersigned, a Notary Public in and for said County, in said State, hereby certify that Judy Gackle, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day, that, being informed of the contents of this instrument, he/she executed the same voluntarily on the day the same bears date.

    Given under my hand and official seal this the 15th day of March, 2007.

"OFFICIAL SEAL"
Linda J. Kendall
Notary Public, State of Illinois
My Commission Exp. 03/02/2008

[S E A L]

_____
Notary Public
My Commission Expires: March 2, 2008.

3

STATE OF ALABAMA

COUNTY OF MACON

## DURABLE GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a DURABLE GENERAL POWER OF ATTORNEY, that I, RUTH H. LEWIS, whose address is P.O. Box 265, 1401 Martin Luther King Highway, Tuskegee, AL 36083, do hereby make, constitute and appoint my cousin, ALONZO AUSTIN whose mailing address is Rte. 3; Box 365, Tuskegee, AL 36083, my true and lawful Attorney-in-Fact, for me and in my name, place and stead, and on my behalf and for my use and benefit and to perform the following duties, to wit:

To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power or capacity to exercise or perform, in connection with, arising from, or relating to any person, item, transaction, thing, business property, real or personal, tangible or intangible, or whatsoever.

To request, ask, demand, sue for, recover, collect, receive and hold and possess all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, any and all documents of title, choses in action, personal and property rights, and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become, owned by me, or due, owing, payable, or belonging to me, or in which I have or may hereafter acquire interest, to have, use and talk all lawful means and equitable and legal remedies, procedures and writs in my name for the collection and recovery thereof, and to adjust, sell, compromise and agree for the same, and to make, execute and deliver for me, on my behalf, and in my name all endorsements, acquittances, releases, receipts or other sufficient discharges for the same;

To lease, purchase, exchange, and acquire, and to agree, bargain and contract for the lease, purchase, exchange and acquisition of and to accept, take, receive and possess any real or personal property whatsoever, tangible or intangible, or interest thereon, on such terms and conditions, and under such covenants, as my Attorney-in-Fact shall deem proper;

I grant to my said Attorney-in-Fact full power and authority to do, take and perform all and every act and thing whatsoever

EXHIBIT

3

**DURABLE GENERAL POWER OF ATTORNEY;**          **PAGE TWO OF TWO PAGES**
**RUTH H. LEWIS TO ALONZO AUSTIN**

requisite, proper or necessary to be done, in the exercise of any
of the rights and powers herein granted, as fully to all intents
and purposes as I might or could do if personally present, with
full power of substitution or revocation, hereby ratifying and
confirming all that my said Attorney-in-Fact, or his substitute
shall lawfully do or cause to be done by virtue of this power of
attorney and the rights and powers herein granted;

This instrument is to be construed and interpreted as a
DURABLE AND GENERAL POWER OF ATTORNEY. The enumeration of specific
items, rights, acts or powers herein is not intended to, nor does
it, limit or restrict, and is not to be construed or interpreted as
limiting or restricting, the general powers herein granted to my
said Attorney-in-Fact.

The rights, powers and authority of my said Attorney-in-Fact
herein granted shall commence upon my signing this Power of
Attorney and, in addition, said Power of Attorney shall be in full
force and effect upon the disability, incompetency or incapacity
of the said principal, RUTH H. LEWIS, and such rights, powers and
authority shall remain in full force and effect until the death of
the principal, RUTH H. LEWIS. Any action taken in good faith
pursuant to the foregoing authority without actual knowledge of my
death shall be binding upon me, my heirs, assigns and personal
representatives.

Done this __2nd__ day of February, 1993.

_Ruth H. Lewis_
RUTH H. LEWIS

---

STATE OF ALABAMA          )
                          )
COUNTY OF MACON           )

I, ALBERT C. BULLS III, a Notary Public in and for said County
in said State, hereby certify that RUTH H. LEWIS, whose name is
signed to the foregoing DURABLE GENERAL POWER OF ATTORNEY and who
is known to me, acknowledge before me on this day that, being
informed of the contents of said DURABLE GENERAL POWER OF ATTORNEY,
he executed the same voluntarily on the day the same bears date.
Given under my hand this __2nd__ day of February 1993.

ALBERT C. BULLS III, Notary Public
MY COMMISSION EXPIRES: 4/7/94

THIS INSTRUMENT WAS
PREPARED BY
ALBERT C. BULLS III
P. O. BOX 1233
TUSKEGEE INST., AL 36088-1233
TELEPHONE 205-727-1074

IN THE PROBATE COURT OF MACON COUNTY, ALABAMA

IN RE:  The Conservatorship And    )
        Guardianship Of Ruth H.     )          W ··· ·------·    ··· n o 1997
        Lewis, An Incapacitated     )
            Person.                  )

LETTERS OF CONSERVATORSHIP  AND GUARDIANSHIP

THE STATE OF ALABAMA                    PROBATE COURT

MACON  COUNTY                           April 27  , 19 93

    BE IT REMEMBERED, AND MADE KNOWN TO ALL WHOM IT MAY CONCERN:

    That on the application of The Conservator and Guardian
named below, to my said Court, I have caused these LETTERS OF
CONSERVATORSHIP AND GUARDIANSHIP to issue in favor of the said _
Juanita Upshaw  , Conservator And Guardian, in and upon the Estate,
real and personal property of,  RUTH H. LEWIS   , an incapacitated
person, and, in every case which occasion may require, the said
Conservator And Guardian is authorized and directed to exercise all
powers  and  duties  in  accordance  with  the  Alabama  Uniform
Guardianship And Protective Proceedings Act; as the lawful Guardian
And Conservator of the said incapacitated Ward, Ruth H. Lewis.

