IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALONZO AUSTIN, et al

    Plaintiff,

    v.                                          CIVIL ACTION NO. 3:07CV138-MHT

MODERN WOODMAN OF AMERICA, et al

    Defendant.

## **NOTICE OF APPEARANCE**

COMES NOW John Michael Manasco, 600 Dexter Avenue, Room S-106, Montgomery, Alabama 36130-2510 and enters his appearance as counsel of record for State of Alabama Treasurer Kay Ivey, a Defendant in the above-styled cause.

Dated this the 16th day of March 2007.

                                    Respectfully submitted,

                                    /s/ J. Michael Manasco

                                    John Michael Manasco ASB 0692-O58J

                                    Attorney for Above-Referenced Defendant
                                    600 Dexter Avenue Room S-106
                                    Post Office Box 2510
                                    Montgomery, AL 36130-2510
                                    Tel: 334-353-0050 Fax: 334-353-0056
                                    E-mail: Mike.Manasco@treasury.alabama.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jason Robert Bushby | Victor L. Hayslip |
| Joseph C. Espy, III | George W. Royer, Jr. |
| Stanley Fitzgerald Gray | |

and I hereby certify that I have sent the document by U.S. Postal Service to the following:

| | |
|---|---|
| Aetna Insurance Co.<br>Tampa Business Center<br>P.O. Box 30257<br>Tampa, FL 33620-3257 | George Clay<br>1205 Main Street<br>Tuskegee, AL 36083 |
| Alabama State Board of Licensure<br>P.O. Box 887<br>Montgomery, AL 36101 | Mason Manor<br>4120 Carmichael Road<br>Montgomery, AL 36106 |
| Alabama State Treasurer's Office<br>P.O. Box 302520<br>Montgomery, AL 36 130-2520 | Modern Woodman of America<br>1701 1st Avenue<br>Rock Island, IL 161201 |
| Alonzo Austin<br>1321 Oliver-Carlis Rd.<br>Tuskegee, AL 36083 | Jon Howard Patterson<br>Burr & Forman LLP<br>420 North Twentieth St, Ste 3100<br>Birmingham, AL 35203 |
| Judge Howard F. Bryan<br>101 East Northside Street<br>Tuskegee, AL 36083 | Robert Story<br>802 Crawford Street<br>Tuskegee, AL 36083 |
| City of Tuskegee Police Department<br>101 Fonville Street<br>Tuskegee, AL 36083 | Juanita K. Upshaw<br>P.O. Box 830265<br>Tuskegee, AL 36083 |

Respectfully submitted,

/s/ J. Michael Manasco