AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of ALABAMA

Alonzo Austin, Executor
Plaintiff
V.

Modern Woodmen of America
ET.AL.
Defendants,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07cv138-MHT

TO: (Name and address of Defendant)

ATTORNEY: Deborah H. Biggers
113 East Northside Street
Tuskegee, AL. 36083

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alonzo Austin, Pro Se
1321 River-Carlis Rd.
Tuskegee, AL. 36083

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2/20/07
CLERK                                               DATE

/s/ Austin
(By) DEPUTY CLERK

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

7004 1160 0003 5800 4807

RETURNED TO SENDER
☐ MOVED, LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☑ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED ☐ REFUSED
☐ NO SUCH STREET - NUMBER _____
☐ DO NOT REMAIL IN THIS ENVELOPE
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ BOX CLOSED NO ORDER

RECEIVED
2007 MAR 15 A 9 30
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

8301

First notice 2-22-07
Second notice 3-6-07
Final 3-12-07

Attorney: Deborah H. Biggers
113 East Northside Street
Tuskegee, AL. 36083