⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Alonzo Austin

V.

Modern Woodman of America, et al

*alias*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   3:07-cv-00138-MHT

TO: (Name and address of Defendant)

    Attorney Deborah H. Biggers
    113 East Northside Street
    Tuskegee, AL  36803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Alonzo Austin
    1321 Oliver-Carlis Rd.
    Tuskegee, AL 36083
    (334) 727-5476            (Pro se)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                    3/16/07

*Von Austin, Deputy Clerk*