# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ALONZO AUSTIN, Executor for Ruth H. Lewis, Estate, | ) ) ) | |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | Civil Action No. 3:07-CV-138-MHT-WC |
| MODERN WOODMEN OF AMERICA, et al, | ) ) ) ) ) | |
| Defendant(s). | ) | |

## DEFENDANT MODERN WOODMEN OF AMERICA'S
## RULE 7.1 DISCLOSURE STATEMENT

Comes now the Defendant, Modern Woodmen of America ("Modern Woodmen"), and submits the following disclosure statement as required by Rule 7.1, Fed. R. Civ. P.

1.  The undersigned, counsel of record for Modern Woodmen, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

2.  Modern Woodmen of America is an Illinois-domiciled not-for-profit fraternal benefit society. It does not have a parent corporation and does not issue

stock. MWA Financial Services, Inc. is a subsidiary of Modern Woodmen of America that functions as a full-service broker dealer and distributes securities products. MWABank is another subsidiary that provides an array of personal banking products and services.

3. The statement in the preceding paragraph will be promptly supplemented upon any change in the information provided to the Court.

Respectfully,

/s/ Charles D. Stewart
Charles D. Stewart (ASB-7467-T63C)
Attorney for Defendant, Modern Woodmen of America

OF COUNSEL:

SPAIN & GILLON, L.L.C.
2117 2nd Avenue North
Birmingham, AL 35203
(205) 328-4100
(205) 324-8866 (fax)
E-mail: cds@spain-gillon.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2007, a copy of the foregoing pleading was electronically filed with the Clerk of the Court using the Electronic Filing System which sends notification of such filing to counsel of record in this cause and that those not registered with electronic notification have been served by U.S. Mail.

Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

                                                      /s/      Charles D. Stewart
                                                      Of Counsel