IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIV. ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Montgomery City Police Department's motion to dismiss (doc. # 41), it is

ORDERED that on or before April 5, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 21st day of March, 2007.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE