IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, EXECUTOR FOR RUTH H. LEWIS, ESTATE, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 3:07-cv-138-MHT ) |
| MODERN WOODMEN OF AMERICA; ET AL., | ) ) |
| Defendants. | ) ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliated, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Aetna Insurance Company of Connecticut ("AICC")
AHP Holdings, Inc.
Aetna Life Insurance Company
Aetna, Inc.

While this statement is filed on behalf of AICC, AICC is not a defendant in this matter, as is explained more completely in the Motion to Dismiss filed contemporaneously herewith. Instead, Aetna Insurance Company, which is unaffiliated with AICC or its parent, AHP Holdings, Inc. (which owns 100% of AICC and is 100% owned by Aetna Life Insurance Company - which is 100% owned by Aetna, Inc.), is a named defendant. AICC believes that

Aetna Insurance Company is a subsidiary or otherwise affiliated with Connecticut General Life Insurance Company ("CIGNA").

Respectfully submitted,

March 21, 2007

/s/ Pamela B. Slate_____
Pamela B. Slate (ASB-8938-A43P)
pslate@slatekennedy.com
Slate Kennedy LLC
Colonial Financial Center
One Commerce Street, Suite 850
Montgomery, Alabama 36104
Telephone:    (334) 262-3300
Facsimile:    (334) 262-3301

Counsel to Aetna Insurance Company of Connecticut

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 21, 2007, I electronically filed the foregoing with the Clerk of the United States District Court, Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following:

Charles D. Stewart, Esquire
cds@spain-gillon.com
Spain & Gillon, L.L.C.
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL  35203
**Counsel to Modern Woodmen
of America**

George W. Royer, Jr., Esquire
gwr@lfsp.com
Lanier Ford Shaver & Payne PC
P.O. Box 2087
Huntsville, AL  35804-2087
**Counsel to Alfonza Menefee &
Macon County Sheriff's Department**

Joseph C. Espy, III, Esquire
jespy@mewlegal.com
Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL  36103-5130
**Counsel to Fred Gray, Sr. &
Attorney Nathanson**

Kimberly Owen Fehl, Esquire
kfehl@ci.montgomery.al.us
City of Montgomery
P.O. Box 1111
Montgomery, AL  36101-0111
**Counsel to Montgomery City**

**Police Department**
John Michael Manasco, Esquire
Mike.Manasco@treasury.alabama.gov
State of Alabama Treasury
P.O. Box 302510
State Capitol Building
600 Dexter Avenue Room S-106
Montgomery, AL  36130
**Counsel to Alabama State
Treasurer's Office**

Stanley Fitzgerald Gray, Esquire
sgray@glsmgn.com
Gray Langford Sapp McGowan Gray &
Nathanson
P.O. Box 830239
Tuskegee, AL  36083-0239
**Counsel to Alabama Exchange Bank
& President Robert Davis**

Jason Robert Bushby, Esquire
jbushby@burr.com
Jon Howard Patterson, Esquire
Victor L. Hayslip, Esquire
vhayslip@burr.com
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL  35203
**Counsel to SouthTrust Bank,
SouthTrust Bank President
& Regions Bank**

  In addition, I hereby certify that notification of such filing has this date been served on the following by placing same in the U.S. Mail, postage prepaid and properly addressed to:

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL  36083

Howard F. Bryan
101 East Norhtside Street
Tuskegee, AL  36083

| | |
|---|---|
| Mason Manor<br>4120 Carmichael Road<br>Montgomery, AL  36106 | Alabama State Board of Licensure<br>P.O. Box 887<br>Montgomery, AL  36101 |
| City of Tuskegee Police Department<br>101 Fonville Street<br>Tuskegee, AL  36083 | Juanita K. Upshaw<br>P.O. Box 830265<br>Tuskegee, AL  36083 |
| Robert Story<br>802 Crawford Street<br>Tuskegee, AL  36083 | George Clay<br>1205 Main Street<br>Tuskegee, AL  36083 |

March 21, 2007        /s/ Pamela B. Slate_____
　　　　　　　　　　　　　Pamela B. Slate (ASB-8938-A43P)
　　　　　　　　　　　　　pslate@slatekennedy.com
　　　　　　　　　　　　　Slate Kennedy LLC
　　　　　　　　　　　　　Colonial Financial Center
　　　　　　　　　　　　　One Commerce Street, Suite 850
　　　　　　　　　　　　　Montgomery, Alabama  36104
　　　　　　　　　　　　　Telephone:    (334) 262-3300
　　　　　　　　　　　　　Facsimile:     (334) 262-3301

　　　　　　　　　　　　　Counsel to Aetna Insurance Company of Connecticut