**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Austin v. Modern Woodman of America et al

Case Number:   3:07-cv-00138-MHT

Referenced Pleading:   Exhibit 3 - attachment to  - Doc. 50

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.



Kay Ivey, Treasurer
State of Alabama
Unclaimed Property Division
PO Box 302520
Montgomery, Alabama 36130-2520
(334) 242-9614  (888) 844-8400

Claim ID: 829006

### A. CLAIMANT:

AUSTIN ALONZO
1321 OLIVER-CARLIS ROAD
TUSKEGEE AL 36083

Funds listed in the name of the owner(s) identified below have been remitted to the Unclaimed Property Division for the State of Alabama. Payment will be made to the reported owner(s), their estates, or legal heirs only. To claim these funds, please complete all information in Section "C" and "D".

**PLEASE ALLOW 6-8 WEEKS FOR CLAIM VERIFICATION AND PROCESSING.**

### B. OWNER(S) / PROPERTY REPORTED TO STATE TREASURER:

| | | | |
|---|---|---|---|
| Property Type: | BENEFICIARY PROCEEDS | Property ID #: | 2461704 |
| Reported By: | MODERN WOODMEN OF AMERICA | Holder ID #: | 6441 |
| Reported Owner: | AUSTIN ALONZO | Reported Year: | 2005 |
| | 1321 OLIVER-CARLIS ROAD | Property Held: | Greater than $25.00 |
| | TUSKEGEE, AL  36083 | | |

Alabama Treasurer's Office EX. 3

**CONTINUED ON FOLLOWING PAGE**

**State Treasurer's Office**
**Unclaimed Property Claim Form**

Page 2 of 2

**Claim ID: 829006**

### C. TO PROVE OWNERSHIP PROVIDE ALL OF THE FOLLOWING:

- ☐ Proof that the reported owner lived or received mail at the reported address(es) shown below. (Proof may include copies of utility bills, credit reports, bank statements, cancelled checks, auto registration, tax records, voter registration, etc)
  1321 OLIVER-CARLIS ROAD
  TUSKEGEE, AL  36083

- ☐ Photocopy of reported owner's and co-owner's social security card or other document indicating the owner's name and social security number
- ☐ A photocopy of the reported owner's and co-owner's drivers license, state issued non-drivers ID or other government issued photo ID.
- ☐ If these assets were reported belonging to an individual and a company, you must provide a signed release from the reported co-owner in order for payment to be made to a single payee
- ☐ If you are claiming on behalf of the owner under a power of attorney, provide a copy of the notarized power of attorney and a copy of your ID.

### D. I CERTIFY THE FOLLOWING IN THE PRESENCE OF NOTARY PUBLIC:

Under penalties of perjury, I certify that the information provided on this claim form is true, and all supporting documentation presented is either the original or true unaltered copies of the original documents. Upon payment of this claim, said claimant will indemnify and hold harmless the State of Alabama and its officers and employees from any damages, claims, or losses of any kind resulting in payment of the above described property to the claimant.

Signature of reported owner/legal heir:_____

Daytime Telephone Number:_____

Subscribed and sworn before me this _____ day of _____, _____

Notary Public: _____  Commission Expires:_____