IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALONZO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:07cv138-MHT |
| | ) | |
| MODERN WOODMAN OF | ) | |
| AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motions to dismiss filed by the Alabama State Treasurer's Office (doc. # 50), the Alabama Board of Medical Licensure (doc. # 49), and Aetna Insurance Company (doc. # 46), it is

ORDERED that on or before April 11, 2007, the plaintiff shall show cause why the motions should not be granted.  If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 27th day of March, 2007.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE