IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Upon consideration of the motion to dismiss filed by Fred Gray, Sr., and Allan Nathanson (doc. # 25), it is

ORDERED that on or before April 11, 2007, the plaintiff shall show cause why the motion should not be granted. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 27th day of March, 2007.

                                                  /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE