IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, Executor For Ruth H. Lewis, Estate, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:07CV138-MHT ) |
| MODERN WOODMEN OF AMERICA, ET AL., | ) ) ) ) |
| Defendants. | ) ) ) |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

**COMES NOW** Defendant Regions Bank and in accordance with the order of this Court, does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Regions Bank is a subsidiary of Regions Financial Corporation.

Attached hereto is a listing of all subsidiaries of Regions Bank.


_/s/ Victor L. Hayslip_
Victor L. Hayslip ASB-6132-H31V
Jon H. Patterson ASB-4981-J69P
Jason R. Bushby ASB-6349-S58B

Attorneys for Defendant
REGIONS BANK

1554410

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 27th day of March, 2007:

     Alonzo Austin
     1321 Oliver Carlis Road
     Tuskegee, AL 36083

     Pamela B. Slate
     Slate Kennedy LLC
     P.O. Box 388
     Montgomery, AL 36101

     Stanley Fitzgerald Gray
     Gray Langford Sapp McGowan Gray & Nathanson
     P.O. Box 830239
     Tuskegee, AL 36083-0239

     Bettie J. Carmack
     Alabama Attorney General's Office
     11 South Union Street
     Montgomery, AL 36130

     John Michael Manasco
     State of Alabama Treasury
     P.O. Box 302510
     State Capitol Building
     600 Dexter Avenue Room S-106
     Montgomery, AL 36130

     Deborah H. Biggers
     113 E. Northside Street
     Tuskegee, AL 36087

     Howard F. Bryan, Circuit Judge
     101 East Northside Street
     Tuskegee, AL 36083

City of Tuskegee Police Department
101 Fonville Street
Tuskegee, AL  36083

George Clay
1205 Main Street
Tuskegee, AL  36083

George W. Royer, Jr.
Lanier Ford Shaver & Payne, PC
P.O. Box 2087
Huntsville, AL  35804-2087

Mason Manor
4120 Carmichael Road
Montgomery, AL  36106

Charles D. Stewart
Spain & Gillon, L.L.C.
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL  35203

Kimberly Owen Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL  36101-0111

Joseph C. Espy, III
Melton Espy & Williams, PC
PO Drawer 5130
Montgomery, AL  36103-5130

Robert Story
802 Crawford Street
Tuskegee, AL  36083

Juanita K. Upshaw
P.O. Box 830265
Tuskegee, AL  36083

　　　　　　　　　　　　　　　　　　/s/ *Victor L. Hayslip*
　　　　　　　　　　　　　　　　　　OF COUNSEL

REGIONS BANK
LIST OF SUBSIDIARIES AS OF 2/15/07


Regions Bank
    -Regions Financial Leasing, Inc.
    -Regions Title Company, Inc.
    -Regions Asset Holding Company, Inc.
        --Regions Asset Company
        --Regions Licensing Company
    -Regions Investment Management Holding Company
        --Regions Investment Management Company
    -Ramco - FL Holding, Inc.
        --Regions Asset Management Company, Inc.
    -Regions Agency, Inc. (Louisiana)
    -Regions Insurance Agency Of Arkansas
    -EFC Holdings Corporation
        --Equifirst Corporation
        --Equifirst Mortgage Corporation Of Minnesota
    -Regions Interstate Billing Service, Inc.
    -Regions Reinsurance Corporation
    -Credit Source, Inc.
    -MCB Life Insurance Company
    -Regions Agency, Inc.
    -Regions Acceptance, LLC
    -Union Planters Mortgage Finance Corporation
    -Quatre Corporation
    -Millcreek Development Partnership, L.P.
    -Magna Data Services, Inc.
    -Uptenco, Inc.
        --Upartco, LP
            ---Upmortgages GP
    -UPBNA Holdings, Inc
        --UPB Holdings, Inc.
            ---Union Planters Preferred Funding Corp
                ----Union Planters Preferred Funding II Corp
            ---UPB Investments, Inc.
                ----UPIB, Inc.
                ----MICB, Inc.
    -Union Planters Community Foundation
    -CID Holding Company
    -Leader Holding Company, LLC
    -First Service Corporation
    -Union Planters Home Equity Corp.
    -UP Investments LP
    -Union Planters Hong Kong, Inc.
        --Union Planters Hong Kong Trade Services Limited
    -Planters Enterprise Holding, Inc.
        --Planters Enterprise Of Illinois, Inc.
            ---Capital Factors Holdings, Inc.
                ----CF One, Inc.
                ----CF Investor Corporation
                    -----CF Two, LLC
                ----Capital Factors, Inc.
                    -----Capital Tempfunds, Inc.

1555449

              -----CF Funding Corporation
-SOI Holdings, Inc.
-Athletic Resource Management, Inc.
-The Housing Enterprise Of Central Alabama, LLC
-Lone Star New Markets LP
-RF Trust Company
-A-F Leasing, LLC
-Amsouth Auto Receivables, LLC
-Amsouth Investment Management Company, LLC
-Amsouth Investment Services, Inc.
-Cahaba Holdings, Inc.
    --Cahaba Corporation
-Cahaba International, Inc.
    --Amsouth Reinsurance Company, Ltd
    --Cahaba International, Ltd
-FMLS, Inc.
-Oakbrook Investments, LLC
-ASB Affordable Housing, Inc.
-Regions Business Capital Corporation (F/K/A Amsouth Capital Corporation)
-Amsouth Finance Corporation
-Regions Equipment Finance Corporation (F/K/A Amsouth Leasing Corporation
    --Regions Equipment Finance, Ltd. (F/K/A Amsouth Leasing, Ltd)
    --A-F Leasing, Ltd
-Amsouth Asset Management, Inc.
-GTC Title, Inc.
    --MCC Holdings, Inc.
        ---Meriwether Capital Corporation
-First Amtenn Life Insurance Company
-Southern Equity Mortgage, LLC