IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## ORDER

Upon consideration of the motions to dismiss filed by Regions Bank (doc. no. 32) and Wachovia, N.A., successor by reason of merger with SouthTrust Bank (doc. no. 33), it is

ORDERED that on or before April 13, 2007, the plaintiff shall show cause why the motions should not be granted. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 29th day of March, 2007.

                                                             /s/Charles S. Coody
                                               CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE