IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN,<br>Executor for Ruth H. Lewis, Estate,<br><br>    Plaintiff,<br><br>v.<br><br>MODERN WOODMEN OF<br>AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO: 3"07-cv-138-MHT<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS OF THE ENTITY
## IDENTIFIED AS "MASON MANOR"

Comes now defendant identified in the Complaint as "Mason Manor" and respectfully requests that this Honorable Court dismiss this action against it. As grounds therefore, this defendant states as follows:

    1.    There has been insufficient service of process in order to invoke personal jurisdiction over the entity described as Mason Manor;

    2.    Any applicable statute of limitation to the causes of action which might have been reasonably articulated by plaintiff bar plaintiff's claims;

    3.    The complaint fails to state a claim upon which relief can be granted;

    4.    The entity described as "Mason Manor" is not a legal entity capable of being sued;

    5.    The entity described as "Mason Manor" (to the extent it does exist or has existed as a legal entity) is defunct and out of business;

6. This defendant adopts the rationale articulated by the pleadings filed on behalf of Regions Bank, Wachovia Bank, Modern Woodmen of America, Aetna Insurance Company and the State of Alabama Office of State Treasurer as if set out herein in full to the extent applicable to this defendant.

WHERETOFORE PREMISES CONSDIERED, the defendant identified in the complaint as "Mason Manor" respectfully requests that this Honorable Court dismiss it from this action.

_____
Jack B. Hinton, Jr. (HIN028)
Attorney for Defendant "Mason Manor"

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
(334)834-9950

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of March, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. If the party does not participate in Notice of Electronic Filing, a copy of same has been put in the U.S. First Class Mail:

Alonzo Austin
1321 Oliver Carlis Road
Tuskegee, AL 36083

Pamela B. Slate
Slate Kennedy LLC
P.O. Box 388
Montgomery, AL 36101

Stanley Fitzgerald Gray
Gray, Langford, Sapp, McGowan Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

Bettie J. Carmack
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130

John Michael Manasco
State of Alabama Treasury
P.O. Box 302510
State Capitol Building
600 Dexter Avenue Room S-103
Montgomery, AL 36130

Deborah H. Biggers
113 E. Northside Street
Tuskegee, AL 36087

Howard F. Bryan, Circuit Judge
101 East Northside Street
Tuskegee, AL 36083

City of Tuskegee Police Department
101 Fonville Street
Tuskegee, AL 36083

George Clay
1205 Main Street
Tuskegee, AL 36083

George W. Royer, Jr.
Lanier Ford Shaver & Payne, PC
P.O. Box 2087
Huntsville, AL 35804-2087

Charles D. Stewart
Spain & Gallon, LLC
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL 35203

Kimberly Owen Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-0111

Joseph C. Espy, III
Melton, Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130

Robert Story
802 Crawford Street
Tuskegee, AL 36083

Juanita K. Upshaw
P.O. Box 830265
Tuskegee, AL 36083

Victor L. Hayslip
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

_____
Jack B. Hinton, Jr.