IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc. | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 3:07-CV-00138-MHT-WC |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, et al, | ) |
| | ) |
| Defendants | ) |

## JOINT MOTION TO EXTEND

**COME NOW** the respondent and petition this Court for an extension of all case response deadlines, and in support thereof, would state as follows:

1. A response was to be entered in this matter on or about March 16, 2007.

2. The defendant designated as Juanita K. Upshaw has been unable to complete all necessary responses within the time frame set by this Court and therefore, seek an extension of all deadlines by which to complete these tasks.

3. Neither party will be prejudice if the requested extension is granted by this Honorable Court.

4. This motion is not made for the purposes of delay, but rather, in the interest of justice.

Respectfully Submitted March 30, 2007

Juanita K. Upshaw, Pro Se
P. O. Box 830265
Tuskegee, AL 36083

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the certified United States Mail, properly addressed and first class postage prepaid:

>Alonzo Austin
>1321 Oliver-Carlis Road
>Tuskegee, AL 36083

This the 30th day of March, 2007.

>*Juanita K. Upshaw*
>Juanita K. Upshaw, Pro Se
>Designated Defendant