IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc. ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 3:07-CV-00138-MHT-WC |
| ) | |
| MODERN WOODMAN OF ) | |
| AMERICA, et al, ) | |
| ) | |
| Defendants ) | |

## ANSWER

The defendant designated in the complaint as Juanita K. Upshaw come now and move this Honorable Court to enter its answers as to the claims of the Plaintiff.

1) The Defendant denies any and all allegations set forth by the Plaintiff regarding illegal guardianship and conservator for Ruth Lewis.

## DEFENSES

The defendant designated in the complaint as Juanita K. Upshaw come now and move this Honorable Court to enter its answers as to the claims of the Plaintiff.

1) On April 28, 1993, the Probate Court of Macon County, Alabama, found that Ruth Lewis was legally incompetent and named Juanita Upshaw as her guardian and conservator.

Respectfully submitted March 30, 2007

*Juanita K. Upshaw*
Juanita K. Upshaw, Pro Se
P. O. Box 830265
Tuskegee, AL 36083

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the certified United States Mail, properly addressed and first class postage prepaid:

Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, AL 36083

This the 30th day of March, 2007.

*Juanita K. Upshaw*
Juanita K. Upshaw, Pro Se
Designated Defendant