IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to dismiss filed by Mason Manor (doc. no. 58), it is

ORDERED that on or before April 19, 2007, the plaintiff shall show cause why the motion should not be granted. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 4th day of April, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE