IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
[date stamp] P 12:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN, Executor, For
RUTH H. LEWIS, Estate
     Plaintiff(s)'

VS.

MODERN WOODMEN OF AMERICA,
et al,
     Defendant(s)'

CIVIL ACTION NO.
3:07-CV-138-MHT-WC

## Motion for Summary Judgement by Plaintiff(s), in response to, Motion to Dismiss by Defendant(s)'

Plaintiff(s)' pursuant to Rule 56 of the Federal Rules of Civil Procedure, Moves the Court to enter Summary Judgement for the plaintiff(s)' on the grounds that there is No genuine issue as to any material fact, and the plaintiff(s), is entitled to judgement as a matter of Law.

In Support of this motion, Plaintiff(s)' refers to the record in this action, including the Complaint, the answer to it and plaintiff(s)' attached affidavit, and Exhibit "A" "Letter of Acknowledgement", and Exhibit "B" "(Under Color of Law)" Document Evidencing Embezzlement) /s/ Alonzo Austin, Pro Se

Address: ALONZO AUSTIN, 1321 Oliver-Carlis rd., Tuskegee, AL. 36083
Phone # (334) 727-5476

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor, for )
RUTH H. LEWIS, Estate )
      Plaintiff(s) )
VS. ) CIVIL ACTION NO.
MODERN WOODMEN OF AMERICA ) 3:07-CV-138-MHT-WC
et al, )
      Defendant(s) )

## Affidavit in Support of Motion for Summary Judgement

STATE OF ALABAMA } ss:
COUNTY OF MACON }

   Alonzo Austin who, being first duly sworn, deposes and says:

1. I am Alonzo Austin, and have personal knowledge of the facts set forth.

   This affidavit is submitted in Support of the Plaintiff(s) Motion for Summary Judgement, for the purpose of showing that there is in this action no Genuine Issue as to any Material fact, and that the Plaintiff(s) is entitled to Judgement as a matter of Law. As issue is Constitutional in Nature..

2. THE Defendant(s) (THE MONTGOMERY CITY POLICE DEPARTMENT,) ordered Plaintiff(s), to separate as we were leaving MASON MANOR, Assisted Living Facility on June 10, 1994, We, being MS. RUTH H. LEWIS, and I, after we had Negotiated for several weeks with the "STATE OF ALABAMA BOARD OF LICENSURE" Representative, Mr. Guy Nevins, until it became abundantly clear he was stalling and acting in bad faith.

3. Facility was holding Ms. Lewis, "against her will," and had been doing so for sometime at least a few months before I was able to locate her. While in the facilities Ms. Lewis, would state to me Alonzo, Look I am the only Black person in here please get me out of here. I've got 2 houses, Money in the Bank, I receive 2 checks a month, I don't need to be paying to live here when I've got 2 houses do I.?

4. MS. Lewis then started to grow impatience with me, questioning whether I cared for her as she did Me. I tried to reassure her that I did, but she'd always say "then get me out here Now"

3 OF 6

5. I kept telling here I would as soon as MR. Guy Nevins, with the "Board of Licensure" assist. However that day never came, so after "Mr. Nevins," made himself unavailable I then place the facility, in question on Notice that I would use my Valid and Legal Authority, under the Durable General Power of ATTORNEY, to Lawfully remove MS. Lewis, on June 10, 1994. On the day in question, When I came to pick up MS. Lewis, She was as happy as she could be, saying things Like : ALONZO, I got to get my Suit clean For Church Sunday I know the food is stale in that old refrigerator, Alonzo, Can we stop by the store on the way home? and I better not ever see Juanita, with her low down Self!!! I Replied Ruth, don't worry about that, I have First got to get you out of here!! She then replied what'cha mean? I Said I'll tell you Later, Let's Go!! She Said Alonzo, wait I need to get my BIBLE, She pick it up off the Night Stand along with her walking Stick and we, started for the Door as we approached the tension was so thick you could cut it with a knife..!!!

6. A few steps from the side door, North end I made eye contact with the Administrator Just then I heard a firm knock on the door as I was about to reach for the handle and then from the other side of the door a voice called out Mr. Austin, "Please step outside." I said I'm coming as I opened the door Two Montgomery Police, stated in unison Let the Lady Go as I had her by the hand I stated if I turn her loose now she may Fall down, Ruth, started to pray - Saying Jesus Please! Please Jesus, our Father help me!!! Once more the Officer said Let the Lady Go, For the last time Sir, and Please step outside - we just want to talk to you, outside - "Step out NOW"! Look!!! "I said Now Sir"!! in a louder voice!!!

7. I, reluctantly complied and as I stepped outside the other officer closed the door behind me and ordered me of the premises. Stating you, are not to come back here, you may not be Seen in or near the premises I then asked on what Grounds?!! I have my power hear, When I opened up the Document they both immediatly Turned their backs.

8. And barked this order in a very Loud, LOUD menacing manner "Get OFF" the place Now!! I began to cry like a baby as I walked away I could hear Ms. Lewis saying where is Alonzo, what'll you'll doing to him?!!!! "All I want to do is Go home, Let me go Please!!!" The administrator voice was plainly shaken as she tried to quite Ms. Lewis.

9. This was the last time I would ever see the Principal alive. - Thanks to the Montgomery Police Department, and Mason Manor, on this day and at that time They joined with all the other state actors "Under the Color of State Law" See Exhibit "A" attached. A Letter From facility acknowledging Involvement From the owner, Cris Mason. In Conclusion.

