IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:07-cv-00138-MHT-WC |
| | ) |
| MODERN WOODMAN OF AMERICA, et al., | ) |
| | ) |
| Defendant. | ) |

## MOTION TO STAY PENDING RESOLUTION OF MOTIONS TO DISMISS

Defendants Macon County Probate Judge Alfonza Menefee and the defendant designated as the "Macon County Sheriff Dept." move the Court to stay all proceedings in this action, including the requirement that the parties hold a Rule 26 Parties' Planning Conference or respond to discovery in this action, pending disposition of the numerous pending motions to dismiss in this case. As grounds for their motion, said defendants state:

1. This is a pro se action brought under 42 U.S.C. § 1983 arising from matters which allegedly occurred more than ten years ago.

2. Most of the defendants who have thus far answered the complaint in this case have filed motions to dismiss. The motions to dismiss are currently pending

before the Court. Orders directing the plaintiff to show cause why numerous of the motions to dismiss should not be granted have been issued by the Court.

    3.    Plaintiff Austin has now begun to attempt to obtain discovery from the defendants in this action. (See Rule 34 Request for Production of Documents served by plaintiff on April 2, 2007 attached to this motion.)

    4.    Because many, if not all, of the motions to dismiss filed by the numerous defendants to this case appear on their face to be meritorious, said defendants respectfully submit that, so as to not subject the defendants whose claims are time barred or otherwise subject to dismissal to burdensome discovery and the expense of needless litigation, and further for reasons of judicial efficiency and economy, disposition of the various pending motions to dismiss is appropriate before the parties (or those thereafter remaining) are required to meet, hold a Rule 26 meeting and thereafter respond to discovery in this action.

                                        s/ George W. Royer, Jr.
                                        George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Telephone: 256-535-1100

Attorneys for Defendant Alfonza Menefee
and Macon County Sheriff Dept.

CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Charles D. Stewart
      Spain & Gillon, L.L.C.
      2117 Second Avenue, North
      The Zinszer Building
      Birmingham, Alabama 35203
      *Attorney for Modern Woodman of America*

      Joe Espy, III
      Melton, Espy & Williams, P.C.
      P. O. Drawer 5130
      Montgomery, Alabama 36103
      *Attorney for Fred Gray, Sr. and Attorney Nathanson*

      Jack B. Hinton, Jr.
      Gidiere, Hinton, Herndon & Christman
      904 Regions Tower
      60 Commerce Street
      Montgomery, Alabama 36104
      *Attorney for Mason Manor*

      Kimberly Owen Fehl
      City of Montgomery Legal Division
      P. O. Box 1111
      Montgomery, Alabama 36101-0111
      *Attorney for Montgomery City Police Department*

John Michael Manasco
State of Alabama Treasury
P. O. Box 302510
State Capitol Building
600 Dexter Avenue, Room S-106
Montgomery, Alabama 36130
*Attorneys for Alabama State Treasurer's Office*

Bettie J. Carmack
Alabama Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130
*Attorney for Alabama State Board of Licensure*

Stanley F. Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, Alabama 36083
*Attorney for Alabama Exchange Bank President and Robert Davis*

Jason R. Bushby
Jon H. Patterson
Victor L. Hayslip
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
*Attorneys for SouthTrust Bank, SouthTrust Bank President
    and Regions Bank*

Pamela B. Slate
Slate Kennedy LLC
P. O. Box 388
Montgomery, Alabama 36101
*Attorney for Aetna Insurance Co.*

     I hereby certify that I have served a copy of the foregoing by depositing a copy of the same in the United States mail, postage prepaid and properly addressed to his attorney of record to:

| | |
|---|---|
| Alonzo Austin<br>1321 Oliver-Carlis Rd.<br>Tuskegee, Alabama 36083 | Juanita K. Upshaw<br>P. O. Box 830265<br>Tuskegee, Alabama 36083 |
| Howard F. Bryan<br>101 East Northside Street<br>Tuskegee, Alabama 36083 | City of Tuskegee Police Department<br>101 Fonville Street<br>Tuskegee, Alabama 36083 |
| Deborah Hill Biggers<br>Tuskegee Institute<br>P. O. Box 1183<br>Tuskegee, Alabama 36087 | George Clay<br>1205 Main Street<br>Tuskegee, Alabama 36083 |
| Robert Story<br>802 Crawford Street<br>Tuskegee, Alabama 36083 | |

on this the ____ day of April, 2007.

                                                            s/ George W. Royer, Jr.
                                                            George W. Royer, Jr.