IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:07-cv-00138-MHT-WC |
| ) | |
| MODERN WOODMAN OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF FILING OF ATTACHMENT
TO MOTION TO STAY

Defendants Macon County Probate Judge Alfonza Menefee and the defendant designated as the "Macon County Sheriff Dept." hereby file with the Court the Request for Production referenced as an attachment in their previously filed Motion to Stay (Document 65). Said attachment was, by clerical omission, inadvertently omitted from their previously filed Motion to Stay.

s/ George W. Royer, Jr.
George W. Royer, Jr.

LANIER FORD SHAVER & PAYNE, P.C.
P. O. Box 2087
Huntsville, AL 35804
Telephone: 256-535-1100

Attorneys for Defendant Alfonza Menefee
and Macon County Sheriff Dept.

CERTIFICATE OF SERVICE

      I hereby certify that I have filed the foregoing upon the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Charles D. Stewart
      Spain & Gillon, L.L.C.
      2117 Second Avenue, North
      The Zinszer Building
      Birmingham, Alabama 35203
      *Attorney for Modern Woodman of America*

      Joe Espy, III
      Melton, Espy & Williams, P.C.
      P. O. Drawer 5130
      Montgomery, Alabama 36103
      *Attorney for Fred Gray, Sr. and Attorney Nathanson*

      Jack B. Hinton, Jr.
      Gidiere, Hinton, Herndon & Christman
      904 Regions Tower
      60 Commerce Street
      Montgomery, Alabama 36104
      *Attorney for Mason Manor*

      Kimberly Owen Fehl
      City of Montgomery Legal Division
      P. O. Box 1111
      Montgomery, Alabama 36101-0111
      *Attorney for Montgomery City Police Department*

John Michael Manasco
State of Alabama Treasury
P. O. Box 302510
State Capitol Building
600 Dexter Avenue, Room S-106
Montgomery, Alabama 36130
*Attorneys for Alabama State Treasurer's Office*

Bettie J. Carmack
Alabama Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130
*Attorney for Alabama State Board of Licensure*

Stanley F. Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, Alabama 36083
*Attorney for Alabama Exchange Bank President and Robert Davis*

Jason R. Bushby
Jon H. Patterson
Victor L. Hayslip
BURR & FORMAN LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
*Attorneys for SouthTrust Bank, SouthTrust Bank President
 and Regions Bank*

Pamela B. Slate
Slate Kennedy LLC
P. O. Box 388
Montgomery, Alabama 36101
*Attorney for Aetna Insurance Co.*

I hereby certify that I have served a copy of the foregoing by depositing a copy of the same in the United States mail, postage prepaid and properly addressed to his attorney of record to:

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Alabama 36083

Juanita K. Upshaw
P. O. Box 830265
Tuskegee, Alabama 36083

Howard F. Bryan
101 East Northside Street
Tuskegee, Alabama 36083

City of Tuskegee Police Department
101 Fonville Street
Tuskegee, Alabama 36083

Deborah Hill Biggers
Tuskegee Institute
P. O. Box 1183
Tuskegee, Alabama 36087

George Clay
1205 Main Street
Tuskegee, Alabama 36083

Robert Story
802 Crawford Street
Tuskegee, Alabama 36083

on this the ____ day of April, 2007.

s/ George W. Royer, Jr.
George W. Royer, Jr.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Alonzo Austin, Executor, for )
Ruth H. Lewis, Estate )
    Plaintiff(s) )
Vs. ) CIVIL ACTION NO.
Modern Woodmen of America, ) 3:07-CV-138-MHT-WC
et al, )
    Defendant(s) )

### REQUEST FOR PRODUCTION OF DOCUMENTS ECT. UNDER RULE 34

Plaintiff(s) Alonzo Austin, request defendant(s) Macon County Sheriff, to respond within 30 days to the following requests:

1. That defendant(s) produce and permit Plaintiff(s) to inspect and copy each of the following Documents. "Listed" below"

PETITIONER'S Juanita K. Upshaw NOTICE OF HEARING IN THE PROBATE COURT OF MACON COUNTY ALABAMA DONE ON 18th DAY OF MARCH 1993. THE SUMMONED Served on Ruth Lewis, at

1401 Martin Luther King Drive, Tuskegee ALABAMA 36083 (A copy of same is requested).

THE ARREST OF plaintiff, occured on September 15, 1993 ordered by Probate Judge Menefee "FOR CONTEMPT OF COURT." The summons is ~~requested~~ requested in order to copy same. along with the actual Arrest Reports...

YOU ARE HEREBY requested to produce for inspection and copying by the plaintiff(s), of the aboved named Documents at 2:00pm on the 25th day of April 2007 in the Macon County Library at 302 South Main Street, Tuskegee, Al. 36083

IN Lieu of the production at the time and place stated above, you may Foward true and correct copies of the requested materials to; Alonzo Austin, to the address Listed below.

by Alonzo Austin, prose
ALONZO AUSTIN
1321 River-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing REQUEST FOR PRODUCTION OF DOCUMENT ON:

LANIER FORD SHAVER & PAYNE P.C.
P.O. BOX 2087
HUNTSVILLE, ALABAMA 35804

by depositing same in the United States mail with adequate first class postage thereon to ensure delivery.

This the 2nd day of April 2007

by Alonzo Austin
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476