IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motions to dismiss filed by Macon County Probate Judge Alfonza Menefee (doc. no. 27) and the Macon County Sheriff Department (doc. no. 29), it is

ORDERED that on or before April 24, 2007, the plaintiff shall show cause why the motion should not be granted. If the plaintiff fails to file a response as required by this order, the court will treat the plaintiff's failure to respond as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will dismiss this action.

Done this 10th day of April, 2007.

                                              /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE