IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIV. ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the April 3, 2007, motion to extend time to file a response (doc. no. 59) filed by Juanita K. Upshaw, it is

ORDERED that defendant Upshaw is GRANTED an extension to and including April 25, 2007, to file any pleadings or dispositive motions in response to the plaintiff's complaint.

Done this 10th day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE