IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN,<br>Executor for Ruth H. Lewis, Estate, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO: 3:07-cv-138-MHT<br>) |
| MODERN WOODMEN OF<br>AMERICA, et al. | )<br>)<br>) |
| Defendants. | ) |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submit the following corporate disclosure statement:

1.   There are no entities to be reported.

Dated this 10th day of April, 2007.

_____
Jack B. Hinton, Jr. (HIN020)
Attorney for Defendant "Mason Manor"

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL  36103
(334)834-9950

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 10th day of April, 2007, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. If the party does not participate in Notice of Electronic Filing, a copy of same has been put in the U.S. First Class Mail:

Alonzo Austin
1321 Oliver Carlis Road
Tuskegee, AL 36083

Pamela B. Slate
Slate Kennedy LLC
P.O. Box 388
Montgomery, AL 36101
Stanley Fitzgerald Gray
Gray, Langford, Sapp, McGowan Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

Bettie J. Carmack
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130

John Michael Manasco
State of Alabama Treasury
P.O. Box 302510
State Capitol Building
600 Dexter Avenue Room S-103
Montgomery, AL 36130

Deborah H. Biggers
113 E. Northside Street
Tuskegee, AL 36087

Howard F. Bryan, Circuit Judge
101 East Northside Street
Tuskegee, AL 36083

City of Tuskegee Police Department
101 Fonville Street
Tuskegee, AL 36083

George Clay
1205 Main Street
Tuskegee, AL 36083

George W. Royer, Jr.
Lanier Ford Shaver & Payne, PC
P.O. Box 2087
Huntsville, AL 35804-2087

Charles D. Stewart
Spain & Gallon, LLC
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL 35203

Kimberly Owen Fehl
City of Montgomery
P.O. Box 1111
Montgomery, AL 36101-0111

Joseph C. Espy, III
Melton, Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130

Robert Story
802 Crawford Street
Tuskegee, AL 36083

Juanita K. Upshaw
P.O. Box 830265
Tuskegee, AL 36083

Victor L. Hayslip
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

_____
Jack B. Hinton, Jr.