RECEIVED
2007 APR 10 P 12:40
DEBRA P. HACKETT, CLK
US DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Alonzo Austin, Executor for
Ruth H. Lewis, Estate
    Plaintiff(s)

vs.

Modern Woodmen of America
et al
    Defendant(s)

CIVIL ACTION NO. 3:07-CV-138-MHT-WC

Motion for Summary Judgement by Plaintiff(s) in response to Motion to Dismiss by Defendant(s)

Plaintiff(S) pursuant to Rule 56 of the federal Rules of Civil procedure, Moves the court to enter Summary Judgement for the Plaintiff(s) on the grounds that there is no genuine issue as to any material fact, and the Plaintiff(S) is entitled to Judgement as a matter of Law.

In Support of this motion, Plaintiff(S) refers to the record in this action, including the Complaint, The answer to it and Plaintiff(S) attached Affidavit and Exhibit "A".

by: Alonzo Austin, pro se

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083
Ph# (334) 727-5476

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor, for )
RUTH H. LEWIS, Estate )
      Plaintiff(s) )
VS. ) CIVIL ACTION NO.
MODERN WOODMEN OF AMERICA ) 3:07-CV-138-MHT-WC
et al, )
      Defendant(s) )

## Affidavit in Support of Motion for Summary Judgement

STATE OF ALABAMA } ss:
COUNTY OF MACON }

    ALONZO AUSTIN who, being first duly sworn, deposes and says:

1. I am ALONZO AUSTIN, and have personal knowledge of the facts set forth.

    This affidavit is submitted in support of the Plaintiff(s) Motion for Summary Judgement, for the purpose of showing that there is in this action no Genuine Issue as to any material fact, and that the Plaintiff(s) is entitled to Judgement as a matter of Law. As issue is Constitutional in Nature..

2 of 5

2. Plaintiff(S) received an "official Notification" from Defendant(S) (KAY IVEY, TREASURER, STATE OF ALABAMA.) Dated February 13, 2006

3. I was beside my self I say my Interest on my Annuity Flash before my eyes What is This? I screamed to the top of my Lungs. Angry is still not the Word!!! Who does Kay IVEY, Thinks She is Scamming me, out of my Interest For the year Fiscal, of 2006 and 1/2 of 2007, Which is owed to me, and I demand it as Well as more information on the estate of harold LOWE, and Who was that and Why was he on my account.

4. According to mr. CHAD WRIGHT, Via Affidavit, Paragraph 2 States The Following Relevant facts regarding mr. Austin's assets were also included in the reports. 5th • $1,258.10 was reported with an owner in the Name of "<u>THE ESTATE OF HAROLD LOWE.</u>", Ms. Judy GACKLE 1st Affidavit Nor Does the 2nd Amended or Supplemental Affidavit Clear up this mess!! Actually it Raises more question than answers!!!
Conclusion! The Scheme entered into

3 of 5

by these TWO Defendants MODERN WOODMEN OF AMERICA and KAY IVEY, "STATE TREASURER OF ALABAMA" has back fired exposing Fraud and Corruption with respect to MR Lowe and Plaintiff(S) interest in Combination with their Plan to Convert Plaintiff(S) active Annuity, interest bearing account, in to a dormant one. treating Plaintiff(S); interest bearing Annuity as of October 31, 2005 as "Unclaimed Funds" Please Give me a break "bottom Line" Plaintiff(S), did Not Sign the Waiver, to his Rights under the Contract with MODERN WOODMEN OF AMERICA and Absent of a Signed Waiver, by the Plaintiff(S), Means the issue before the Court is a Constitutional one. See Letter attached as Exhibit "A" and dated August 3, 2005. (UNDER COLOR OF STATE LAW)          by Alonzo Austin, pro se
                                                                                  Alonzo Austin, pro se

Jerry R. McRae, Notary
Com. Expires 2-28-09

[Notary Seal: JERRY R. McRAE NOTARY PUBLIC ALABAMA STATE AT LARGE]

4 of 5            Exhibit "A"
                  copy

August 3, 2005
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
            ATN: Linda J. Kendall
LEGAL DEPARTMENT
MODERN WOODSMAN OF AMERICA
1701 1st Avenue
P.O. Box 2005
Rock Island IL. 61204-2005
            Via Certified mail

Dear: Ms. Kendall;
Re: Ruth Harkless Lewis-Certificate #6737108
Reported Stolen by Agent and Beneficiary —
EXC. Alonzo Austin; (Please help me
                        help you!!)

Your letter dated July 25, 2005 was well received. Thanks for your concerns However, I cannot in good conscious sign this Waiver as it is written!!! Perhaps if it is modified, but only after the cause of Death has truly been Legally established along with the date and place.

Finally because of the stated reasons given above I am unable to fill out the "Claimant's Statement" as required prompting payments of Certificate Proceeds. In short An investigation must be conducted which will delay further these proceeds. Which is the real Reason for the delay for Settlement!!!
NOTE: As I am without the Necessary Information!!

## CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Document upon:

Attorney J. Michael Manasco
P.O. Box 2510
Montgomery, AL 36130-2510

by depositing Same in the U.S. Mail postage prepaid on the 10th day of April, 2007

Alonzo Austin, Pro Se
by Alonzo Austin, Pro Se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083
Ph # (334) 727-5476