IN THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 10 P 12:39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN, Executor for RUTH H. LEWIS, Estate,
Plaintiff(S),

VS. CIVIL ACTION NO. 3:07-CV-138-MHT-WC

MODERN WOODMEN OF AMERICA et.al,
Defendant(S),

Motion for Summary Judgement by Plaintiff(S) in response to, Motion to DISMISS by Defendant(S)

Plaintiff(S) pursuant to RULE 56 OF the federal Rules of CIVIL procedures, Moves the Court to enter Summary Judgement for the Plaintiff(S) on the grounds that there is NO genuine issue as to any Material fact, and the Plaintiff(S) is entitled to judgement as a matter of Law.

IN support of this motion, Plaintiff(S) refers to the record in this action, including the Complaint, the answer to it and Plaintiff(S) attached Affidavit and Exhibits "A" and "B".

alonzo Austin, prose
by. Alonzo Austin, prose
ALONZO AUSTIN

Address: 1321 River-Carlis Rd., Tuskegee, Al. 36083, Ph# (334) 727-5476

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor, For )
RUTH H. LEWIS, Estate )
Plaintiff(S) )
VS. ) CIVIL ACTION NO
MODERN WOODMEN OF AMERICA ) 3:07-CV-138-MHT-WC
et. al, )
Defendant(S) )

RECEIVED
2007 APR 10 P 12: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Affidavit in Support of Motion For Summary Judgement

STATE OF ALABAMA } SS.
COUNTY OF MACON }

ALONZO AUSTIN, who, being first duly sworn, deposes and Says:

I am ALONZO AUSTIN, and have Personal Knowledge Of the facts set forth.

This affidavit is Submitted in Support of the Plaintiff(S) Motion For Summary Judgement, for the purpose of Showing that there is in this action No genuine issue as to any Material fact and that the Plaintiff(S) is entitled to Judgement as a matter Of Law.

As issue is Constitutional in Nature.

2. That on February 2, 1993 Plaintiff(S), principal, RUTH H. LEWIS, and Agent ALONZO Austin, entered into the arena of (Law of Agency) "With a Durable General Power of Attorney";

3. on March 3, 1993, Plaintiff(S), attempted to Certify Same in the Probate Judges office, With Probate Judge ALFONZA MENEFEE, Who refused to Certify Said Document, in question, Claiming instead that MS. Lewis Needed to be Protected from People, like me, and that She was not CLear and he would began Proceeding in a few Weeks, to take care of her, and That I may as well tare up that Peice of Paper referring to the Durable General Power of Attorney's prepared by the Honorable ALBERT C. BULLS III.

4. That on March 18, 1993, Probate Court records reflect that true to his threat Probate Court Judge ALFONZA MENEFEE, OF MACON County, ALABAMA Commenced Proceedings With ATTORNEY: Deborah HILL BIGGERS, Juanita K. Upshaw with Agent For AETNA, George H. Clay Causing a fraudulent Bond to ISSue against The (Law OF Agency) Bond# 58572798 with Western Surety Company, Joe KIRBY, president. On 4th Day of June 1993

5. George H. Clay, was Plaintiff(s), insurance Agent, providing Coverage on Plaintiff(s), Vehicles, including A 1992 buick Skylark GS, Policy # 201 5029739871 PED.
6. On april 92 1993, Juanita K. upshaw, was added to my policy as your record indicated.
7. MS. upshaw was a Listed Driver, and She Lived 2 door up From ms. Lewis, The principal, her aunt, And Agent, Lived across town approximately 8 to 10 miles.
8. THE plaintiff(s), Later discovered that Ms. Juanita K. upshaw, had Filed A petition For Guardianship and Conservatorship over Principal Lewis, in an attempt to declare principal Lewis, a ward of the State of Alabama.
9. THE Discovery was Made when the Macon County Sheriff, Served Principal, Lewis, with a Summon with Juanita K. Upshaw, as petitioner, and ATTORNEY Deborah Hill Biggers, as Legal Counsel.
10. THE FRAUDULENT Bond executed by George H. Clay Supported Juanita K. upshaw, and enabled her, to Violate the Laws of ALABAMA, with MR CLAY'S blessing!!
11. On June 6, 1993 Probate Judge Menefee VOID Principal's, Durable power of Attorney Prepared by

The Honorable ALBERT C. BULLS III thus ordering Plaintiff(S) to Convey TITLE of 92 Buick SKYLARK GS. back to RUTH H. LEWIS allong with all Documents, keys, Property of all Kinds and to refrain from any contact with Principal.

