IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor, for
RUTH H. LEWIS, Estate
    Plaintiff(s)

VS.

MODERN WOODMEN OF AMERICA
et al,
    Defendant(s)

CIVIL ACTION NO. 3:07-CV-138-MHT-WC

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA
2007 APR 10 P 3:38
RECEIVED

Motion for Summary Judgement by Plaintiff(s) in response to, Motion to DISMISS by Defendant

Plaintiff(s) pursuant to RULE 56 of the federal rules of Civil procedure, Moves the court to enter Summary Judgement for the Plaintiff(s) on the grounds that there is No genuine issue as to any material fact, and the plaintiff(s) is entitled to judgement as a matter of law.

In Support of this motion plaintiff(s) refers to the record in this action, including the Complaint the answer to it and plaintiff(s) attached affidavit and Exhibits "A".

By _Alonzo Austin_, pro se
ALONZO AUSTIN

Address: 1321 River-Carlis Rd., Tuskegee, AL. 36083, Ph# (334) 727-5474

RECEIVED
2007 APR 10 P 12: 38
DEBRA P. HACKETT, CLK
DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Alonzo Austin, Executor, for
Ruth. H. Lewis, Estate
    Plaintiff(s)

vs.

Modern Woodmen of America
et al,
    Defendant(s)

CIVIL ACTION NO. 3:07-CV-138-MHT-WC

Affidavit in Support of Motion For Summary Judgement

STATE OF ALABAMA ) ss.
COUNTY OF MACON )

Alonzo Austin who, being first duly sworn, deposes and says:

1. I am Alonzo Austin, and have personal knowledge of the facts set forth.

This affidavit is submitted in support of the Plaintiff(s) Motion for Summary Judgement for the purpose of showing that there is in this action no genuine issue as to any material fact, and that the Plaintiff(s) is entitled to Judgement as a matter of Law. As issue is Constitutional in Nature..

2 OF 5

2. Plaintiff(s) spoke to "The Defendant "CITY ATTORNEY FRED GRAY SR.", a Few's day after THE DEFENDANT'S, The STATE BOARD OF LICENSURE, Representative Mr. Guy NIVENS, Stated to Plaintiff(s) that after Speaking to ATTORNEY GRAY," he ended the investigation with respect to MS. LEWIS the Principal, being held against her WILL in Mason Manor, Assisted Living facility because of ATTORNEY FRED GRAY SR. Claim that Plaintiffs, had No Standing to ask for and investigation or Remove principal LEWIS, From the Facility in question because of the (2) Court orders (one) on June 6, 1993, voiding Durable General power of Attorney Given Plaintiffs by RUTH H. LEWIS. and (Secondly) The Divestiture of the Vehicle that Plaintiff(s) had by CIRCUIT COURT JUDGE: Howard F. BRYAN, on march 22, 199=

3. During Plaintiff(s) conversation with Defendant FRED GRAY Sr. Near the end of May 1994 Mr. GRAY Warned Plaintiff(s) that the Montgomery POLICE Don't PLAY and that Plaintiff(s) better be Careful Down there in montgomery "the Cradle of the OLD Confederacy" Those are VALID Court ORDERS so you Better Stay away From Mason Manor

3 of 5

4. Plaintiff(s) promised ATTORNEY FRED GRAY SR. that he would abide by the police Demands but plaintiff(s) stated to CITY OF TUSKEGEE ATTORNEY FRED GRAY SR. the he did not believe the Montgomery police would try and prevent me from removing Principal Lewis once I showed them my power.

5. Boy was plaintiff(s) wrong because on June 10, 19 when plaintiffs went to remove Principal Lewis from Mason Manor after giving NOTICE The Montgomery City POLICE was waiting and they were not playing they Separated Principal Lewis and plaintiff's Austin without hesitation in a vicious and EVIL way without any regard for our Constitutional Rights.

