Courts Copy

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT COURT

RECEIVED
2007 APR 10 P 12: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN, Executor, for )
RUTH H. LEWIS, Estate )
Plaintiff(S) )
VS. ) CIVIL ACTION NO.
MODERN WOODMEN OF AMERICA ) 3:07-CV-138-MHT-WC
et al, )
Defendant(S) )

Motion for Summary Judgement by Plaintiff(S) in response to Motion to DISMISS by Defendant(S)

Plaintiff(S) pursuant to RULE 56 of the federal Rules of Civil Procedure, Moves the Court to enter Summary Judgement for the Plaintiff(S) on the grounds that there is No genuine issue as to any material fact, and the Plaintiff(S) is entitled to judgement as a matter of Law.

In support of this motion Plaintiff(S) refers to the record in this action, including the Complaint, The answer to it and plaintiff attached affidavit and exhibit " "B"

by Alonzo Austin, pro se
ALONZO AUSTIN

Address: 1321 Oliver-Carlis Rd., Tuskegee, AL. 36083, Ph# (334) 727-5476

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 10 P 12: 38
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN, Executor, for )
RUTH. H. LEWIS, Estate )
Plaintiff(S) )
VS. ) CIVIL ACTION NO.
MODERN WOODMEN OF AMERICA ) 3:07-CV-138-MHT-WC
et.al, )
Defendant(S) )

Affidavit in Support of Motion for Summary Judgement.

STATE OF ALABAMA) ss.
COUNTY OF MACON)

ALONZO AUSTIN Who, being first duly Sworn, deposes and Says:

1, I am ALONZO AUSTIN and have personal knowledge of the facts Set forth,

This Affidavit is Submitted in support of the Plaintiff(S) motion for Summary Judgement for the purpose of Showing that there is in this action NO genuine issue as to any Material fact, and that the plaintiff(S) is entitled to judgemnd as a matter of Law as issue is Constitutional in Nature.

1 OF 2

2. Dependant Allan Nathanson an ATTONEY at Law. In the Law firm of "GRAY, LANEFORD, SAPP, MCGOWAN, GRAY, & NATHANSON" OF TUSKEGEE, ALABAMA Was involved in Bank transaction With Deborah Biggers, ATTOREY AT Law in TUSKEGEE, ALABAMA, allong With Juanita K. Upshaw, (acting under Color of State Law) And in Violation of 42 U.S.C. §1983 See Document attached as exhibit "A"

3. The Document Speaks For it Self, this is Contrary to ATTORNEY NATHANSON affidavit., Wherein mr. NATHANSON States and I quote "I had NO involvement in any of the matters alleged in the Complaint" Fact, the Complaint alleged Abuse of Process beginning on march 1993 thru. Principal Lewis Death on November 26, 1994 exhibit "A" above reveals that attorney Alan NATHANSON, Signature appears on this document evidencing on march 4, 1994, $72,810.69, OF Principal Ruth H. Lewis, Money Was Deposited in an account TITLED Juanita K. Upshaw Con Serv + GDN OF RUTH H. LEWIS, While She was a Live! THE Record reflect that MS. RUTH H. LEWIS, Deceased on November 26, 1994 Per haps ATTORNEY Nathanson, would Like to amend his Affidavit:

IN CONCLUSION, MR ALLAN NATHANSON, is an ATTORNEY IN THE LAW Firm OF GRAY, LANGFORD, SAPP, MC GOWAN, GRAY, & NATHANSON and as such the evidence reveals that he, and Law firm Members, Knew or Should have Known of his involvement on March #, 1994, after ALL over #72,810, dollars were transacted. at a time when Plaintiff(S), were being battered around between probate and Circuit Court, demanding all Documents and Vehicle TITLE of 92 Buick, From Plaintiff(S), or Plaintiff(S), Could be held in Contempt of Circuit court, as a matter of Fact the court, records Show Plaintiff(S), Was held in Contempt on or Near March 22, 1994, How interesting, WOW!!! (Principal had been kidnapped and removed From her Home!! by then.. by Alonzo Austin Prose

