IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor for
RUTH H. LEWIS, Estate
    Plaintiff(s)

VS.                                    CIVIL ACTION NO.
MODERN WOODMEN OF AMERICA   3:07-CV-138-MHT-WC
et. al,
        Defendant(s)

2007 APR 10  P 12: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion For Summary Judgement by Plaintiff(s) in
response to Motion to DISMISS by Defendant(s)

Plaintiff(s) pursuant to RULE 56 of the federal Rules
of Civil Procedure, Moves the Court to enter
Summary Judgement, for the Plaintiff(S), on the
grounds that there is No genuine Issue as to
any Material fact, and the Plaintiff(S), is
entitled to Judgement, as a matter of Law.
    IN Support of this Motion, Plaintiff(S), refers to the
record in this action, including the Complaint,
The Answer to it and Plaintiff(S) Attached Affidavit
and exhibit's "A" + "B"        by Alonzo Austin, prose
                                   ALONZO AUSTIN
                                   1321 Oliver-Carlis Rd,
                                   Tuskegee, AL. 36083
                                   Phone (334) 727-5476

IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2007 APR 10 P 12: 38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ALONZO AUSTIN, Executor, for
RUTH H. LEWIS, Estate
    (Plaintiff(S)

VS.                CIVIL ACTION NO.

MODERN WOODMEN OF AMERICA  3:07-CV-138-MHT-WC
et.al,

       Defendant(S)

Affidavit in Support OF Motion For Summary Judgement,

STATE OF ALABAMA) SS.
COUNTY OF MACON)

ALONZO AUSTIN, who, being first duly Sworn
deposes and Says:

1. I am ALONZO AUSTIN, and have personal
knowledge of the facts Set forth.

This affidavit is submitted in Support OF the (Plaintiff(S)
Motion for Summary Judgement, for the purpose of showing
that there is in this action no genuine issue as to
any Material fact, and that the Plaintiff(S) is entitled
to Judgement as a matter of Law. As issue is
Constitutional in Nature.

1 OF 2

2. Plaintiff(S) First encounter With THE Defendant, Mason Manor, Assisted Living Facility, on April 30, 1992, after Following Juanita K. Upshaw, without her knowing and plaintiff(S) Saw Ms. Upshaw, go in the Facility, and plaintiff(S), Later Saw Ms. Upshaw Leave, a short time Later on same day Plaintiff(S), entered and Found (Principal Ruth H. Lewis, with head Bowed and very dejected and awfully Depressed. once she recognized I had come For her she initially kept Calling my Name Alonzo, Alonzo!! thank you Jesus!!, and so forth Plaintiff(S), in an effort not to be redundant(Incorporate by reference the Testimony Given in affidavit, supporting Motion For Summary Judgment in response to Defendant(S), Montgomery City Police, Motion to Dismiss.).

3. Plaintiff(S, (incorporate by reference Testimony Via affidavit, Given to support Motion For Summary Judgement in response to, Alabama State Board of Licensure, Motion to Dismiss.)

4. Plaintiff Sent a letter to owner Cris Mason, See exhibit "A." and Cris Manson, intern Sent a response Letter to (Plaintiff(S), See exhibit "B" IN Conclusion, Mason Manor, Assisted Living, Joined A Long List OF State Actors and Civilians

2 OF 2

in depriving (Plaintiff(s), of their Constitutional
Federally Guarenteed protected Civil Rights,
When on June 10, 1994, Defendant, MASON MANOR,
Assisted Living Facility, with the assistance from
the Montgomery CITY Police, Prevented Plaintiff(S)
From Removing MS. LEWIS, THE PRINCIPAL, in
THE LAW of AGENCY, and in the alternative
kept MS. RUTH H. LEWIS, against her WILL!!
With out any regard For her Constitutional Rights,
While acting under the color of STATE Law!!
in Violation of 42 U.S.C. § 1983.!!!

by, Alonzo Austin, prose
Alonzo Austin, prose

Jerry R. McRae, Notary

Com. Expires 2-28-09



by, Alonzo Austin, prose
Alonzo Austin
1321 River-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476

*Mason Manor*

**Assisted Living Facility for the Senior Citizen**

June 15, 1994

Mr. Alonzo Austin
1321 Oliver-Carlis Road
Tuskegee, Alabama  36083

Dear Sir:

     In response to your letter dated June 12, 1994, Ruth H. Lewis was entered into Mason Manor by Mrs. Upshaw, her aunt. She is not being kept against her will and I told you and Mrs. Upshaw that Mrs. Lewis would have to be moved from Mason Manor by June 30, 1994. Mason Manor does not and will not be involved in a family matter.

     Sincerely,

Chris Mason
MASON MANOR

CM/jm

EXHIBIT B

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
6/12/94

Mr. Cris Mason
4120 Carmicheal Rd.
Montgomery, AL. 36106

Dear Sir:

My name is Alonzo Austin. I am Ruth H. Lewis's agent, her
attorney in- fact. For confirmation please see document en-
titled Durable General Power of Attorney and identified as
Exhibit A. I demand of you that Ruth H. Lewis be released
to me Alonzo Austin, her agent and Attorney in fact immediat-
ely pursuant to code of Al. 1975 § 26-1-2 sub paragraph A, B,.
Call Lawyer Bulls at 727-1079 if you have any legal questions
regarding Mrs. Lewis's competency. Mrs. Lewis is housed in
one of your Asissted Living Facility namely Mason Manor
addressed at 5888 Cherry Hill Road and being held against
her will for reasons that have not been substantiated at
this time. Mr. Mason , I expect your full coorperation
for I am sending a copy of this letter to the Attorney Generals
office care of Attorney Spence Singleton. Please be adcised
that I am asking for a full investigaton by the office of the
district attorney in Macon County. A prompt reply is expected
from you.

Sincerely

Alonzo Austin
Alonzo Austin

asissx

Assisted Living facility,

P.S. This is Ms. Ruth H. Lewis, my Clients
Last know address 5888 Cherry Hill Rd.
Mason manor
Montgomery, Al.
Ph. # 288-2288

The Montgomery Police disrespected the Durable General Power of attorney
I Last spoke with her on 6/10/94 at the above
facility - When I was Forced to Leave h..
'fy. police on...

# CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Document upon.

Gidiere, Hinton, Herndon & Christman
Attorneys At Law
60 Commerce Street, Suite 904
Montgomery, AL 36104

by depositing Same in the U.S. mail postage prepaid on the 9th day of April 2007

Alonzo Austin, pro Se
Alonzo Austin, pro Se
by Alonzo Austin, pro Se
ALONZO AUSTIN
1321 River-Carlis Rd.
Tuskegee, Al. 36083
Ph # (334) 727-5476