IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRACT OF ALABAMA

ALONZO AUSTIN, Executor, For
RUTH H. LEWIS, Estate
    Plaintiff(S)
VS.
MODERN WOODMEN OF AMERICA,
et al,
    Defendant(S)

CIVIL ACTION NO.
3:07-CV-138-MHT-WC

RECEIVED 2007 APR 10 P 12: [?] DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT AL

## Plaintiff(S) Motion for Summary Judgement, in response to Defendant(S) Motion to DISMISS.

Plaintiff(S) pursuant to RULE 56, of the federal Rules of Civil Procedure, Moves the court to enter Summary Judgment, for the Plaintiff(S), on the grounds that there is no genuine issue as to any material fact, and the Plaintiff(S), is entitled to Judgement, as a matter of Law.

In Support of this motion plaintiff(S) refers to the record in this action, including the Complaint the Answer to it and Plaintiff(S) attached Affidavit and Exhibit's "A", "B" & "C" by Alonzo Austin pro se

ALONZO AUSTIN

Address: 1321 Oliver-Carlis Rd, Tuskegee, AL. 36083, Ph# (334) 727-5476

IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Alonzo Austin, Executor for )
Ruth H. Lewis, Estate )
    Plaintiff(s) )
Vs. ) CIVIL ACTION NO.
Modern Woodmen of America ) 3:07-CV-138-MHT-WC
et. al, )
    Defendant(s) )

RECEIVED 2007 APR 10 P 12:37 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Affidavit in Support of Motion for Summary Judgement

STATE OF ALABAMA ) ss.
COUNTY OF MACON )

   ALONZO AUSTIN who, being first duly sworn, deposes and says:

1. I am ALONZO AUSTIN, and have personal knowledge of the facts set forth.

   This affidavit is submitted in support of the Plaintiff(s) Motion for Summary Judgement, for the purpose of showing that there is in this action no genuine issue as to any material fact and that the Plaintiff(s) is entitled to Judgement as a matter of Law. As issue is Constitutional in Nature.

2. THE Defendant(s) Regions Bank and Plaintiff(s) ("have one Thing in Common") Namely Plaintiff(s) 1992 Buick Skylark GS, VIN# 1G4NM14NONC620001, the same vehicle that Circuit Judge, OF Macon County Alabama, Howard F. Bryan, Divested Plaintiff(s), OFF when Plaintiff(s) refused to Obey his Order to return Title Back to Ruth M. Lewis Estate. Pursuant to Alabama Rule OF Civil Procedure 70, on or near March 22, 1994.

3. Plaintiff(s) Learned From A Certified History Report payed for by Same and dated 1/24/97 See attached as exhibit "A" From THE STATE OF ALABAMA, DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION, LIEN, Date 06 28 96  TITLE# 20077109 - OWNER: PATRICK, SAMUEL, LIEN HOLDER NAME: FIRST ALABAMA BANK OF MONTGOMERY ADDRESS: P.O. Box 511, AL. ZIP: 36101

4. See also Attached exhibit "B" Reference: MERGER/NAME CHANGE, Please See Comment Section of this Document Wherein Plaintiffs Learned of THE Defendant(s) involvement into the Purchasing and Placing of A LIEN ON Vehicle.

2 OF 2

5. Plaintiff(s) VEHICLE, REMAINS Under this UNLAWFUL CLOUD!! plaintiff(s), made many attempts to get Regions Bank, to UNDO this UNLAWFUL Contract via telephone but to NO avail. In Conclusion, Given the history of this Vehicle, with Plenty of Document Regions, Knew or should have known and certainly they knew after: Plaintiff(s) informed THE DEFENDANT(S) REGIONS BANK, that the title was a fraud. And that Plaintiff(s) still had the original TITLE, and still to this day Have it in my possession. In Conclusion REGIONS BANK, was given many opportunities to recind the illegal transaction involving this Vehicle, but Defendants, chose instead, to play along with the STATE ACTOR of Macon & Montgomery Counties, with the one constant civilian Juanita K. Upshaw, who unfortunely dragged her Mother, the Late Carolyn Key into this Horrible unlawful mess, (May She Rest in Peace See Exhibit "3" also Attached. Alonzo Austin, pro se

Jerry R. McRae, Notary          by Alonzo Austin, pro se
Com. Expires 2-28-09

*Fraudulent on to Illegal Title*

*Regions Bank From the Certified History files of Alonzo Austin Exhibit "A"*

```
                          STATE OF ALABAMA                    DATE : 01/24/97
                       DEPARTMENT OF REVENUE                  TIME : 11:38:45
              MOTOR VEHICLE DIVISION: TITLE/TAG SECTION
 VIN INQ: _____     DUP: _ TITLE#: 20077109
-------------------------------------------------------------------------------
    TRANS CODE: 03      ISSUE DATE: 09 24 96      LEGENDS: 71 _ _ _ _
-------------------------------------------------------------------------------
 VEHICLE-- VIN#: 1G4NM14N0NC620001  DUP CODE: _    MAKE: BUIC    YEAR: 92
           MODEL: SKYLARK   BODY: 2D  P.A.T.#: 19651554  CYL: 04  N/U/R/D: U
           PUR DATE: 06 28 96  #LIENS: 1  COLOR: GRN     ODOMETER: 0022501
-------------------------------------------------------------------------------
 OWNER----- NAME: PATRICK SAMUEL              ADD: 1301 AUBURN ST
            CITY: TUSKEGEE                    ST:  AL   ZIP: 36083
-------------------------------------------------------------------------------
 OPERATOR-- NAME: _____            ADD: _____
            CITY: _____            ST: _  ZIP: _____
-------------------------------------------------------------------------------
 MAIL TO    NAME: _____            ADD: _____
 ADDRESS--- CITY: _____            ST: _  ZIP: _____
-------------------------------------------------------------------------------
 PATRICK SAMUEL              TAG#: YA102          TYPE: HC
 1301 AUBURN ST              DECAL#: 00007458     ISS DATE: 07 09 96
 TUSKEGEE     AL 36083       MIN: 97              EXP DATE: 06 97
```

