**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Adams v. Davenport et al

**Case Number:** 3:07-cv-00138-MHT

**Referenced Pleading:** MOTION for Summary Judgment (re: Regions Bank) - doc. 77

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

ALONZO AUSTIN, Executor, for
RUTH H. LEWIS, Estate
    Plaintiff(s)

VS.

MODERN WOODMEN OF AMERICA
et al,
    Defendant(s)

CIVIL ACTION NO. 3:07-CV-138-MHT-WC

RECEIVED 2007 APR 10 P 12:__ DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT AL

## Plaintiff(s) Motion for Summary Judgement, in response to Defendant(s) Motion to DISMISS.

Plaintiff(s) pursuant to RULE 56, of the federal Rules of Civil Procedure, Moves the court to enter Summary Judgment, for the Plaintiff(s), on the grounds that there is No genuine issue as to any material fact, and the Plaintiff(s), is entitled to Judgement, as a matter of Law.

    IN Support of this motion Plaintiff(s) refers to the record in this action, including the Complaint, the answer to it and Plaintiff(s) attached Affidavit and Exhibit's "A", "B" & "C", by Alonzo Austin, pro Se

ALONZO AUSTIN

Address: 1321 Oliver-Carlis Rd, Tuskegee, AL 36083, Ph# (334) 727-5476

IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

Alonzo Austin, Executor for )
Ruth H. Lewis, Estate )
    Plaintiff(s) )
Vs. )  CIVIL ACTION NO.
Modern Woodmen of America ) 3:07-CV-138-MHT-WC
et al, )
    Defendant(s) )

Affidavit in Support of Motion for Summary Judgement

STATE OF ALABAMA ) ss.
COUNTY OF MACON )

   Alonzo Austin who, being first duly sworn, deposes and says:

1. I am ALONZO AUSTIN, and have personal knowledge of the facts set forth.

   This affidavit is submitted in support of the Plaintiff(s) Motion for Summary Judgement, for the purpose of showing that there is in this action no genuine issue as to any material fact and that the Plaintiff(s) is entitled to Judgement as a matter of Law. As issue is Constitutional in Nature.

RECEIVED 2007 APR 10 P 12:37 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

2. THE Defendant(s) Regions Bank and Plaintiff(s) "have one Thing in Common" Namely Plaintiff(s) 1992 Buick Skylark GS, VIN# 1G4NM14NONC620001, the same Vehicle that Circuit Judge, of Macon County Alabama, Howard F. Bryan, Divested Plaintiff(s), off when Plaintiff(s) refused to obey his Order to return Title Back to Ruth M. Lewis Estate. Pursuant to Alabama Rule of Civil procedure 70, on or near March 22, 1999.

3. Plaintiff(s) Learned from A Certified History Report payed for by Same and dated 1/24/97 See attached as exhibit "A" From THE STATE OF ALABAMA, DEPARTMENT OF REVENUE, MOTOR VEHICLE DIVISION, LIEN, Date 06 28 96 TITLE# 20077109 - OWNER: PATRICK, SAMUEL, LIEN HOLDER NAME: FIRST ALABAMA BANK OF MONTGOMERY ADDRESS: P.O. Box 511, AL. ZIP: 36101

4. See also Attached exhibit "B" References MERGER/NAME CHANGE, Please see Comments Section of this Document Wherein Plaintiffs Learned of THE Defendant(s) involvement into the purshasing and Placing of A LIEN on Vehicle.

