**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Attorney Deborah H. Biggers
113 East Northside Street
Tuskegee, AL 36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Deborah H Biggers*    ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )
*Deborah H Biggers*

C. Date of Delivery
7-12-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

☐ Certified Mail  ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1713

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540