IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 APR 20 P 1:10
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alonzo Austin, Executor for  )
Ruth H. Lewis, Estate        )
         Plaintiff(s)        )
vs.                          )  CIVIL ACTION NO.
Modern Woodmen of America    )  3:07-CV-138-MHT-WC
et al                        )
         Defendant(s)        )

Motion for Summary Judgement by Plaintiff(s) in response to Motion to Dismiss by Defendant(s)

Plaintiff(s) pursuant to Rule 56 of the Federal Rules of Civil Procedure, Moves the court to enter Summary Judgement for the Plaintiff(s) on the grounds that there is no genuine issue as to any material fact, and the Plaintiff(s) is entitled to Judgement as a matter of Law

In Support of this Motion, Plaintiff(s) refers to the record in this action, including the Complaint, the Answer to it and Plaintiff(s) attached Affidavit and Exhibit "A".

by: Alonzo Austin, Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd
Tuskegee, AL 36083
Ph# (334) 727-5476

IN THE UNITED STATE DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Alonzo Austin, Executor, for
Ruth H. Lewis, estate
  Plaintiff(s)

vs.

Modern Woodmen of America
et. al,
  Defendant(s)

CIVIL ACTION NO 3:07-CV-138-MHT-WC

Affidavit in Support of Motion for Summary Judgement.

STATE OF ALABAMA } ss.
COUNTY OF MACON }

Alonzo Austin, who, being first duly sworn deposes and says:

1. I am Alonzo Austin, and have personal knowledge of the facts set forth.

This affidavit is submitted in support of the Plaintiff(s) Motion for Summary Judgement for the purpose of showing that there is in this action no genuine issue as to any material fact, and that the Plaintiff(s) is entitled to judgement as a matter of law. As issue is Constitutional in Nature.

2. As stated by plaintiff(s) in the Complaint dated February 14, 2007. Probate Court Judge: ALFONZA MENEFEE, after issuing Temporary Tag on March 3, 1993, to plaintiff(s), refused to certify Durable General Power of Attorney, prepared by the Honorable Albert C. Bulls III, for principal RUTH H. LEWIS, and directed plaintiff(s) to tear up the Document, claiming principal Lewis, was unclear and she needed to be protected from people like me!!! after reading same

3. The Document in question is attached as exhibit "A", outlining plaintiff, duties and responsibilities (RES IPSA LOQUITUR).

4. The Document in question was subsequently certified by Probate Court Judge, of Montgomery County, ALABAMA on June 10, 1994, on the same day that plaintiff/Agent was ordered by THE MONTGOMERY CITY POLICE, to separate from Principal Lewis, during their attempt to escape from Mason Manor Assisted Living Facility, in Montgomery, ALABAMA. Where Principal had been held against her will for months after she was kidnapped and unlawfully removed from her home in Tuskegee and hid by the Conspiring Defendant(s) from AGENT

4 of 6

4. Defendant, Probate Judge: ALFONZA MENEFEE initiated "This" "Malicious abuse of Process" on March 18, 1993 against "The Law of Agency" in question with knowledge of its existance.

5. Defendant Probate Judge: ALFONZA MENEFEE established Guardian and Conservatorship on April 29, 1993, over Principal RUTH H. LEWIS.

6. Defendant, Probate Judge: ALFONZA MENEFEE caused a Fraudulent Bond to Issue of $10,000.00 for Principal RUTH H. LEWIS, referring to Principal, RUTH H. LEWIS as WARD.

7. Defendant, PRobate Judge: ALFONZA MENEFEE did on June 6, 1993, issue an Order Voiding Principal LEWIS, DURABLE GENERAL POWER OF ATTORNEY

8. Defendant, PRobate Judge: ALFONZA MENEFEE issued orders on July 22, 1993, August 5, 1993, and September 7, 1993, a judgement/Order of Contempt aimed at "The Law of Agency" primarily to intimidate, arrest and eventually frightened Agent, to breach Fudiciary Duties owed to Agency, thus destroying Same through these corrupt and unlawful bulling tactics, generated by the unlawful acts solely for the purpose of UNLawFuL CONVerSion of Principal LEWIS, Real, Tangible and intangible Property, valued at appropimately $250,000.00 or more...

