IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:07cv138-MHT |
| | ) |
| MODERN WOODMAN OF | ) |
| AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

For good cause, it is

ORDERED that on or before May 7, 2007, the plaintiff and defendants Modern Woodman of America and the Alabama State Treasurer's Office shall advise the court whether the plaintiff subsequently filed a claim for the unclaimed property at issue in this case with the Alabama State Treasurer's Office and any effect his filing or his failure to file such a claim for funds has on his claims against Modern Woodman of America and the Alabama State Treasurer's Office in this federal lawsuit.

Done this 23rd day of April, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE