IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:07-cv-00138-MHT-WC |
| MODERN WOODMAN OF AMERICA, et al., | ) |
| Defendants. | ) |

## DEFENDANT DEBORAH HILL BIGGERS' MOTION TO DISMISS

Comes now **Defendant Attorney Deborah Hill Biggers,** and respectfully requests that this Honorable Court dismiss this action against her and states the following grounds in support thereof:

1. The Complaint fails to make any specific allegations of wrongdoing by Attorney Deborah Hill Biggers.

2. The Complaint further fails to state a claim upon which relief can be granted.

3. Any possible claims which could be gleamed from the rambling and incomprehensible provisions of the Complaint are barred by any applicable statute of limitations.

DONE THIS __25th__ DAY OF APRIL, 2007.

Respectfully submitted,

DEBORAH HILL BIGGERS (BIG002)
Attorney At Law
113 East Rosa Parks Avenue
Tuskegee, AL 36083
PH: (334) 727-0092
FAX (334) 727-7117

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Defendant Deborah Hill Biggers' Motion to Dismiss upon the following parties of record, by regular U.S. Mail, postage prepaid and properly addressed this __25th__ day of April, 2007:

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Alabama 36083

Charles D. Stewart
Spain & Gillon, L.L.C.
2117 Second Avenue, North
The Zinszer Building
Birmingham, Alabama 35203
*Attorney for Modern Woodman of America*

Joe Espy, III
Melton, Espy & Williams, P.C.
P. O. Drawer 5130
Montgomery, Alabama 36103
*Attorney for Fred Gray, Sr. and Attorney Nathanson*

Jack B. Hinton, Jr.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, Alabama 36104
*Attorney for Mason Manor*

Kimberly Owen Fehl
City of Montgomery Legal Division
P. O. Box 1111
Montgomery, Alabama 36101-0111
*Attorney for Montgomery City Police Department*

John Michael Manasco
State of Alabama Treasury
P. O. Box 302510
State Capitol Building
600 Dexter Avenue, Room S-106
Montgomery, Alabama 36130
*Attorneys for Alabama State Treasurer's Office*

Bettie J. Carmack
Alabama Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130
*Attorney for Alabama State Board of Licensure*

Stanley F. Gray
Gray, Langford, Sapp, McGowan, Gray & Nathanson
P. O. Box 830239
Tuskegee, Alabama 36083
*Attorney for Alabama Exchange Bank President and Robert Davis*

Jason R. Bushby
Jon H. Patterson
Victor L. Hayslip
Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, Alabama 35203
*Attorneys for SouthTrust Bank, SouthTrust Bank President and Regions Bank*

Pamela B. Slate
Slate Kennedy LLC
P. O. Box 388
Montgomery, Alabama 36101
*Attorney for Aetna Insurance Co.*

Howard F. Bryan
101 East Northside Street
Tuskegee, Alabama 36083

Robert Story
802 Crawford Street
Tuskegee, Alabama 36083

Juanita K. Upshaw
P. O. Box 830265
Tuskegee, Alabama 36083

City of Tuskegee Police Department
101 Fonville Street
Tuskegee, Alabama 36083

George Clay
1205 Main Street
Tuskegee, Alabama 36083

_____
**DEBORAH HILL BIGGERS**
**Attorney At Law**