IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALONZO AUSTIN, Executor, for )
RUTH A. LEWIS, Estate )
    Plaintiff(s) )
v. ) Civil Action No. 3:07-CV-138-MHT
MODERN WOODMEN OF AMERICA )
et al, )
    Defendant(s) )

## PLAINTIFF(S), MOTION IN RESPONSE TO ORDER FOR GOOD CAUSE SEEKING ADVISE OF PLAINTIFF(S)

Comes Now, the Plaintiff(s) Alonzo Austin, in response to Order for good Cause, and Moves the Court with respect to the advise sought and offers the following.

1. Plaintiff(s) did not file a claim for the unclaimed property at issue in this case with the Alabama State treasurer's office.

2. The effect would have been had plaintiff(s) signed and received payment from State treasurer(s) office, Plaintiff(s), would be precluded from federal suit claim against the State of Alabama for Damages.

3. However, since Plaintiff(S) refused to File Claim For the unclaimed property at issue with the Alabama State treasurer's office, and in combination with Defendant, MODERN WOODMEN of America, UNSIGNED Waiver, Federal Lawsuit, is Proper, "as the State of Alabama, offers No remedy for the States unjust enrichment and Modern Woodmen, unLawful actions "Under the color of State Law"!!

Respectfully Submitted,
by Alonzo Austin pro Se

Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
Ph# (334) 727-5476

1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476

# Certificate Of Service

I hereby certify that I have this day _April 27, 2007_ served copies of the foregoing documents upon the following by placing same in the U.S. Mail, postage prepaid and properly addressed to:

Signed on this 27th day of April 2007
by Alonzo Austrro, Pro Se

Spain and Gillion, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham AL 35203

Lanier Ford Shaver & Payne PC
P.O. Box 2087
Huntsville, AL 35804-2087

Attorney: Deborah Hill Biggers (correction A.A.)
~~113 East Northside Street~~
~~Tuskegee, AL 36083~~
P.O. Box 1183
Tuskegee Inst., Al. 36087

Circuit Judge: Howard F. Bryan
101 East Northside Street
Tuskegee, AL 36083

Gidiere, Hinton, Herndon & Christman
Attorneys At Law
60 Commerce Street, Suite 904
Montgomery, AL 36104

Melton Espy & Williams, PC
P.O. Drawer 5130
Montgomery, AL 36103-5130

City of Tuskegee, Police Department
1106 Notasulga Road
Tuskegee, AL 36083

Lanier Ford Shaver & Payne PC
P.O. Box 2087
Huntsville, AL 35804-2087

Attn: Kimberly O. Fehl
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111

Dr. Robert Story
802 Crawford Street
Tuskegee, AL 36083

Attorney J. Michael Manasco
P.O. Box 2510
Montgomery, AL 36130-2510

Bettie J. Carmack
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

Gray Langford Sapp McGowan Gray & Nathanson
P.O. Box 830239
Tuskegee, AL 36083-0239

Burr & Forman LLP
420 North 20th Street, Suite 3100
Birmingham, AL 35203

George Clay
1205 Main Street
Tuskegee, Al. 36083

Juanita K. Upshaw
P.O. Box 830265
Tuskegee, Al. 36083