IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:07-cv-00138-MHT-WC |
| | ) |
| MODERN WOODMAN OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW the defendant, George Clay, and hereby moves this Honorable Court to dismiss the Complaint and all aspects of said Complaint relating thereto as against said defendant, George Clay, and as more specific grounds states as follows:

1. Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, the Complaint fails to state a claim upon which relief can be granted.

Defendant specifically avers that plaintiff's only claim as against George H. Clay is found in paragraph 13 of plaintiffs' Complaint which states:

> **Per Court record, a bond issued for guardian Juanita K. Upshaw, of $10,000.00 from Principal Lewis's bank account under color of law on May 10, 1993 by George H. Clay, (Alabama Resident Agent).**

Therefore, plaintiff has failed to state any cause of action as against the defendant George H. Clay.

2  Based upon the allegations in the Complaint and dates asserted the defendant avers that any claims of the plaintiff as against George H. Clay are barred by the statute of limitations.

3. Plaintiff fails to make any allegations that the defendant George H. Clay, who is an individual that owns and operates an independent insurance agency in Tuskegee, Alabama, Clay & Associates Insurance, Inc., has acted under color of state law.

        __s/W. H. Brittain II__
**W. H. BRITTAIN II**
Attorney for defendant,
Clay & Associates, Inc. and George Clay
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
bbrittain@ball-ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Plaintiff**

| | | |
|---|---|---|
| **Alonzo Austin** *Executor for the estate of Ruth H. Lewis* | represented by | **Alonzo Austin** 1321 Oliver-Carlis Rd. Tuskegee, AL 36083 PRO SE |

**Defendant**

| | | |
|---|---|---|
| **Modern Woodman of America** | represented by | **Charles D. Stewart** Spain & Gillon, L.L.C. 2117 Second Avenue, North The Zinszer Building Birmingham, AL 35203 Email: cds@spain-gillon.com |

**Defendant**

**Alfonza Menefee**  represented by  **George W. Royer, Jr**
*Probate Judge, in his individual* Lanier Ford Shaver & Payne PC
*and official capacities* PO Box 2087
 Huntsville, AL 35804-2087
 Email: gwr@lfsp.com

**Defendant**

**Howard F. Bryan**  represented by  **Howard F. Bryan**
*Circuit Judge, in his individual* 101 East Northside Street
*and official capacities* Tuskegee, AL 36083
 PRO SE

**Defendant**

**Deborah H. Biggers**  represented by  **Deborah Hill Biggers**
*Attorney, in her individual and* Deborah Hill Biggers, Atty at Law
*official capacities* 113 East Rosa Parks Avenue
 Tuskegee, AL 36083
 Email: debbig@debbig.com

**Defendant**

**Fred Gray, Sr.**  represented by  **Joseph C. Espy, III**
*Attorney, in his individual and* Melton Espy & Williams, PC
*official capacities* PO Drawer 5130
 Montgomery, AL 36103-5130
 Email: jespy@mewlegal.com

**Defendant**

**Attorney Nathanson**  represented by  **Joseph C. Espy, III**
*in his individual and official* (See above for address)
*capacities*

**Defendant**

**Mason Manor**  represented by  **Jack B. Hinton, Jr.**
 Gidiere, Hinton, Herndon & Christman
 904 Regions Tower
 60 Commerce Street
 Montgomery, AL 36104
 Email: dawn@ghhclaw.com

**Defendant**

**City of Tuskegee Police Department**  represented by  **City of Tuskegee Police Department**
101 Fonville Street
Tuskegee, AL 36083
PRO SE

**Defendant**

**Macon County Sheriff's Department**  represented by  **George W. Royer, Jr**
(See above for address)

**Defendant**

**Montgomery City Police Department**  represented by  **Kimberly Owen Fehl**
City of Montgomery
Legal Division
PO Box 1111
Montgomery, AL 36101-0111
Email: kfehl@ci.montgomery.al.us

**Defendant**

**Robert Story**
*Dr., in his individual and official capacities*  represented by  **Robert Story**
802 Crawford Street
Tuskegee, AL 36083
PRO SE

**Defendant**

**Alabama State Treasurer's Office**  represented by  **John Michael Manasco**
State of Alabama Treasury
P.O. Box 302510
State Capitol Building
600 Dexter Avenue Room S-106
Montgomery, AL 36130
Email: Mike.Manasco@treasury.alabama.gov

**Defendant**

**Alabama State Board of Licensure**

represented by **Bettie J. Carmack**
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130
Email: bcarmack@ago.state.al.us

**Defendant**

**Alabama Exchange Bank President**
*In his or her individual and official capacities*

represented by **Stanley Fitzgerald Gray**
Gray Langford Sapp McGowan Gray & Nathanson
PO Box 830239
Tuskegee, AL 36083-0239
Email: sgray@glsmgn.com

**Defendant**

**Robert Davis**
*in his individual and official capacities*

represented by **Stanley Fitzgerald Gray**
(See above for address)

**Defendant**

**SouthTrust Bank**

represented by **Jason Robert Bushby**
Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203
Email: jbushby@burr.com

**Jon Howard Patterson**
Burr & Forman LLP
3100 Wachovia Tower
420 N. 20th Street
Birmingham, AL 35203
Email: jpatters@burr.com

**Victor L Hayslip**
Burr & Forman LLP
3100 Wachovia Tower
420 N 20th Street
Birmingham, AL 35203
Email: vhayslip@burr.com

**Defendant**

**SouthTrust Bank President**  
*In his or her individual and official capacities*

represented by **Jason Robert Bushby**  
(See above for address)

**Jon Howard Patterson**  
(See above for address)

**Victor L Hayslip**  
(See above for address)

**Defendant**

**Regions Bank**

represented by **Jason Robert Bushby**  
(See above for address)

**Jon Howard Patterson**  
(See above for address)

**Victor L Hayslip**  
(See above for address)

**Defendant**

**Juanita K. Upshaw**  
*In her individual and official capacities*

represented by **Juanita K. Upshaw**  
P.O. Box 830265  
Tuskegee, AL 36083  
PRO SE

**Defendant**

**George Clay**  
*in his individual and official capacities*

represented by **George Clay**  
1205 Main Street  
Tuskegee, AL 36083  
PRO SE

**Defendant**

**Aetna Insurance Co.**

represented by **Pamela B. Slate**  
Slate Kennedy LLC  
PO Box 388  
Montgomery, AL 36101  
Email: pslate@slatekennedy.com

        s/W. H. Brittain II
**W. H. Brittain II**
BALL, BALL, MATTHEWS & NOVAK
Post Office Box 2148
Montgomery, AL 36102
(334) 387-7680
(334) 387-3222 Fax
bbrittain@ball-ball.com