IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALONZO AUSTIN Executor for the )
estate of RUTH H. LEWIS )
Plaintiff(S) )
                                    ) CIVIL
V.                                  ) Case No. 3:07-CV-138 MHT
MODERN WOODMEN OF AMERICA ) (WO)
et. al.                             )
Defendant(S)                        )

## PLAINTIFF(S) OBJECTIONS TO THE SUPPLEMENTAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE.

NOW Comes, pro se Plaintiff(S) and Executor for RUTH H. LEWIS Estate, ALONZO AUSTIN pursuant to 28 U.S.C. § 636(b)(1)(B) and respectfully file his Objection with respect to (DOC. 2, Filed February 16, 2007).

### I INTRODUCTION

1. Specifically relating to Defendant former Circuit Judge Howard F. Bryan, in footnote 3 on page 2 in the report Plaintiff(S) object to Magistrate finding that Defendant Bryan, is not a party because service was not perfected. When in fact, this matter can be remedied by serving Defendant Bryan,

at 402 19th Ave S.W., Lanett, Al. 36863 (Doc. 90 filed on 5/23/07). Plaintiff(s) Now, Demand that Defendant Bryan, be re-served with Complaint and Summons as all the Other Defendants have been (Doc. 2 Fil. on Feb. 16, 07).

2. Plaintiff(s) Object to Magistrate finding that Defendant Bryan, as a private person is Not subject to suit in this §1983 action. Defendant former Circuit Judge, Howard F. Bryan is indeed subject to this Suit as an Individual as he is being sued in both his Individual and Official Capacity ref. (Doc. 90 filed on 5/23/07)

3. Magistrate finding the Defendant Bryan, §1983 Claims are barred by the Statute of Limitations. Which plaintiff(s) also objects too, as the Case was Not Ripe, until February 14, 2006, when plaintiff(s) was notified by Mail, by the State Treasure's Office, of the Unlawful and Fraudulent transfere of his beneficiary Funds From Modern Woodmen to the State of Alabama under Color of State Law. (Doc. 90 Filed 5/23/2007.) in violation of 42 U.S.C §1983, 14th Amendment Rights of Due Process and Equal Protections arising under the U.S. Constitution, and Article [IV] & XIV..

## II. DISCUSSION (Doc.#94 6/12/07)

4. Plaintiff(s) once again objects to the Magistrate finding that all the allegation made by Plaintiff(s) against Defendant Judge Bryan, arise from actions taken by Judge Bryan, in his Judicial Capacity during court proceedings over which he had Jurisdiction. With all Due respect, the Magistrate Can Not speak For Former Circuit Judge Howard F. Bryan, as he, has Not Yet responded to the Complaint However, The Plaintiff(s) were the Target of All these Court orders issued by Defendant Judge Howard F. Bryan, including Civil Action NO. CV-94-36 heard on March 17, 1994 after a Decree had been issued by him on February 24, 1994 transferring Said Cause to the Circuit Court of Macon County and further ordering Alonzo Austin to appear on March 17, 1994 to show cause as to why he should Not be held in Contempt.

This order goes on to say Guardian and Conservator, Juanita Upshaw was present at the March 17, 1994 hearing and was represented by the Honorable Deborah Hill Biggers. Mr. Alonzo Austin, was also present and appeared Pro Se. Truthfully, Plaintiff(s), appeared as Principal Lewis's, Attorney-IN-Fact... In short Defendant Bryan, Divested Plaintiff(s), of his 1992 Buick

in the "Clear Absence of All Jurisdiction" Pursuant to Alabama Rule of Civil Procedure 70. Thus, Judge, will be subject to Liability despite doctrine of Judicial immunity, where he has acted in "Clear absence of all Jurisdiction." See; Moore V. Brewster C.A. 9 (Cal) 1996, 96 F. 3d 1340 Certiorari denied 117 S. Ct. 963, 519 U.S. 1118, 136 L. Ed. 2d 848.

### III CONCLUSION (Doc. 94 filed 6/12/07)

Plaintiff(s) final objection to Magistrates Conclusion (to Dismiss the case altogether) 1, 3, & 4 See: Hunter V. City of Beaumont, E.D. Texas 1994, 867 F. Supp. 496., it reads Dismissal is Not appropriate if pro Se Litigants Pleadings, When Liberally Construed would support existence of cause of action under §1983 even if Litigant does not specifically assert §1983 Violation.

WHEREFORE CONSIDERED PLAINTIFF(S) Prays that Magistrate would reconsider Dismissal of Former Circuit Judge Howard F. Bryan and the other Defendant(s) and all outstanding Motion based upon the grounds cited above.

Respectfully Submitted,
Alonzo Austin pro se
Alonzo Austin pro se

## CERTIFICATE OF SERVICE

I hereby Certify that I have Served a copy of the foregoing documents upon the following by placing a copy of same in the UNITED STATES mail, this 22nd day of June 2007, postage prepaid and properly Addressed to.

Circuit Judge: Howard F. Bryan
~~101 East Northside Street~~
~~Tuskegee, AL 36083~~ 402 19th Ave SW
Lanett, AL, 36863

by Alonzo Austin pro se
ALONZO AUSTIN
1321 Oliver-Carlis Rd.
Tuskegee, AL. 36083
(334) 727-5476