IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., )<br>)<br>  Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. )<br>) | 3:07cv138-MHT |
| MODERN WOODMAN OF AMERICA, )<br>et al., )<br>) | |
|  Defendants. ) | |

ORDER

It is ORDERED that the motion for new trial and motion to amend (Doc. No. 98) are denied.

DONE, this the 30th day of July, 2007.

   /s/ Myron H. Thompson   
UNITED STATES DISTRICT JUDGE