RECEIVED
2007 AUG 16 P 2:45

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

File Number 3:07-CV-00138-MHT-WC

Alonzo Austin, Executor )
for Ruth H. Lewis, Estate )
  Plaintiff's )
Vs. ) Notice of Appeal
Modern Woodmen of America )
et; al, )
  Defendants )

Notice is hereby given that ALONZO AUSTIN, Executor, for RUTH H. LEWIS, Estate (Plaintiff's), in the above Named case, hereby appeal to the United States Court of Appeals for the 11th Circuit from the final judgment entered in this action on the 18th day of July, 2007.

Alonzo Austin pro se
by, Alonzo Austin, pro se
Alonzo Austin
1321 River-Carlis Rd
Tuskegee, AL. 36083
Ph#(334) 727-5476

## CERTIFICATE OF SERVICE

I do hereby certify that I have served on this day a copy of the foregoing document upon the Defendant's Counsel; or Defendant's.

Spain and Gillion, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham AL 35203

by depositing same in the U.S. mail postage prepaid on the 16th day of August, 2007

Alonzo Austin Pro Se

by Alonzo Austin Pro se
Alonzo Austin
1321 Oliver-Carlis Rd.
Tuskegee, Al. 36083
Ph# (334) 727-5476