# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

**U.S. COURT OF APPEALS RECEIVED CLERK AUG 2 0 2007 ATLANTA, GA.**

DEBRA P. HACKETT
CLERK

RECEIVED
2007 AUG 24 A 11: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TELEPHONE (334) 954-3610

August 17, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-07-T-00138-EOURT
USCA No. 07-13843-BB

IN RE: ALONZO AUSTIN V. MODERN WOODMAN OF AMERICA, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
_X_ No              Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid;_X_ Yes,___No: 08/16/2007 Date , Receipt#  4602000159
___Appellant has been ___GRANTED;___DENIED IFP, Copy of Oder enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MYRON H. THOMPSON
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
  ___Volume(s) of Pleadings, _ Volume(s) of Transcripts,
  ___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____
  ___Exhibits:____Envelope
  ___Volume (s) of Original Papers

cc:                                 Sincerely,

                                    DEBRA P. HACKETT, CLERK

                                    By: _Donna M. Mayfleet_
                                        Deputy Clerk