    Witness my hand and official seal this 2S Cipril . 19 23.


                    Alfonza Menefee
                    ALFONZA MENEFEE, Judge Of Probate
                    MACON County, Alabama

---

THE STATE OF ALABAMA

MACON      COUNTY

    I,  Alfonza Menefee , Judge Of Probate, hereby certify that
the foregoing is a true and correct copy of Letters Of Conservatorship
and Guardianship, issued in favor of  JUANITA UPSHAW , as guardian

EXHIBIT

4

of   Ruth H. Lewis   , as same appears of record in my office.

Witness my hand and official seal this date 28 April, 19 93.

ALFONZA MENEFEE) , Judge Of Probate

MACON   County, Alabama

EXHIBIT D

IN THE PROBATE COURT OF MACON COUNTY, ALABAMA

IN RE:  The Conservatorship And )
        Guardianship of Ruth H.   )
        Lewis, An Incapacitated   )
        Person.                   )

RECEIVED

JUN 04 1993

JUDGE OF PROBATE

PETITION TO SET ASIDE DURABLE POWER OF ATTORNEY

Comes now Juanita Upshaw the duly appointed Guardian and
Conservator of Ruth H. Lewis, and petitions this Honorable Court
to set aside the Durable General Power of Attorney granted to Alonzo
Austin on February 2, 1993 and declare it null and void and state
the following grounds in support thereof:

1. Ruth H. Lewis was not mentally competent to appoint Alonzo Austin
   her Attorney-In-Fact on February 2, 1993. ( See attached Exhibit
   "A").

2. Ruth H. Lewis executed the February 2, 1993 Power Of Attorney
   under duress and coercion, perpetuated by Alonzo Austin.

3. Alonzo Austin, acting under the color of authority of said Power
   of Attorney has taken unreasonable advantage of Ruth H. Lewis,
   has breached his alleged fiduciary duty of such Power of
   Attorney and has converted the assets of the estate of Ruth
   H. Lewis, to his own personal use.

4. That the subsequent appointment of Petitioner, Junaita Upshaw
   as Guardian and Conservator over the Estate of Ruth H. Lewis
   on April 28, 1993, should be declared to supersede the
   Power of Attorney given to Alonzo Austin on February 2, 1993,
   for the reasons stated herein.

Wherefore, Petitioner requests that Alonzo Austin be ordered
to appear before this court at a hearing, to show cause why the relief
requested herein should not be granted, and Petitioner further
requests that Alonzo Austin file prior to said hearing, a written
accounting of how he has managed the affairs and assets of Ruth H.
Lewis since February 2, 1993.

Petitioner ultimately requests that after said hearing, this
court issue an order declaring said February 2, 1993 Power of Attorney
void and setting it aside, prohibiting Alonzo Austin from having
any further authority over the Estate of Ruth H. Lewis, an

EXHIBIT

5

incapacitated person.

· DEBORAH HILL BIGGERS
Attorney To Juanita Upshaw
113 East Northside
Tuskegee, AL  36083

STATE OF ALABAMA                    )
                                    )
COUNTY OF MACON                     )

### VERIFICATION

I, Juanita Upshaw, being duly sworn, depose and say that I am
a resident citizen of Macon County, in the State of Alabama.  I am
the Petitioner and duly appointed Guardian and Conservator over the
Estate of Ruth H. Lewis.  I have read over the above Petition and
the facts stated therein are true and correct according to my
information, knowledge, and belief.

JUANITA UPSHAW, Petitioner

Sworn to and subscribed before me this _____26th_____ day
of _____May_____ 1993.

NOTARY PUBLIC

MY COMMISSION EXPIRES: _____09/18/93_____

EXHIBIT

IN THE PROBATE COURT OF MACON COUNTY, ALABAMA

IN RE:  The Conservatorship And        )
        Guardianship of Ruth H.        )
        Lewis, An Incapacitated        )
        Person.                        )

## ORDER VOIDING POWER OF ATTORNEY GIVEN BY
## RUTH H. LEWIS TO ALONZO AUSTIN

On April 28, 1993, this Court, following a hearing, found that Ruth H. Lewis was incapable of handling her own affairs, and pursuant to the Alabama Uniform Guardianship and Protective Proceeding Act, appointed Juanita K. Upshaw as the Conservator and Guardian over the estate of Ruth H. Lewis.