9. The mental abuse statute applies Section 38-9-8, code of Al. 1975 in this case the Law enforcement officials who were suppose to be her protectors were actually the "Abusers". Their actions were particularly painful and frightening to not just Ms. Lewis, but to the other residents as well!! The actors were aiding and abeting as joint tortfeasors "under the color of state law." by preventing plaintiff(s) From returning to Tuskegee,

6 of 6

Where I've Sinced discovered Ms. LEWIS, Bank account at South trust Bank in tuskegee, was closed and reopened on 3/4/94 in Juanita K. Upshaw's Name, "Under the color of STATE Law"!!!!! That "Fraudulent Guardian and Conservatorship". See Document attached as exhibit the Amount of $72,810.69. Constituting Embezzlement.

NOTE: ATTORNEY BIGGERS + Nathanson (Names at bottom of Docum...

by *Alonzo Austin*, ProSe
    *Alonzo Austin*, ProSe

*Jerry R. McRae*, Notary

Com. Expires 2-28-09

[Notary Seal: JERRY R. MCRAE NOTARY PUBLIC ALABAMA STATE AT LARGE]

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing document upon

ATTN: Kimberly O. Fehl
Legal Department
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-1111

by depositing same in the UNITED STATES mail with adequate first class postage thereon to ensure delivery. This the 4th day of April, 2007

Alonzo Austin, pro se

by _Alonzo Austin_
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083
Ph. # (334) 727-5476

# Mason Manor

Assisted Living Facility for the Senior Citizen

Exhibit "A"

June 15, 1994

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, Alabama 36083

Dear Sir:

    In response to your letter dated June 12, 1994, Ruth H. Lewis was entered into Mason Manor by Mrs. Upshaw, her aunt. She is not being kept against her will and I told you and Mrs. Upshaw that Mrs. Lewis would have to be moved from Mason Manor by June 30, 1994. Mason Manor does not and will not be involved in a family matter.

Sincerely,

Chris Mason
MASON MANOR

CM/jm

**SouthTrust Bank** AUBURN, AL

EXHIBIT "A" From the file

NON-BUSINESS 55006 REV. 05/93

Adm. of estate

ACCOUNT TITLE: **JUANITA K UPSHAW CONSERV & GDN OF RUTH H LEWIS**

| BR. | ACCOUNT NUMBER | PROD. CODE |
|---|---|---|
| 005 | 29 953 181 | 200 |

| TAX I.D. | OFFICER NUMBER |
|---|---|
| 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 | 027 |

| FIRST DEPOSIT | DATE OPENED | BANK NO. |
|---|---|---|
| $ 72810.69 | 03/04/94 | 075 |

Executor For Testatrix Ruth H. Lewis

ACCOUNT TYPE:
___ CHECKING    ___ FIDUCIARY (e.g. EXECUTOR, TRUSTEE, ADMINISTRATOR, GUARDIAN)
___ SAVINGS     ___ UNINCORPORATED NON-BUSINESS ASSN (e.g. CHURCH, SCHOOL, CHARITABLE ORGANIZATION, ETC.)

SOURCE OF FUND CODE:    W/H CODE:    OPENED BY (FULL NAME OF EMPLOYEE):

CHECKS WILL BE SIGNED BY ANY ___ OF THE FOLLOWING:

1. *Juanita K Upshaw*    TYPE OR PRINT NAME: **JUANITA K UPSHAW**

2.
3.
4.
5.
6.

Obtained from AEB no attachments opened by Linda Peoples

AND COUNTERSIGNED BY ANY ___ OF THE FOLLOWING:    TYPE OR PRINT NAME

ACCOUNT NUMBER: 29 953 181
PHONE #: 205-724-0839    REFERRED BY:
LOCAL ADDRESS: P O BOX 275    CITY,STATE,ZIP: TUSKEGEE, AL 36087
PRIMARY MAILING ADDRESS: P O BOX 275    CITY,STATE,ZIP: TUSKEGEE AL 36087

The depositor named below hereby agrees to abide by and be bound by the Bank's Rules and Regulations Governing Deposit Accounts and its Schedule of Services and Service Charges, and by all amendments made to either or them from time to time on notice to the depositor. The undersigned acknowledges receipt of a copy of such Rules and Regulations and Schedule of Service Charges as presently in effect. The undersigned confirms that the primary purpose of this account is for personal, family or household purposes, and the undersigned also acknowledges receipt of a copy of the Truth-in-Savings Account Disclosures for this account.

Certification.—Under penalties of perjury, I certify that:
(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

Certification Instructions.—You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item (2) does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

DEPOSITOR'S NAME: **Juanita K. Upshaw Conserv & Gdn of Ruth H. Lewis**
*by Juanita K Upshaw*    TITLE: Conserv & GDN

COMMENTS:

PLEASE COMPLETE THE RESOLUTION ON BACK IF DEPOSITOR IS AN UNINCORPORATED NON-BUSINESS ASSOCIATION.

Ms. Linda Peopless & Mr. Wilson (Southtrust)

Probate Judge: Alfonza Menefee, Dr. Stey, George Clay (Embezzlement)
Biggers Law Firm, and Fred Gray Sr. Law Firm + partner
                  Conspirators under the color of
(1) ↓              State Law!!!   (2) ↓
(Deborah Biggers Atty.)    (Allan Nathanson atty)