12. This Fraudulent Bond, executed by Aetna's Agent GEORGE H. CLAY, was used by Mr. Clay, ALFONZA MENEFEE, Dr. Robert Story, Deborah Hill Biggers, Robert Davis, OF ALABAMA Exchange BANK, FRED GRAY SR, Juanita K. Upshaw, Allen Nathanson, Sheriff of Macon County, Tuskegee CITY POLICE, South trust Bank official, The UTILITIES Board of Tuskegee, People's Funeral Home, MASON Manor of Montgomery, Montgomery City Police, AETNA Insurance Co., ALABAMA STATE BOARD OF LICENSURE, MODERN WOOD MEN OF AMERICA, RAY IVEY STATE TREASURER'S OFFICE JUDGE! Howard F. BRYANT Regions Bank to Convert Property of Plaintiff(S) (under Color of State Law) in Violation of 42 U.S.C. §1983 including 92 buick Skylark GS. See attached Fraudulent title Exhibit "A" also See exhibit "B" where Defendant(S) allowed Juanita K. Upshaw, to Drive my vehicle with out Proper Legal Title and Insurance from 9/93 til 5/96 Outrageous, GEORGE H. CLAYS

Fraudulent Bond excuted For JUANITA K. Upshaw is the Main artery that Gave Life to this so Called Guardianship Conservatorship That deprived the Legal and VALID (Law of AGENCY) That existed From 2/2/93 til 11/26/94. of all of its Federally protected Guaranteed Constitutional CIVILS RIGHTS. under 42 U.S.C. § 1983

Alonzo Austin, pro se
by Alonzo Austin, pro se

Jerry R. McRae, Notary
Com. Expires 2-28-09



City Police Would not [illegible]

000049

Would not Help!!

EXHIBIT A 6 of 8

STATE OF ALABAMA
DEPARTMENT OF REVENUE

ALABAMA GREAT SEAL

# CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NUMBER | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 16422187 | 1G4NM14N0NC620001 | 03 | 05/24/94 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 92 | BUICK | SKYLARK | 2D | 15170193 |

| CYL | NEW | USED | DEMO | PURCHASE DATE | NO. LIENS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 04 | XX | | | 02/02/92 | 0 | GRN | 0007000 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)

UPSHAW JUANITA GDN OF
RUTH LEWIS IN
P O BOX 275
TUSKEGEE AL 36087

MAIL TO

UPSHAW JUANITA GDN OF
P O BOX 275
TUSKEGEE AL 36087

RESIDENT ADDRESS IF DIFFERENT

1305 MLK W
TUSKEGEE AL 36083

LEGEND(S)

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder

By
Signature of Authorized Agent

Date

1ST LIENHOLDER'S NAME ADDRESS AND LIEN DATE

2ND LIENHOLDER'S NAME ADDRESS AND LIEN DATE

Second Lienholder

By
Signature of Authorized Agent

Date

This certificate serves as an official document of the Department of Revenue and prima facie evidence that an application for certificate of title has been made for the vehicle described herein, pursuant to the provisions of the Motor Vehicle laws of this state, and the applicant named on the face hereof has been duly recorded as the lawful owner of the vehicle so described. Further, the said vehicle is subject to the security interest by lien(s) shown hereon, if any. But, said described vehicle may be subject to a mechanic's lien or a lien given by statute to the United States, this State or any political subdivision of this State or other encumbrances not required to be filed with this Department.

COMMISSIONER OF REVENUE

CONTROL NUMBER
15690275

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE

AMERICAN BANK NOTE COMPANY

VOID COPY VOID COPY VOID

CIRCUIT CLERK

City Attorney Gray is looking into this matter of Juanita K. Upshaw Driving Stolen Vehicle of [illegible] ; ?

CV-94-36

EXHIBIT "B"

7 OF 8

CLAY & ASSOCIATES, INC
*General Insurance Agency*
120 SOUTH MAIN ST. – P. O. BOX 299
TUSKEGEE, AL 36083
Phone: 727-6210

TO: Mr. Alonzo Austin
Rt. 3, Box 365
Tuskegee, Al. 36083

SUBJECT: Pol. # 20150297398711

DATE: 5/31/94

Mr. Austin,

Enclosed is a copy of the letter that we received from Aetna concerning Non-renewal of your policy. Even though, Mrs. Upshaw is not listed as a driver the policy will not be renewed because Mrs. Upshaw still have possession of the vehicle.

Doris

# CERTIFICATE OF SERVICE

I do hereby certify that I have this day Served A copy of the foregoing Document Upon.

Slate Kennedy LLC
P.O. Box 388
Montgomery, AL 36101

AETNA

by depositing same in the U.S. mail, postage prepaid on this 9th day of April 2007

Alonzo Austin, pro se
by, Alonzo Austin, Pro se
ALONZO AUSTIN
1321 Oliver Carlis Rd.
Tuskegee, Al. 36083
Ph#(334) 727-5476