6. plaintiff(s) later spoke with CITY ATTORNEY FRED GRAY SR, OF TUSKEGEE, ALABAMA on February 10, 1995 Several months after Principal Lewis Death Regarding A $227.60 Ambulance bill owed by RUTH. H. LEWIS, to the City of Tuskegee See: Attached as Exhibit A., and plaintiff(s) stated to Defendant FRED GRAY SR. Finally you'll recognize ME as her Personal Representative, Now that she OWES you'll Money so it's me Now and Not Juanita K. Upshaw, Gray, replied NO Comment!

4 of 5

In Conclusion, once Principal was Dead and buried and all propert, both tangible an intangible were Split among the State actors and Civilians amounting to more that $300,000.00 and to show their appreciation to the Plaintiffs For his efforts in the above Matter they would finally accept Same as the executor, providing Plaintiff(S) would pay this Ambulance Bill of $227.60 (THEY ARE ALL HEART, AREN'T THEY?!!)

Alonzo Austin, proze
by *Alonzo Austin, Prose*

*Jerry R. McRae, Notary*
Com. Expires 2-28-09



| | | |
|---|---|---|
| LOUIS MAXWELL<br>  PRESIDENT, CITY COUNCIL<br>HAROLD WASHINGTON<br>  PRESIDENT PROTEM, CITY COUNCIL<br>COUNCIL MEMBERS<br>  FRANK H. BENTLEY<br>  ROBERT L. IVEY, JR.<br>  MAE DORIS WILLIAMS | **CITY OF TUSKEGEE**<br><br>JOHNNY FORD, MAYOR<br>TUSKEGEE, ALABAMA 36083<br>TEL - (205)727-2180 FAX (205)7274820 | HATTIE P. KING<br>  CITY CLERK-TREASURER<br>CAL WILSON<br>  EXEC. DIR. HEADSTART<br>FRED D. GRAY<br>  CITY ATTORNEY<br>JOHN R. MEADOWS<br>  CHIEF, POLICE DEPT.<br>LUTHER CURRY<br>  CHIEF, FIRE DEPT.<br>LINDA C. MARABLE<br>  PURCHASING AGT.<br>WILLIAM FOSTER<br>  DIR. PUBLIC WORKS<br>CARL BASCOMB<br>  PERSONNEL DIRECTOR<br>EDDIE MOORE<br>  DIR. SANITATION DEPT & STREET.<br>ELESE DANIEL<br>  DIR. RECREATION<br>JEANETTE ALEXANDER<br>  DIR. SR. CITIZENS<br>JEROME MOORE<br>  DIR. CITY SHOP<br>JAMES C. B. SAMUEL<br>  COMPTROLLER<br>RONALD D. WILLIAMS<br>  ASST. SUPT. UTILITIES |



EXHIBIT "A"

Date __February 7, 1995__

Name __Mr. Alonza Austin__

Address __1321 Oliver Carlis Road__

__Tuskegee, Alabama 36083__

    RE:  Bill for Ambulance Services
           Ms. Ruth Lewis-November 26, 1994

Dear __Mr. Austin:__

Our records indicate that after insurance, medicare, and/or medicaid payment/s were applied to your account, a balance of __$ 227.60__ is still owed:

| | |
|---|---|
| Amount of Bill | $ __249.00__ |
| Less:<br>Medicare Payment<br>Medicaid Payment<br>Insurance Payment<br>Other | <br>_____<br>_____<br>__21.40 - Blue Cross__<br>_____ |
| Balance Owed | $ __227.60__ |

Please pay this amount promptly.

If you have questions or need additional information, please contact Ms. Carolyn Ferguson at (205) 724-2186.

Sincerely,

Hattie King
City Clerk/Treasurer

## CERTIFICATE OF SERVICE

I hereby Certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the UNITED STATES Mail, this 10th day of April 2007 postage prepaid and properly addressed to:

Melton Espy & Williams, PC       Fred Gray
P.O. Drawer 5130
Montgomery, AL 36103-5130

by _Alonzo Austin, pro se_
by _Alonzo Austin, pro se_
ALONZO Austin
1321 River-Carlis rd,
Tuskegee, AL. 36083
Ph#(334) 727-5476