Alonzo Austin Prose

Jerry R. McRae, Notary

Com. Expires 2-28-09

JERRY R. MCRAE NOTARY PUBLIC ALABAMA STATE AT LARGE

EXHIBIT "B" - From the File

**SouthTrust Bank** AUBURN, AL

NON-BUSINESS 55008 REV. 08/93

Adm. of estate

Executor For Testator Ruth H. Lewis

| ACCOUNT TITLE: | BR. | ACCOUNT NUMBER | PROD. CODE |
|---|---|---|---|
| JUANITA K UPSHAW CONSERV & GDN OF RUTH H LEWIS | 005 | 29 953 181 | 200 |
| | TAX I.D. 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 | | OFFICER NUMBER 027 |
| | FIRST DEPOSIT $ 72810.69 | DATE OPENED 03/04/94 | BANK NO. 075 |

ACCOUNT TYPE: __ CHECKING __ SAVINGS

TYPE OF DEPOSITOR: __ FIDUCIARY (e.g. EXECUTOR, TRUSTEE, ADMINISTRATOR, GUARDIAN) __ UNINCORPORATED NON-BUSINESS ASSN (e.g. CHURCH, SCHOOL, CHARITABLE ORGANIZATION, ETC.)

SOURCE OF FUND CODE: | WHY CODE: | OPENED BY (FULL NAME OF EMPLOYEE)

| CHECKS WILL BE SIGNED BY ANY ___ OF THE FOLLOWING: | TYPE OR PRINT NAME |
|---|---|
| 1. Juanita K. Upshaw | JUANITA K UPSHAW |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| AND COUNTERSIGNED BY ANY ___ OF THE FOLLOWING: | TYPE OR PRINT NAME |
|---|---|
| 1. | |
| 2. | |

ACCOUNT NUMBER 29 953 181

PHONE #: 205-724-0839 REFERRED BY:

LOCAL ADDRESS: P O BOX 275 CITY,STATE,ZIP TUSKEGEE, AL 36087

PRIMARY MAILING ADDRESS: BOX 275 CITY,STATE,ZIP TUSKEGEE AL 36087

Obtained from AEB - no attachments - opened by Linda Peoples

The depositor named below hereby agrees to abide by and be bound by the Bank's Rules and Regulations Governing Deposit Accounts and its Schedule of Services and Service Charges, and by all amendments made to either of them from time to time on notice to the depositor. The undersigned acknowledges receipt of a copy of such Rules and Regulations and Schedule of Service Charges as presently in effect. The undersigned confirms that the primary purpose of this account is for personal, family or household purposes, and the undersigned also acknowledges receipt of a copy of the Truth-in-Savings Account Disclosures for this account.

**Certification.**—Under penalties of perjury, I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item (2) does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN.

Juanita K. Upshaw Conserv & Gdn of Ruth H. Lewis
DEPOSITOR'S NAME

BY Juanita K. Upshaw TITLE Conserv & GDN

COMMENTS:

PLEASE COMPLETE THE RESOLUTION ON BACK IF DEPOSITOR IS AN UNINCORPORATED NON-BUSINESS ASSOCIATION.

Ms. Linda Peoples & Mr. Wilson (South Trust)

Probate Judge; Alfonza Mennefee, Dr. Story, George Clay (Embezzlement) Biggers Law Firm and Fred Gray Sr. Law Firm & partner Conspirators under the color of State Law!!

(1) (Deborah Biggers Atty.) (2) (Allan Nathanson atty)

04-03-1998 17:40 13348874490 SOUTHTRUST BANK AUBURN P.04

CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing document upon

Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130 Gray or Nathanson

by depositing Same in the U.S. mail postage prepaid on this the 10th day of April 2007

Alonzo Austin, pro se
by, Alonzo Austin pro se

Alonzo Austin
1321 River-Carlis Rd.
Tuskegee, AL 36083
Ph.# (334) 727-5476