*Merged With Regions* ←

```
                          STATE OF ALABAMA                    DATE : 01/24/97
                       DEPARTMENT OF REVENUE                  TIME : 11:39:54
                       MVR TITLE: LIENHOLDERS

       TITLE#: 20077109   OWNER: PATRICK SAMUEL
-------------------------------------------------------------------------------
 _ INQUIRY   LIEN#: 1   LIEN DATE: 06 28 96
 LIEN        NAME: FIRST ALABAMA BANK OF MONTG    ADD: P O BOX 511
 HOLDER----  CITY: MONTG                          ST: AL   ZIP: 36101
-------------------------------------------------------------------------------
 _ INQUIRY   LIEN#: _   LIEN DATE: __ __ __
 LIEN        NAME: _____               ADD: _____
 HOLDER----  CITY: _____               ST: _  ZIP: _____
-------------------------------------------------------------------------------
 _ INQUIRY   LIEN#: _   LIEN DATE: __ __ __
 LIEN        NAME: _____               ADD: _____
 HOLDER----  CITY: _____               ST: _  ZIP: _____
-------------------------------------------------------------------------------
 _ INQUIRY   LIEN#: _   LIEN DATE: __ __ __
 LIEN        NAME: _____               ADD: _____
 HOLDER----  CITY: _____               ST: _  ZIP: _____
-------------------------------------------------------------------------------
 LAST OF LIENHOLDERS FOR THIS TITLE
```

*ATTN:*                                    *Fax. 972-448-6035*

Exhibit "B"

1.1b                          CONTACT VIEW SCREEN

```
    Subject: FIRST ALABAMA BANK           FIN:              CFO: 150
 City/State: MONTGOMERY      / AL         Cons #:      Cons Date:   /  /
    Tax ID#:                                           Recv Date:   /  /
  Inst Name: FIRST ALABAMA BANK                        Term Date:   /  /

   Category: MERGER/NAME CHANGE              .       Contract:    -  -  -

  Asset Mgr: FIRST ALABAMA BANK                      Contact:

    Address: 44 FIRST ALABAMA PLAZA                    Phone: (    )    -
           :                                             FAX: (    )    -
    City/St: MONTGOMERY            AL 36101-
```

Comments: EST. 01/01/28. CERT # 12368. CHANGED TITLE TO REGIONS BANK IN 1996
          HOME OFFICE IN BIRMINGHAM.

Nov. 1996

                  Last Update: 08/27/97     By: HERZERJ
          Strike any key when you are finished viewing this screen.

**NOTICE**

The owner is ALIVE !!!!
the NAME is ALONZO AUSTIN Registered owner

CERTIFICATION  Exhibit "C"

Montgomery, Alabama
It is hereby certified that this document is a true, and correct microfilm copy of a record duly recorded in this division. This 24 day of Jan 19 97
OFFICIAL; Attest [signature] Shaw
Motor Vehicle Division
Registration Section
State of Alabama

from file of Alonzo Austin
Executor for Ruth W. Lewis testatrix
Fraudulent executed Document by Probate Judge moved to Circuit Judge Howard F. Bryan now they have Keever Motor Company involved will (they've) got more

Jan 24, 1997

MVT 5-6
R-4/89

19651554

STATE OF ALABAMA
DEPARTMENT OF REVENUE
MOTOR VEHICLE DIVISION
P.O. BOX 327640
MONTGOMERY, AL 36132-7640
PHONE #(205) 242-9000

TYPE ONLY                                   TYPE ONLY

AFFIDAVIT FOR ASSIGNMENT OF TITLE
FOR A VEHICLE WHEN DECEASED OWNER DIES WITHOUT A WILL

The undersigned states that __Ruth Lewis__ who resided
                              (Name of Deceased)
at __1305 MLK Highway,__ __Tuskegee,__ __Al.__ __36083__
      Address                City         State
__36083__ died on the __26__ day of __Nov.__, 19__94__
Zip Code

and at the time of death, the deceased was the owner of the following described
vehicle: __Buick__, __Skylark__, __1992__, Vehicle Identification
          Make      Model       Year
Number __1G4NM14N0NC620001__, Title Number __16422187__.

The undersigned further states that he is one of the heirs of the deceased and
it is the desire of the said heirs that the vehicle described above be assigned
and titled in the name of __Keever Motor Co.__.

I certify, under penalty of perjury, that the above information is true and
correct.

__Carolyn Key__
Signature of Next of Kin

May 7, 1996
Date

SUBSCRIBED AND SWORN TO BEFORE ME THIS

__7__ DAY OF __MAY__, 19__96__.

__Mary H. Rutherford__
Notary Public

My commission expires __6/13__, 19__98__.

NOTE: THIS AFFIDAVIT MUST BE SUBMITTED AS A SUPPORTING DOCUMENT WHEN APPLYING
FOR A CERTIFICATE OF TITLE FOR A VEHICLE WHEN DECEASED OWNER DIES WITH-
OUT A WILL.

## CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Document upon:

Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

or upon Regions Bank

by depositing Same in the United States mail with Postage prepaid this the 10th Day of April 2007

by: Alonzo Austin, pro se
Alonzo Austin
1321 River Carlis Rd.
Tuskegee, AL 36083
Ph # (334) 727-5476