2 OF 2

5. Plaintiff(s) VEHICLE, REMAINS Under this UNLawFuL CLOud!! plaintiff(s), made many attempts to get Regions Bank, to UNDO this UNLawFuL contract via telephone but to No avail. IN Conclusion, Given the history of this Vehicle, with Plenty of Document Regions, Knew or Should have Known and Certainly they knew after Plaintiff(s) informed THE DEFENDANT(S) REGIONS BANK, that the Title was a fraud. And that Plaintiff(s), Still Had the Origional TITLE, and Still to this day Have it in my possession. IN Conclusion REGIONS BANK, was given many opportunities to recind the Illegal transaction involing this Vehicle, but Defendants, Chose instead, to Play along With the State Actor of Macon & Montgomery Counties, with the One Constent Civilian Juanita K. Upshaw, Who unfortunely dragged her Mother, the Late Carolyn Key into this Horrible unlawful mess, (May She Rest in Peace See Exhibit "3" also Attached. Alonzo Austin, pro se

Jerry R. McRae, Notary               by Alonzo Austin, pro se
Com. Expires 2-28-09

[Notary seal: JERRY R. MCRAE, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

*(Fraudulent on the Illegal Title)*       *Regions Bank From the Certified History*
                                          *Exhibit "A" — files of Executor*
                                          *Alonzo Austin*

```
                        STATE OF ALABAMA                    DATE : 01/24/97
                      DEPARTMENT OF REVENUE                 TIME : 11:38:45
           MOTOR VEHICLE DIVISION:  TITLE/TAG SECTION
 VIN INQ: _____    DUP: _  TITLE#: 20077109
------------------------------------------------------------------------------
    TRANS CODE: 03     ISSUE DATE: 09 24 96    LEGENDS: 71 _ _ _ _
------------------------------------------------------------------------------
 VEHICLE-- VIN#: 1G4NM14N0NC620001  DUP CODE: _   MAKE: BUIC    YEAR: 92
           MODEL: SKYLARK   BODY: 2D  P.A.T.#: 19651554  CYL: 04  N/U/R/D: U
           PUR DATE: 06 28 96  #LIENS: 1  COLOR: GRN    ODOMETER: 0022501
------------------------------------------------------------------------------
 OWNER----- NAME: PATRICK SAMUEL            ADD: 1301 AUBURN ST
            CITY: TUSKEGEE                  ST: AL   ZIP: 36083
------------------------------------------------------------------------------
 OPERATOR-- NAME: _____        ADD: _____
            CITY: _____        ST: _    ZIP: _____
------------------------------------------------------------------------------
 MAIL TO    NAME: _____        ADD: _____
 ADDRESS--- CITY: _____        ST: _    ZIP: _____
------------------------------------------------------------------------------
 PATRICK SAMUEL                TAG#: YA102           TYPE: HC
 1301 AUBURN ST                DECAL#: 00007458      ISS DATE: 07 09 96
 TUSKEGEE     AL 36083         MIN: 97               EXP DATE: 06 97
```

*Merged with Regions* ↑

```
                        STATE OF ALABAMA                    DATE : 01/24/97
                      DEPARTMENT OF REVENUE                 TIME : 11:39:54
                      MVR TITLE:  LIENHOLDERS

          TITLE#: 20077109  OWNER: PATRICK SAMUEL
------------------------------------------------------------------------------
 _ INQUIRY  LIEN#: 1    LIEN DATE: 06 28 96
 LIEN       NAME: FIRST ALABAMA BANK OF MONTG    ADD: P O BOX 511
 HOLDER---- CITY: MONTG                          ST: AL   ZIP: 36101
------------------------------------------------------------------------------
 _ INQUIRY  LIEN#: _    LIEN DATE: __ __ __
 LIEN       NAME: _____             ADD: _____
 HOLDER---- CITY: _____             ST: _    ZIP: _____
------------------------------------------------------------------------------
 _ INQUIRY  LIEN#: _    LIEN DATE: __ __ __
 LIEN       NAME: _____             ADD: _____
 HOLDER---- CITY: _____             ST: _    ZIP: _____
------------------------------------------------------------------------------
 _ INQUIRY  LIEN#: _    LIEN DATE: __ __ __
 LIEN       NAME: _____             ADD: _____
 HOLDER---- CITY: _____             ST: _    ZIP: _____
------------------------------------------------------------------------------

 LAST OF LIENHOLDERS FOR THIS TITLE
```