9. Defendant: Probate Judge: ALFONZA MENEFEE Needed A cast of Actors to help him pull this OFF!!! They are listed below.

(1) Juanita K. Upshaw as Guardian/Conservator.
(2) Deborah HILL BIGGERS as ATTORNEY for Guardian.
(3) Dr. Robert STORY, as Psychiatrist.
(4) GEORGE H. CLAY, as Bonding Agent, for Guardian.
5. SOUTH TRUST BANK, now Wachovia Bank, to Embezzle.
6. ALABAMA Exchange Bank to Embezzle Funds From
7. Sheriff, of Macon County to Arrest Agent!!!!!!!
8. Tuskegee City police, to prevent arrest of Guardian by Principal or Agent, for theft of vehicle and other property, Counsel by Tuskegee City Attorney: FRED GRAY SR.
9. Circuit Judge: Howard F. Bryan, acting as an Appellant Court, and "issuing a Contempt Order".
10. MASON MANOR, Assisted Living Facility to house Principal, against her, will in Montgomery, ALA
11. The Montgomery City Police, to prevent Agent, From Removing Principal, From this Facility
12. The BOARD OF LICENSURE, to convince Agent, that help would come eventually...
13. Regions Bank, to Accept A Fraudulent Title
14. AETNA INSURANCE, to Cancel insurance on Agents, vehicle, while it was still titled to Agent, while So Call Guardian, Juanita Upshaw, refuse to release vehicle, to Agent, with the Tuskegee City Police, laughing in the background...

15. Finally The Law firm of Gray, Sapp, Langford, McGowan, Gray + Nathanson to act as if there were an estate to administer after the mysterious Death of Principal Lewis on November 26, 1994.

16. In conclusion, there is no question as to A probate Courts jurisdiction over Guardian/Conservatorship, However, the question raised by the plaintiff(s) in "The Law of Agency" at the time was did probate COURT Judge: ALFONZA MENEFEE, have "Subject matter jurisdiction" of Principal RUTH H. LEWIS and Agent or Attorney-in fact ALONZO AUSTIN, enabling it to take the actions that it took or was the actions taken by the Defendant(s), Named above unconstitutional, and as such deprived the agency, of its Federally Protected Constitutional Civil Rights of Due process and equal protection via 14th Amendment ect,ect, While acting in the "Clear absence of ALL jurisdiction" under the "Color of STATE Law!!!," Pursuant to or Arising under 42 U.S.C. §1983. . .

(establishing Principal as Ward + Agent as defendant) by. Alonzo Austin pro se

Jerry R. McRae, notary
(Com. Expires 2-28-09)

Alonzo Austin pro se

# CERTIFICATE OF SERVICE

I do hereby Certify that I have this day Served a copy of the foregoing Document upon:

Lanier Ford Shaver & Payne PC
P.O. Box 2087
Huntsville, AL 35804-2087

by depositing same in the U.S. Mail postage prepaid on the 10th day of April, 2007

by Alonzo Austin, Pro Se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL 36083
Ph# (334) 727-5476

HLPY 1481 PAGE 1564

*Exhibit "A"*
*from file*
*of*
*Alonzo Austin*
*Executor for*
*Testatrix*
*Ruth H. Lewis*

STATE OF ALABAMA )
                 )
COUNTY OF MACON  )

### DURABLE GENERAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a <u>DURABLE GENERAL POWER OF ATTORNEY</u>, that I, RUTH H. LEWIS, whose address is P.O. Box 265, 1401 Martin Luther King Highway, Tuskegee, AL 36083, do hereby make, constitute and appoint my cousin, ALONZO AUSTIN whose mailing address is Rte. 3; Box 365, Tuskegee, AL 36083, my true and lawful Attorney-in-Fact, for me and in my name, place and stead, and on my behalf and for my use and benefit and to perform the following duties, to wit:

To exercise or perform any act, power, duty, right or obligation whatsoever that I now have, or may hereafter acquire the legal right, power or capacity to exercise or perform, in connection with, arising from, or relating to any person, item, transaction, thing, business property, real or personal, tangible or intangible, or whatsoever.