In her capacity of Guardian and Conservator, Juanita K. Upshaw was made aware that on February 2, 1993 Ruth H. Lewis had given a Durable Power Of Attorney to Alonzo Austin, even though Ms. Lewis was mentally incompetent at the time she executed the February 2, 1993 Power Of Attorney.

In order to protect the interest and estate of Ruth H. Lewis, her duly appointed Conservator and Guardian filed a Petition to Set Aside and declare void the February 2, 1993 Power Of Attorney.

A hearing on said petition was held on June 29, 1993, following notice to all interested parties.

Mr. Alonzo Austin appeared pro se; Ms. Juanita K. Upshaw appeared and was represented by her attorney, Deborah Hill Biggers; the ward, Ruth H. Lewis, was present, as well as other interested family members of Ruth H. Lewis.

The Guardian presented medical evidence from Dr. Robert Story that ward, Ruth H. Lewis has been mentally incompetent for at least a year, from June 1992 which includes February 2, 1993 when said Durable Power Of Attorney, appointing Alonzo Austin her Attorney-In-Fact was executed.

Further testimony was presented by Alonzo Austin, stating that he agreed with this Court's action appointing Juanita K. Upshaw as ward's Guardian and Conservator, and that he

EXHIBIT

tabbies

6



did not oppose the setting aside and declaring void, the February 2, 1993 Power Of Attorney.

IT IS THEREFORE ORDERED AND ADJUDGED THAT:

(1) The February 2, 1993 Durable Power Of Attorney executed by Ruth H. Lewis, appointing Alonzo Austin her Attorney-In-Fact, is hereby declared null and void, and he is to exercise no further authority, powers or duties, pursuant to said voided Durable Power Of Attorney;

(2) Ruth H. Lewis was mentally incompetent to execute said Durable Power Of Attorney on February 2, 1993;

(3) Said February 2, 1993 Durable Power Of Attorney is null and void due to this Court's subsequent appointment on April 28, 1993, of Juanita K. Upshaw as Guardian and Conservator of Ruth H. Lewis, an incapacitated person, pursuant to the Alabama Uniform Guardianship and Protective Proceeding Act;

(4) That Alonzo Austin shall immediately convey title of ward's vehicle, to the Estate of Ruth H. Lewis, and provide proof of same to this Court and to Guardian;

(5) Any and all personal property, documents, keys and other items belonging to or pertaining to Ruth H. Lewis, in the possession of Alonzo Austin, shall be turned over to Guardian and Conservator, Juanita K. Upshaw, within seven (7) days from the date of this Order; and

(6) Alonzo Austin shall engage in no conduct or actions to interfere with the duly authorized powers of Juanita K. Upshaw as Guardian and Conservator of Ruth H. Lewis.

LET A COPY OF THIS ORDER BE SERVED ON ALL INTERESTED PARTIES.

DONE THIS ____6____ DAY OF ____July____, 1993.

ALFONZA MENEFEE
Macon County Probate Judge

THE STATE OF ALABAMA
MACON COUNTY
The foregoing is hereby certified a true and correct copy of the paper or instrument of which this is a ... on the same appears in my office.
... under my hand and seal this __6__ day of
_____ 19 93
_____
Judge of Probate

This is a true and exact copy of the record on file with the
Macon County Health Department.

_Signature of Local Registrar_

December 8, 1994
Date of Issue

W. WARREN    JUL 29 1996

# ALABAMA
## CERTIFICATE OF DEATH

County File Number

State File Number **101**

| 1. DECEASED—NAME First Middle Last (Type last name in capitals) | 2. DATE OF DEATH (Month, Day, Year) | 3. COUNTY OF DEATH |
|---|---|---|
| Ruth Harkless LEWIS | November 26, 1994 | Macon |

| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | 5. INSIDE CITY LIMITS (Specify Yes or No) | 6. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION—(If not in either, give street and number) |
|---|---|---|
| Tuskegee 36083 | | V.A. Medical Center |

| 7. IF HOSPITAL (Specify Inpatient, ER or Outpatient, DOA) | 8. IF HOSPANIC ORIGIN (Specify Yes or No) If Yes, Specify Cuban, Mexican, Puerto Rican, etc. | 9. RACE—(e.g. Black, American Indian, White, etc.) | 10. SEX |
|---|---|---|---|
| ER | No | Black | Female |

| 11. AGE | 12. UNDER 1 YEAR | | UNDER 1 DAY | | 13. DATE OF BIRTH (Month, Day, Year) | 14. DECEASED'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 76 | MOS. | DAYS | HOURS | MIN. | October 22, 1918 | 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 |

| 15. EDUCATION (Specify ONLY highest grade completed below) Elementary/High School (0-12) College (1-4 or 5+) | 16. MARITAL STATUS (Specify Married, Never Married, Widowed, Divorced) | 17. SURVIVING SPOUSE (If wife, give maiden name) | 18. Was Decedent ever in Armed Forces (Specify Yes or No) |
|---|---|---|---|
| | Widowed | | No |