*ATTN:*                                      *Fax: 972-448-6035*

*Exhibit "B"*

1.1b                              CONTACT VIEW SCREEN

```
     Subject: FIRST ALABAMA BANK           FIN:              CFO: 150
  City/State: MONTGOMERY      / AL         Cons #:     Cons Date:   /  /
      Tax ID#:                                         Recv Date:   /  /
   Inst Name: FIRST ALABAMA BANK                       Term Date:   /  /


    Category: MERGER/NAME CHANGE                   Contract:    -   -

   Asset Mgr: FIRST ALABAMA BANK                    Contact:

     Address: 44 FIRST ALABAMA PLAZA              Phone: (    )    -
            :                                       FAX: (    )    -
     City/St: MONTGOMERY             AL 36101-


    Comments: EST. 01/01/28. CERT # 12368. CHANGED TITLE TO REGIONS BANK IN 1996
              HOME OFFICE IN BIRMINGHAM.
```

*Nov. 1996*

```
              Last Update: 08/27/97      By: HERZERJ
       Strike any key when you are finished viewing this screen.
```

**NOTICE**

The OWNER is ALIVE !!!!
the NAME is ALONZO AUSTIN

CERTIFICATION   Exhibit "C"

Montgomery, Alabama
It is hereby certified that this document is a true, and correct microfilm copy of a record duly recorded in this division. This ___ day of _____ 19 97
OFFICIAL; Attest _____
Motor Vehicle Division
Registration Section
State of Alabama

Registered owner from file of Alonzo Austin
Executor for Ruth W. Lewis testatrix
Fraudulent executed Document by Probate Judge now for Circuit Judge, Howard F. Bryan now they have Keever Motor Company involved. W ill (they've got my car)

Jan 24, 1997

MVT 5-6
R-4/89

1965 1554

STATE OF ALABAMA
DEPARTMENT OF REVENUE
MOTOR VEHICLE DIVISION
P.O. BOX 327640
MONTGOMERY, AL 36132-7640
PHONE #(205) 242-9000

TYPE ONLY                                    TYPE ONLY

AFFIDAVIT FOR ASSIGNMENT OF TITLE
FOR A VEHICLE WHEN DECEASED OWNER DIES WITHOUT A WILL

The undersigned states that __Ruth Lewis__ who resided
                              (Name of Deceased)
at __1305 MLK Highway,__ __Tuskegee,__ __Al.__ __36083__
       Address              City      State
__36083__ died on the __26__ day of __Nov.__, 19__94__
 Zip Code
and at the time of death, the deceased was the owner of the following described
vehicle: __Buick__, __Skylark__, __1992__, Vehicle Identification
           Make      Model      Year
Number __1G4NM14N0NC620001__, Title Number __16422187__.

The undersigned further states that he is one of the heirs of the deceased and
it is the desire of the said heirs that the vehicle described above be assigned
and titled in the name of __Keever Motor Co.__.

I certify, under penalty of perjury, that the above information is true and
correct.

                          __Carolyn Key__
                          Signature of Next of Kin

                          May 7, 1996
                              Date

SUBSCRIBED AND SWORN TO BEFORE ME THIS

__7__ DAY OF __MAY__, 19__96__.

__Mary H Rutherford__
   Notary Public

My commission expires __6/13__, 19__98__.

NOTE: THIS AFFIDAVIT MUST BE SUBMITTED AS A SUPPORTING DOCUMENT WHEN APPLYING
      FOR A CERTIFICATE OF TITLE FOR A VEHICLE WHEN DECEASED OWNER DIES WITH-
      OUT A WILL.

## CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Document upon.

Burr & Forman LLP    Regions Bank
420 North 20th Street, Suite 3100
Birmingham, AL 35203

by depositing Same in the United States mail with Postage Prepaid this the 10th Day of April 2007

by: Alonzo Austin, prose
ALONZO AUSTIN
1321 River Carlis Rd.
Tuskegee, AL 36083
Ph# (334) 727-5476