To request, ask, demand, sue for, recover, collect, receive and hold and possess all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pension and retirement benefits, insurance benefits and proceeds, any and all documents of title, choses in action, personal and property rights, and demands whatsoever, liquidated or unliquidated, as now are, or shall hereafter become, owned by me, or due, owing, payable, or belonging to me, or in which I have or may hereafter acquire interest, to have, use and talk all lawful means and equitable and legal remedies, procedures and writs in my name for the collection and recovery thereof, and to adjust, sell, compromise and agree for the same, and to make, execute and deliver for me, on my behalf, and in my name all endorsements, acquittances, releases, receipts or other sufficient discharges for the same;

To lease, purchase, exchange, and acquire, and to agree, bargain and contract for the lease, purchase, exchange and acquisition of and to accept, take, receive and possess any real or personal property whatsoever, tangible or intangible, or interest thereon, on such terms and conditions, and under such covenants, as my Attorney-in-Fact shall deem proper;

I grant to my said Attorney-in-Fact full power and authority to do, take and perform all and every act and thing whatsoever

RLPY 1481 PAGE 0565

DURABLE GENERAL POWER OF ATTORNEY:   PAGE TWO OF TWO PAGES
RUTH H. LEWIS TO ALONZO AUSTIN

requisite, proper or necessary to be done, in the exercise of any of the rights and powers herein granted, as fully to all intents and purposes as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my said Attorney-in-Fact, or his substitute shall lawfully do or cause to be done by virtue of this power of attorney and the rights and powers herein granted;

This instrument is to be construed and interpreted as a DURABLE AND GENERAL POWER OF ATTORNEY. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it, limit or restrict, and is not to be construed or interpreted as limiting or restricting, the general powers herein granted to my said Attorney-in-Fact.

The rights, powers and authority of my said Attorney-in-Fact herein granted shall commence upon my signing this Power of Attorney and, in addition, said Power of Attorney shall be in full force and effect upon the disability, incompetency or incapacity of the said principal, RUTH H. LEWIS, and such rights, powers and authority shall remain in full force and effect until the death of the principal, RUTH H. LEWIS. Any action taken in good faith pursuant to the foregoing authority without actual knowledge of my death shall be binding upon me, my heirs, assigns and personal representatives.

Done this 2nd day of February, 1993.

*Ruth H. Lewis*
RUTH H. LEWIS

---

STATE OF ALABAMA    )
                    )
COUNTY OF MACON     )

I, ALBERT C. BULLS III, a Notary Public in and for said County in said State, hereby certify that RUTH H. LEWIS, whose name is signed to the foregoing DURABLE GENERAL POWER OF ATTORNEY and who is known to me, acknowledge before me on this day that, being informed of the contents of said DURABLE GENERAL POWER OF ATTORNEY, he executed the same voluntarily on the day the same bears date.
Given under my hand this 2nd day of February 1993.

ALBERT C. BULLS III, Notary Public
MY COMMISSION EXPIRES: 4/7/94

THIS INSTRUMENT WAS
PREPARED BY
ALBERT C. BULLS III
P. O. BOX 1233
TUSKEGEE INST., AL 36088-1233
TELEPHONE 205-727-1074

1994 JUN 10 PM 1:07

JUDGE OF PROBATE

CERTIFIED COPY
I hereby certify this document was filed in Montgomery County, Alabama on 6/10/94 in
Book 1481
Page 564

*Reese McKinney Jr.*
Judge of Probate