| 19. STATE OF BIRTH (If not in USA, name country) | 20. RESIDENCE—STATE | 21. COUNTY | 22. CITY, TOWN, OR LOCATION AND ZIP CODE |
|---|---|---|---|
| Alabama | Alabama | Macon | Tuskegee Inst. 36087 |

| 23. INSIDE CITY LIMITS (Specify Yes or No) | 24. STREET AND NUMBER | 25. INFORMANT—Name and Address | |
|---|---|---|---|
| Yes | 1305 MLK Highway | Mrs. Juanita K. Upshaw-P.O. Box 275-Tuskegee Inst., AL 36087 | |

| 26. USUAL OCCUPATION (Give kind of work done during most of working life even if retired) | 27. KIND OF BUSINESS OR INDUSTRY |
|---|---|
| Teacher | Geneva County School System |

| 28. FATHER—NAME First Middle Last | 29. MAIDEN NAME OF MOTHER First Middle Last |
|---|---|
| Amos Harkless | Lanie Robinson |

| 30. DISPOSITION OF BODY (Specify Burial, Cremation, Medical Donation or Disposal) (Other) | 31. DATE OF DISPOSITION (Month, Day, Year) | 32. CEMETERY OR CREMATORY—Name | 33. LOCATION—(City or Town—State) |
|---|---|---|---|
| Burial | Dec 3, 1994 | Demascus | Hardaway, AL |

| 34. FUNERAL HOME—Name and Address | 35. FUNERAL DIRECTOR—Signature | 36. DATE SIGNED BY FUNERAL DIRECTOR |
|---|---|---|
| Peoples Funeral Home-500 Fonville St.-Tuskegee, AL 36083 | Hal S. Dente | Dec 7, 1994 |

37. Certifying Physician — Physician certifying cause of death (To the best of my knowledge death occurred at the time and date, and due to the cause(s) and manner stated.)
___ Medical Examiner  X Coroner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, place, and due to the cause(s) and manner stated.
Signature: Hal S. Dente

| 38. DATE SIGNED (Month, Day, Year) |
|---|
| December 7, 1994 |

| 39. TIME AND DATE OF DEATH | 40. DATE AND TIME PRONOUNCED DEAD (For Coroner/M.E. use only) | 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 49) |
|---|---|---|
| Nov. 26, 1994 @ 8:45pm | | Hal E. Bentley-Coroner-Macon County |

| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 49) | 43. CERTIFIER LICENSE NUMBER |
|---|---|
| 500 Fonville Street-Tuskegee, AL 36083 | |

| 44. REGISTRAR—Signature | For State or County use only | 45. DATE FILED (Month, Day, Year) |
|---|---|---|
| | | December 8, 1994 |

## MEDICAL CERTIFICATION

46. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE.

| | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → Heart Attack | | |
| DUE TO (OR AS A CONSEQUENCE OF): | | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST. | DUE TO (OR AS A CONSEQUENCE OF): | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |
| | DUE TO (OR AS A CONSEQUENCE OF): | |

47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 48. WAS THERE A PREGNANCY IN LAST 12 DAYS? (Specify Yes, No, or Unk.) |
|---|

| 49. MANNER OF DEATH (Specify Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Cause) | 50. AUTOPSY (Specify Yes or No) | 51. If yes, were findings considered in determining cause of death? (Specify Yes or No) |
|---|---|---|
| Natural Cause | No | |

| 52. HOW INJURY OCCURRED (Enter nature of injury in item 46, Part 1 or item 47, Part II) | 53. DATE OF INJURY (Month, Day, Year) |
|---|---|

| 55. INJURY AT WORK (Specify Yes or No) | 56. PLACE OF INJURY—(Specify at home, farm, street, factory, office building, etc.) | 57. LOCATION OF INJURY (Street or R.F.D. No.) (City or Town, State) |
|---|---|---|

This is a legal record and must be filed within five (5) days after death.

**EXHIBIT**

7



Tuskegee, Ala. 36083-0265
P.O. Box 830265
July 10, 1996

W. WARREN    JUL 15 1996

Modern
Woodmen
of America.

1701 1st Ave.

P.O. Box 2005
Rock Island, Ill. 61204-2005

To Whom this may concern:
I wrote to Mr. Robert L. Wilkerson 3-27-96
2480 Flea Hop Rd.
Eclectic, Ala. 36024    (Agent)
Haven't Heard from him. This letter
Stated as follow.

Certificate 6737108
Register Date 3-1-91
Ruth Harkless Lewis
P.O. Box 265
Tuskegee, Ala. 36083

Dear Mr. Wilkerson:
Ruth H. Lewis (deceased) November
26, 1994. I am the neice of Mrs Lewis

EXHIBIT
8

Juanita K. Upshaw who was her Guardian, Conservator - now the Administrator over her Estate.

W. WARREN    JUL 15 1996

May I Please here from you concerning Mrs Ruth H. Lewis' Certificate 6737108

Register Dated 3-1-91

Ending Account Value

Death Benifit
as of 3-01-96

Dated 2-28-96
Amount # 12,326.54

Thank you!
Sincerely Juanita K. Upshaw
Administrator of Ruth
Harkless Lewis Estate.

P.S. - No response
from Mr. Wilkerson

July 17, 1996


Ms. Juanita K. Upshaw
PO Box 830265
Tuskegee, AL  36083


RUTH HARKLESS LEWIS - CERTIFICATE 6737108


Your letter was the first notice we had received of Ruth Lewis' death.  Please convey our sincere
sympathy to the survivors.

The beneficiary designation provides for the proceeds of Certificate 6737108 to be paid to
Alonza Austin, cousin.  May we ask you to have the beneficiary complete the enclosed Statement
of Claimant.  It should be returned promptly with a Certified Death Certificate having the
Registrar's signature and seal of office and Certificate 6737108.

Since Certificate 6737108 is an Annuity, it will also be necessary for you to complete the
enclosed election form.  Please indicate which method of payment you wish.  The election form
will need to be signed and returned with the rest of the death proofs.

Immediate attention will be given to the claim when the above items are received and found to be
in order.  Do not hesitate to write if you have any questions.



Claim Department

bmb/jl

Encl:  E1

**EXHIBIT**

9

Tuskegee, Ala
P. O. Box 830265
August 14, 1996

Modern Woodmen of America!
1701 1st Ave,
P. O. Box 2005
Rock Island, IL. 61204-2005

W. WARREN    AUG 19 1996

Dear Mr Knoblock, FLMI, CLU, ALHC.
Again I say I have Know Knowledge as the
whereabout Alozana Austin.
Ruth H. Lewis was ill before this Certificate
was taken out, As a matter fact (2) or more
years. Due to this Statement and others as
off March 1, 1986 the last one I received.
It State Register Date 3-1-91 Certificate
6737108.

   Since Ruth H. Lewis, Mother death 1982
left her (2) Two Sisters Florena H. Woods,
Carolyn Key my Mother, Florena H. Woods (Deceased)
12-2-91

   Why would Mrs Lewis have someone not
related to her, hardly Knew him, her Beneficiary?
She had one small Beneficiary as I Know off
to her Sister Florena H. Woods, And myself Juanita K.
Upshaw. I don't Know how Alonza Austin did
I'm sure like he does everything else,

                    Sincerely, Juanita K. Upshaw

EXHIBIT
10

August 22, 1996


Ms. Juanita K. Upshaw
PO Box 830265
Tuskegee, AL  36083


                                        RUTH HARKLESS LEWIS
Dear Ms. Upshaw:                        CERTIFICATE 6737108

Prompted by your recent letter to our Society concerning your aunt, we have contacted our
representative, Robert L. Wilkerson, to obtain his recollections regarding the writing of your
aunt's annuity certificate.  Based on the information provided by Mr. Wilkerson, we feel that the
beneficiary designation made by Ms. Lewis on her annuity application dated February 6, 1991
reflects her intentions at that time.

According to Mr. Wilkerson, the named beneficiary, Alonza Austin was not present when the
annuity application was completed.  Mr. Wilkerson did not observe nor did he suspect that any
individual was coercing Ms. Lewis into naming Mr. Austin as beneficiary on her certificate.
Further, Mr. Wilkerson did not observe any behavior of Ms. Lewis that would have caused him
to question her state of mind, based on his prior encounters with your aunt.

Based on the information which has been made available to us up to this point, it is our position
that the named beneficiary, Alonza Austin, is entitled to the proceeds payable under Certificate
6737108.  As such, we will initiate the process to locate Mr. Austin and provide the necessary
claim forms to him.

If you have any additional information relevant to this claim, please forward it to our Home
Office at your earliest possible convenience.  If you would like to contact our office by phone,
you may do so by calling the number listed below.

Sincerely,



Craig S. Knobloch, FLMI, CLU, ALHC
Supervisor, Life and Health Claims
Claim Department


ck/jl



**EXHIBIT**

tabbies

11

December 23, 1996

Mr. Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL  36083

                                        RUTH HARKLESS LEWIS
Dear Mr. Austin:                        CERTIFICATE 6737108

Thank you for the documentation which you recently provided to us regarding your association with Ms.
Lewis. In addition to the information received from yourself, we also received notification from a
member of Ms. Lewis' family informing us that she passed away in November 1994. On behalf of the
members of our Society and our Board of Directors, may I extend to you our belated sympathy on the
loss of Ms. Lewis.

At the time of Ms. Lewis' death, she held an annuity certificate with our Society, naming yourself as
principal beneficiary. Under the terms of Ms. Lewis' certificate, you are entitled to receive the death
proceeds from her annuity contract. Listed below you will find the steps which must be taken in order
to have these proceeds paid to you.

The first document which needs to be completed is the "Claimant's Statement." Please see that page
one of this form is completed in its entirety and that you sign it where indicated. Because Ms. Lewis'
certificate was an annuity contract, it is also necessary that you complete the "Election for Non-Spouse
Beneficiary Non-Qualified Annuity" form. In the top portion of this form, you will need to indicate how
you wish to have the proceeds from this contract paid to you. In the lower portion of this form, you will
need to indicate whether you wish to have taxes withheld from your payment, as well as certifying your
Social Security Number. Both the upper and lower portions of this form need to be signed and dated by
yourself.

Finally, it is necessary that Ms. Lewis' annuity certificate be surrendered to our Home Office along with
the previously mentioned forms. In the event that her certificate is no longer available to you, we would
ask that you please complete the enclosed "Waiver of Insurance Certificate." Please return all of the
requested documents in the postage-paid envelope which I have provided.

Again, I would like to extend to you our condolences on the loss of Ms. Lewis. Should you have any
questions regarding the completion of the enclosed forms, do not hesitate to contact our Home Office.

Sincerely,


Craig S. Knobloch, FLMI, CLU, ALHC
Supervisor, Life and Health Claims
Claim Department

ck/jl

Encl: Form 22-0, E1, Election Form



EXHIBIT

12

August 24, 1998

Mr. Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL  36083

Dear Mr. Austin:

RUTH HARKLESS LEWIS
CERTIFICATE 6737108

It has been some time since we have heard from you regarding the claim for Ruth Lewis. We are concerned that we have not received any of the forms which we requested.

Enclosed are additional forms in the event that our previous correspondence has been misplaced. Please complete the Claimant's Statement in its entirety. Your signature should be witnessed by a disinterested adult. Because Ms. Lewis' certificate was an annuity contract, it is also necessary that you complete the Election for Non-Spouse Beneficiary Non-Qualified Annuity form. On the top portion of the form, you will need to indicate how you wish to have the proceeds from this contract paid to you. On the lower portion of this form, you will need to indicate whether you wish to have taxes withheld from the payment, as well as certifying your Social Security Number. You should then sign and date both the upper and lower portions of the form.

Ms. Lewis' annuity certificate should be returned to the Home Office. If the certificate cannot be located, please complete the enclosed Waiver of Insurance Certificate. A pre-addressed envelope is enclosed for your convenience.

If you have any questions concerning the completion of these forms, please do not hesitate to contact our Home Office.

Sincerely,


Judy Gackle, FLMI
Supervisor
Claim Department

jg/jl

Encl: E1, Election Form, Form 22-0, Env.



EXHIBIT

13

July 26, 2001

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL  36083

Dear Mr. Austin:                RUTH HARKLESS LEWIS – CERTIFICATE 6737108

It has been some time since we have heard from you regarding the claim for Ruth Lewis.  As of this date, we have not received the forms necessary to process the claim.

Enclosed are additional forms in case the previous correspondence has been misplaced.  Please complete the Claimant's Statement and have your signature witnessed by another adult.  You should also complete the Election for Non-Spouse Beneficiary Non-Qualified Annuity form. Please return these forms with the annuity Certificate 6737108.  If the certificate has been lost, the enclosed waiver will substitute.

A preaddressed envelope is enclosed.  Since this claim has been pending for some time, we would like to make payment as soon as possible.  If you need assistance, please contact us.

Sincerely,

Judy Gackle, FLMI, ALHC
Supervisor
Claim Department

jg/jjr

Encl: 22E-1, 1673, 22-- Envelope

 

**MODERN WOODMEN OF AMERICA**
*A Fraternal Life Insurance Society*

*Touching lives. Securing futures.*

August 8, 2003

Mr. Alonzo Austin
1321 Oliver Carlis Rd.
Tuskegee, AL  36083

                    RUTH HARKLESS LEWIS
                    CERTIFICATE 6737108

Dear Mr. Austin:

As you are aware, it has been several years since we were notified of your cousin's death.  To date, we have been unable to settle the claim.

You previously indicated that there were other matters that needed to be taken care of before you could settle this claim.  Since this claim has been pending for some time, we would like to make settlement as soon as possible.  May I ask you to let us know the current status of your situation and, if possible, we would like to furnish the necessary forms.

Do not hesitate to contact me if you have any questions.

Sincerely,



Laurie Schilling
Claim Department

ls/lh

*Life Insurance  ·  Annuities  ·  Investments  ·  Member Benefits*
1701 1st Avenue, P.O. Box 2005, Rock Island, Illinois 61204-2005, Phone 1-800-447-9811, www.modern-woodmen.org
*Securities offered through MWA Financial Services, Inc.*

Form 207-2

**EXHIBIT**
tabbies
15




**MODERN WOODMEN OF AMERICA**
*A Fraternal Life Insurance Society*

*Touching lives. Securing futures.*©

September 4, 2003

Mr. Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083

Dear Mr. Austin:

RUTH HARKLESS LEWIS
CERTIFICATE 6737108

Thank you for your recent reply.

May we ask you to complete the enclosed Claimant's Statement. Your signature should be witnessed by a disinterested person.

Certificate 6737108 must be returned. If the original certificate cannot be located, please complete the enclosed Waiver of Certificate which will substitute.

You should also complete the Election Form for Non-Spouse Beneficiary Non-Qualified Annuity. A postage-paid envelope has been provided for your convenience.

On July 15, 1996, we were notified of the Annuitant's death by her niece, Juanita Upshaw. Enclosed is a copy of that letter and our reply.

Your prompt attention to these requirements would be greatly appreciated.

Sincerely,

Mary Ann Behrens
Claim Department

mb/nd

Encs.: E-1, 22-0, 1673, Envelope

*Life Insurance · Annuities · Investments · Member Benefits*

1701 1st Avenue, P.O. Box 2005, Rock Island, Illinois 61204-2005, Phone 1-800-447-9811, www.modern-woodmen.org
Securities offered through MWA Financial Services, Inc.

Form 207-2

**EXHIBIT**

16

tabbies



*Touching lives. Securing futures.®*

December 15, 2003

Mr. Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL  36083

                                    RUTH HARKLESS LEWIS
Dear Mr. Austin:                    CERTIFICATE 6737108

It has been several months since we last wrote to you in regard to the above Insured's claim.
To date, we have not received the necessary forms in order to settle this claim.

The beneficiary designation provides for the proceeds of Certificate 6737108 to be paid to
Alonzo Austin, cousin. Therefore, it will be necessary for you to complete the enclosed
Claimant's Statement in full having your signature witnessed by a disinterested adult person.
This form should be returned promptly along with Certificate 6737108. Should it be the
certificate cannot be located, the enclosed Waiver of Certificate will substitute.

Since Certificate 6737108 is an annuity type contract, it will also be necessary for you to
complete the enclosed annuity election form. Please select the option of your choice, complete
the Notice of Withholding and sign and date the form.

Since this claim has been pending for some time, we would like to make payment before the end
of the year. Payment cannot be made unless the information and forms requested to complete
the claim have been received. Do not hesitate to write or contact us if you have any questions.

Sincerely,

Angela Zeitler
Claim Department

az/nd

Encs.: E-1, 22-0, 1673, Envelope

*Life Insurance · Annuities · Investments · Member Benefit*

1701 1st Avenue, P.O. Box 2005, Rock Island, Illinois 61204-2005, Phone 1-800-447-9811, www.modern-woodmen.org
Securities offered through MWA Financial Services, Inc.

Form 207-2

EXHIBIT
17



**MODERN WOODMEN OF AMERICA**
*Fraternal Financial Services*

*Touching lives. Securing futures.*®

September 17, 2004

COPY

Mr. Alonzo Austin
1321 Oliver Carlis Rd.
Tuskegee, AL 36083

RUTH HARKLESS LEWIS
CERTIFICATE 6737108

Dear Mr. Austin:

It has been nearly 10 years since the death of Ruth Harkless Lewis. To date, we have not received the necessary forms in order to settle this claim.

The beneficiary designation provides for the proceeds of Certificate 6737108 to be paid to Alonzo Austin, cousin. Therefore, it will be necessary for you to complete the enclosed Claimant's Statement in full having your signature witnessed by a disinterested adult. This form should be returned along with Certificate 6737108. Should it be the certificate cannot be located, the enclosed waiver will substitute.

Since Certificate 6737108 is an annuity type contract, it will also be necessary for you to complete the enclosed Annuity Election Form. Please select the option of your choice, complete the Notice of Withholding portion and sign and date the form.

Since this claim has been pending for some time, we would like to make payment before the end of this year. Payment cannot be made unless the information and forms requested to complete the claim have been received. Please do not hesitate to contact us if you have any questions.

Sincerely,

**Certified Article Number**
7160 3901 9848 3315 2840
**SENDERS RECORD**

Krista Brockett
Claim Department

kb/km

EXHIBIT
18

*Life Insurance · Annuities · Investments · Member Benefits*

1701 1st Avenue, P.O. Box 2005, Rock Island, Illinois 61204-2005, Phone 1-800-447-9811, www.modern-woodmen.org
Securities offered through MWA Financial Services Inc.

Form 207-2



MODERN
WOODMEN
OF AMERICA
*Fraternal Financial Services*

*Touching lives. Securing futures.*



May 19, 2005

Mr. Alonzo Austin
1321 Oliver Carlis Rd.
Tuskegee, AL  36083

RUTH HARKLESS LEWIS
CERTIFICATE 6737108

Dear Mr. Austin:

It has been nearly 10 years since the death of Ruth Harkless Lewis.  To date, we have not received the necessary forms in order to settle this claim.

The beneficiary designation provides for the proceeds of Certificate 6737108 to be paid to Alonzo Austin, cousin.  Therefore, it will be necessary for you to complete the enclosed Claimant's Statement in full having your signature witnessed by a disinterested adult.  This form should be returned along with Certificate 6737108.  Should it be the certificate cannot be located, the enclosed waiver will substitute.

Since Certificate 6737108 is an annuity type contract, it will also be necessary for you to complete the enclosed Annuity Election form.  Please select the option of your choice, complete the Notice of Withholding portion and sign and date the form.

Since this claim has been pending for some time, we would like to make payment before the end of this year.  Payment cannot be made unless the information and forms requested to complete the claim have been received.  Please do not hesitate to contact us if you have any questions.

Sincerely,

Krista Kaster
Claim Department

kk/jjr

Certified Article Number

7160 3901 9848 9491 2766

SENDERS RECORD

EXHIBIT
19

*Life Insurance · Annuities · Investments · Banking Products · Memb*

*1701 1st Avenue, P.O. Box 2005, Rock Island, Illinois 61204-2005, Phone 1-800-447-9811, www.modern-woodmen.org*
Form 207-2                    *Securities offered through MWA Financial Services Inc.*

*From: file of Alonzo Austin* COPY

August 21, 2003
1321 Oliver-Carlis Rd.
Tuskegee, AL  36083
(334) 727-5476

Attn:  Laurie Schilling
Claim Department-Life Claims
Modern Woodmen Of America
P.O. Box 2005
Rock Island, IL  61204-9984

Via certified mail

Dear Ms. Schilling
Re: Ruth Harkless Lewis Certificate 6737108

Thank you for your patience and respectful cooperation .  All matters concerning Ms. Lewis's estate are pending- example $200,000 of money and property must be converted into a philanthropic foundation per her wishes via a will with yours truly named executor. I made her this promise should I be the longest liver.   Her will would be done according to her wishes.  I gave her my word which was all I had then and all I have now.  We old marine corp. veterans have a saying- Semper Fi which means in short, always faithful.  We wouldn't leave one behind in Vietnam and I am not about to breach the trust placed in me by my cousin Ruth Harkless Lewis, may she rest in peace.  Now you may help me by placing in the mail an affidavit notarized with attached letters from the party who notified you of Ms. Lewis's death initially and all other pertinent information pertaining thereto. As always thank you for your cooperation and concerns.

Sincerely,

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083

EXHIBIT

20

AUG 2 5 2003

July 22, 2005
Alonzo Austin
1321 Oliver Carlis Rd
Tuskegee, Al. 36083

Via Certified Mail
ATTN: Mr. Beave
MODERN WOODSMAN OF AMERICA
Legal Department
1701 1st Avenue
Rock Island IL. 61201

Dear Mr. Beave:
Re: Ruth Harkless Lewis - Certificate 6737108
(Stolen)

"With all due respect" Reference 1st
paragraph stating and I quote "you have
refused to complete and return the Necessary
forms in order to settle this claim".
This is Incorrect as a matter of fact
I've been trying to ascertain the
where abouts of the actual Certificate,
the wills plural, safe deposit box
containing Ms. Lewis valuables, as well as
property deeds, access to banking accounts,
Insurance proceeds and Tax Records and
as of this date the county and state
official have refused to help locate same.
Moreover, I am on record as of Now
claiming said Annuity, Certificate # 6737108.
I am also opposed to sending said proceeds
to the state of Alabama Treasures office
for the reasons stated above. Sincerely, Alon3

EXHIBIT
21

LEGAL AUG - 9 2005

Sent
copy kept
for
record.

AUGUST 3, 2005
ALONZO Austin
1321 Oliver-Carliss Rd.
Tuskegee, AL. 36083
        ATTN: Linda J. Kendall
    LEGAL DEPARTMENT
MODERN WOODSMAN OF AMERICA
  1701. 1st Avenue
  P.O. Box 2005
Rock Island IL. 61204-2005
        VIa certified mail

Dear Ms. Kendall;
Re: Ruth Harkless Lewis-Certificate # 6T37108
    Reported Stolen by Agent and Beneficiary —
Exc: Alonzo Austin, (Please help me)
        (help you!!)

Your Letter dated July 25, 2005 was
well received. Thanks For your Concerns
However, I cannot in good conscious
sign this Waiver as it is written
perhaps if it is modified, but only
after the Cause of Death has truly
been Legally established allong with
the date and places.
    Finally, because of the stated reasons
given above I am unable to fill
out the "Claimant's Statement"
as required prompting payments of
Certificate Proceeds. In short An
investigation must be conducted which will
delay further these Proceeds. which is
the real Reason for the delay for Settlem

NOTE: As I am without the Necessary Information
      to Fill out Forms)..

Sincerely, Alonzo

EXHIBIT
22

*[handwritten note at top right:] ...Mr. Austin called. He said he would not sign the forms + told me to pay it to the state. ZZ*

July 15, 2005

Mr. Alonzo Austin
1321 Oliver Carlis Road
Tuskegee, AL 36083

Re: Ruth Harkless Lewis -- Certificate 6737108

Dear Mr. Austin:

Please be advised that the death claim payable under the above annuity certificate has been referred to the Legal Department for attention. You have refused to complete and return the necessary forms in order to settle this claim.

Since you have not provided us with the required forms to process this claim, we have no alternative but to treat the proceeds as unclaimed property according to the Abalama Unclaimed Property Act and pay the unclaimed funds to the State Treasurer's Office unless we hear from you within 30 days of the date of this letter.

Sincerely,

Linda J. Kendall, FLMI
Legal Secretary

**EXHIBIT**

2.3