## UNITED STATES DISTRICT COURT
DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

November 16, 2007

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No **CV-07-T-138-E**

USCA No.  **07-13843-B**

In Re: **ALONZO AUSTIN VS. MODERN WOODMAN OF AMERICA**

---

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

_2_ Volume(s) of Pleadings

__ Volume(s) of Transcripts

__ Exhibits: __ Box:__Binders: ___Envelopes;

__ Other:___SEAL Envelope (s) :__ PSI(s)

____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc: ALONZO AUSTIN           ALEX L. HOLTSFORD, JR.      VICTOR L. HAYSLIP
    HOWARD F. BRYAN         KIMBERLY OWEN FEHL
    CHARLES D. STEWART      ROBERT STORY
    GEORGE W. ROYER, JR.    JOHN MICHAEL MANASCO
    DEBORAH HILL BIGGERS    BETTIE J. CARMACK
    JOSEPH C. ESPY, III     STANLEY FITZGERALD GRAY
    JACK B. HINTON, JR.     JASON ROBERT BUSHBY
    S. MARK DUKES           JON HOWARD PATTERSON

CM/ECF - U.S. District Court: ALMD - Docket Report	Case 3:07-cv-00138-MHT-TFM    Document 104-2    Filed 11/16/2007    Page 1 of 17    https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?974129709581006-L...

APPEAL, CLOSED, MAG+

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00138-MHT-TFM
### Internal Use Only

Austin v. Modern Woodman of America et al (MAG+)  
Assigned to: Honorable Myron H. Thompson  
Referred to: Honorable Terry F. Moorer  
Demand: $2,000,000  
Case in other court: 07-13843-BB  
Cause: 42:1983 Civil Rights Act  

Date Filed: 02/14/2007  
Date Terminated: 07/18/2007  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

### Plaintiff

**Alonzo Austin**  
*Executor for the estate of Ruth H. Lewis*

represented by **Alonzo Austin**  
1321 Oliver-Carlis Rd.  
Tuskegee, AL 36083  
(334) 727-5476  
PRO SE  

V.

### Defendant

**Modern Woodman of America**

represented by **Charles D. Stewart**  
Spain & Gillon, L.L.C.  
2117 Second Avenue, North  
The Zinszer Building  
Birmingham, AL 35203  
205-328-4100  
Fax: 205-324-8866  
Email: cds@spain-gillon.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

### Defendant

**Alfonza Menefee**  
*Probate Judge, in his individual and official capacities*

represented by **George W. Royer, Jr**  
Lanier Ford Shaver & Payne PC  
PO Box 2087  
Huntsville, AL 35804-2087  
256-535-1100  
Fax: 533-9322  
Email: gwr@lfsp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Howard F. Bryan**
*Circuit Judge, in his individual and official capacities*

represented by **Howard F. Bryan**
402 19th Ave. SW
Lanett, AL 36863
PRO SE

**Defendant**

**Deborah H. Biggers**
*Attorney, in her individual and official capacities*

represented by **Deborah Hill Biggers**
Deborah Hill Biggers, Attorney at Law
113 East Rosa Parks Avenue
Tuskegee, AL 36083
334-727-0092
Fax: 334-727-7117
Email: debbig@debbig.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fred Gray, Sr.**
*Attorney, in his individual and official capacities*

represented by **Joseph C. Espy, III**
Melton Espy & Williams, PC
PO Drawer 5130
Montgomery, AL 36103-5130
334-263-6621
Fax: 334-269-9515
Email: jespy@mewlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Attorney Nathanson**
*in his individual and official capacities*

represented by **Joseph C. Espy, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mason Manor**

represented by **Jack B. Hinton, Jr.**
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
334-834-9950
Fax: 334-834-1054
Email: dawn@ghhclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **City of Tuskegee Police Department** | represented by | **Stephen Mark Dukes**<br>Nix Holtsford Gilliland Higgin & Hitson, PC<br>P.O. Box 4128<br>Montgomery, AL 36103<br>334-215-8585<br>Fax: 334-215-7101<br>Email: mdukes@nixholtsford.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alex L. Holtsford, Jr.**<br>Nix Holtsford Gilliland Higgins & Hitson PC<br>PO Box 4128<br>Montgomery, AL 36103-4128<br>334-215-8585<br>Fax: 215-7101<br>Email: aholtsford@nixholtsford.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Macon County Sheriff's Department** | represented by | **George W. Royer, Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Montgomery City Police Department** | represented by | **Kimberly Owen Fehl**<br>City of Montgomery<br>Legal Division<br>PO Box 1111<br>Montgomery, AL 36101-0111<br>334-241-2050<br>Fax: 241-2310<br>Email: kfehl@montgomeryal.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Story**<br>*Dr., in his individual and official capacities* | represented by | **Robert Story**<br>802 Crawford Street<br>Tuskegee, AL 36083<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **Alabama State Treasurer's Office** | represented by | **John Michael Manasco**<br>State of Alabama Treasury<br>P.O. Box 302510<br>State Capitol Building<br>600 Dexter Avenue Room S-106<br>Montgomery, AL 36130<br>334-353-0050<br>Fax: 334-353-0056<br>Email: Mike.Manasco@treasury.alabama.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Alabama State Board of Licensure** | represented by | **Bettie J. Carmack**<br>Alabama Attorney General's Office<br>11 South Union Street<br>Montgomery, AL 36130<br>334-353-5305<br>Fax: 334-242-2433<br>Email: bcarmack@ago.state.al.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Alabama Exchange Bank President**<br>*In his or her individual and official capacities* | represented by | **Stanley Fitzgerald Gray**<br>Gray Langford Sapp McGowan Gray & Nathanson<br>PO Box 830239<br>Tuskegee, AL 36083-0239<br>334-727-4830<br>Fax: 334-727-5877<br>Email: sgray@glsmgn.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Davis**<br>*in his individual and official capacities* | represented by | **Stanley Fitzgerald Gray**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **SouthTrust Bank** | represented by | **Jason Robert Bushby**<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203 |

|  |  |
|---|---|
|  | 205-458-5260<br>Fax: 205-244-5761<br>Email: jbushby@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon Howard Patterson**<br>Burr & Forman LLP<br>3100 Wachovia Tower<br>420 N. 20th Street<br>Birmingham, AL 35203<br>205-458-5207<br>Fax: 205-244-5732<br>Email: jpatters@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victor L Hayslip**<br>Burr & Forman LLP<br>3100 Wachovia Tower<br>420 N 20th Street<br>Birmingham, AL 35203<br>205-251-3000<br>Fax: 205-458-5100<br>Email: vhayslip@burr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**SouthTrust Bank President**<br>*In his or her individual and official capacities* | represented by **Jason Robert Bushby**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jon Howard Patterson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victor L Hayslip**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Regions Bank** | represented by **Jason Robert Bushby**<br>(See above for address) |

CM/ECF - U.S. District Court: ALMD - Docket Report    Case 3:07-cv-00138-MHT-TFM    Document 104-2    Filed 11/16/2007    Page 6 of 17    https://ecf.almd.circ11.dcn/cgi-bin/DktRpt.pl?741287093811006-L...

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon Howard Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor L Hayslip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Juanita K. Upshaw**
*In her individual and official capacities*

represented by **Juanita K. Upshaw**
P.O. Box 830265
Tuskegee, AL 36083
*PRO SE*

**Defendant**

**George Clay**
*in his individual and official capacities*

represented by **William Henry Brittain, II**
Ball Ball Matthews & Novak PA
PO Box 2148
Montgomery, AL 36102-2148
334-387-7680
Fax: 387-3222
Email: bbrittain@ball-ball.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aetna Insurance Co.**

represented by **Pamela B. Slate**
Slate Kennedy LLC
PO Box 388
Montgomery, AL 36101
334-262-3300
Fax: 334-262-3301
Email: pslate@slatekennedy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

BEGIN VOL. 1.

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350.00 receipt number 113102.), filed by Alonzo Austin. (Attachments: # 1 Exhibit A# 2 Exhibit |

**CONT. VOL. 1.**

| | | |
|---|---|---|
| | | B)(vma, ) (Entered: 02/15/2007) |
| 02/16/2007 | 2 | ORDER REFERRING CASE to Magistrate Judge Wallace Capel, Jr for action or recommendation on all pretrial matters. Signed by Judge Myron H. Thompson on 2/16/07. (vma, ) (Entered: 02/16/2007) |
| 02/20/2007 | 3 | Summons Issued as to City of Tuskegee Police Department, Macon County Sheriff's Department, Montgomery City Police Department, Robert Story, Alabama State Treasurer's Office, Alabama State Board of Licensure, Alabama Exchange Bank President, Robert Davis, SouthTrust Bank, SouthTrust Bank President, Regions Bank, Juanita K. Upshaw, George Clay, Modern Woodman of America, Alfonza Menefee, Howard F. Bryan, Deborah H. Biggers, Fred Gray, Sr, Attorney Nathanson, Mason Manor; summons and complaint mailed by cmrrr to named defendants. (vma, ) (Entered: 02/20/2007) |
| 02/22/2007 | 4 | Summons Issued as to Aetna Insurance Co.; summons and complaint mailed by cmrrr to named defendant (vma, ) (Entered: 02/23/2007) |
| 02/22/2007 | 5 | Return Receipt Card showing service of summons and complaint signed by S Davis for Alabama State Treasurer's Office served on 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/23/2007) |
| 02/22/2007 | 6 | Return Receipt Card showing service of summons and complaint for City of Tuskegee Police Department signed by Charlie Bowen served on 2/21/2007, answer due 3/13/2007. (vma, ) . (Entered: 02/23/2007) |
| 02/22/2007 | 7 | Return Receipt Card showing service of summons and complaint signed by Nichole Hoe for Mason Manor served on 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/23/2007) |
| 02/22/2007 | 8 | Return Receipt Card showing service of summons and complaint signed by K. Nlorsen for Regions Bank served on 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/23/2007) |
| 02/22/2007 | 9 | Return Receipt Card showing service of summons and complaint signed by Adam Clay for George Clay served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 | 10 | Return Receipt Card showing service of summons and complaint signed by Stacy Jowers for Robert Story served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 | 11 | Return Receipt Card showing service of summons and complaint signed by Loretta McCain for Macon County Sheriff's Department served on 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 | 12 | Return Receipt Card showing service of summons and complaint signed by G. Tyson for Alfonza Menefee served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 | 13 | Return Receipt Card showing service of summons and complaint signed by Clarice Moss for Alabama Exchange Bank President served on |

CONT. VOL. 1.

|   |   |   | 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/27/2007) |
|---|---|---|---|
| 02/26/2007 |   | 14 | Return Receipt Card showing service of summons and complaint signed by Derek Phillips for Juanita K. Upshaw served on 2/23/2007, answer due 3/15/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 |   | 15 | Return Receipt Card showing service of summons and complaint signed by C. Moss for Robert Davis served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 |   | 16 | Return Receipt Card showing service of summons and complaint signed by Darryl Buchholz for Modern Woodman of America served on 2/23/2007, answer due 3/15/2007. (vma, ) Modified on 2/27/2007 - to show file date is 2/26/07; not 2/26/06 (vma, ). (Entered: 02/27/2007) |
| 02/26/2007 |   | 17 | Return Receipt Card showing service of summons and complaint signed by illegible for Alabama State Board of Licensure served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 |   | 18 | Return Receipt Card showing service of summons and complaint signed by Sheila Heard for Howard F. Bryan served on 2/21/2007, answer due 3/13/2007. (vma, ) (Entered: 02/27/2007) |
| 02/26/2007 |   | 19 | Return Receipt Card showing service of summons and complaint for Fred Gray, Sr served on 2/22/2007, answer due 3/14/2007; Attorney Nathanson served on 2/22/2007, answer due 3/14/2007. (vma, ) (Entered: 02/27/2007) |
| 02/28/2007 |   | 20 | Summons Returned Unexecuted by Alonzo Austin as to Mason Manor; summons returned w/letter stating Mason Manor business is closed, etc. (vma, ) (Entered: 02/28/2007) |
| 03/01/2007 |   |   | DISREGARD THIS DOCKET ENTRY - DOCKETED IN ERROR ***SHOULD HAVE BEEN DOCKETED IN 06cv699***Mail Returned as Undeliverable. Mail sent to Muhammad Al-Ameen; Order of 2/21/07 returned w/notation: return to sender; not at this address (vma, ) Modified on 3/1/2007 (vma, ). (Entered: 03/01/2007) |
| 03/01/2007 |   | 21 | Return Receipt Card showing service of summons and complaint signed by Richard Ferman for Aetna Insurance Co. served on 2/26/2007, answer due 3/19/2007. (vma, ) (Entered: 03/01/2007) |
| 03/02/2007 |   | 22 | SUMMONS Returned Executed as to Macon County Sheriff Department. (dmn) (Entered: 03/05/2007) |
| 03/07/2007 |   | 23 | Return Receipt Card showing service of summons & complaint signed by Whitnie Helms for SouthTrust Bank served on 3/6/2007, answer due 3/26/2007. (djy, ) (Entered: 03/07/2007) |
| 03/07/2007 |   | 24 | Return Receipt Card showing service of summons & complaint signed by Whitnie Helms for SouthTrust Bank President served on 3/6/2007, answer due 3/26/2007. (djy, ) (Entered: 03/07/2007) |

CONT. VOL. 1.

| | | |
|---|---|---|
| 03/12/2007 | 25 | MOTION to Dismiss by Fred Gray, Sr., Attorney Nathanson, (w/affidavits attached) (Espy, Joseph) Modified on 3/13/2007 - to add Attorney Nathanson as additional filer & to show affidavits attached)(vma, ). (Entered: 03/12/2007) |
| 03/12/2007 | 26 | STRICKEN FROM THE DOCKET - FILED IN ERROR - DUPLICATION OF DOC. 25*** MOTION to Dismiss by Attorney Nathanson. (Espy, Joseph) Modified on 3/13/2007 (vma, ). Modified on 3/13/2007 (vma, ). (Entered: 03/12/2007) |
| 03/12/2007 | 27 | MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee* by Alfonza Menefee. (Royer, George) (Entered: 03/12/2007) |
| 03/12/2007 | 28 | BRIEF/MEMORANDUM in Support re 27 MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee* filed by Alfonza Menefee. (Royer, George) (Entered: 03/12/2007) |
| 03/12/2007 | 29 | MOTION to Dismiss *Defendant Designated as "Macon County Sheriff Dept."* by Macon County Sheriff's Department. (Royer, George) (Entered: 03/12/2007) |
| 03/12/2007 | 30 | BRIEF/MEMORANDUM in Support re 29 MOTION to Dismiss *Defendant Designated as "Macon County Sheriff Dept."* filed by Macon County Sheriff's Department. (Royer, George) (Entered: 03/12/2007) |
| 03/13/2007 | | NOTICE of Docket Text Correction re 25 MOTION to Dismiss - Modified on 3/13/2007 - to add Attorney Nathanson as additional filer & to show affidavits attached) (No PDF attached to this notice)(vma, ) (Entered: 03/13/2007) |
| 03/13/2007 | | (Court only) ***Motions terminated: 26 MOTION to Dismiss filed by Attorney Nathanson***This motion was filed in error & stricken from the docket. (No PDF attached)(vma, ) (Entered: 03/13/2007) |
| 03/13/2007 | 31 | NOTICE of ERROR re 26 Motion to Dismiss (vma, ) (Entered: 03/13/2007) |
| 03/13/2007 | 32 | MOTION to Dismiss by Regions Bank. (Hayslip, Victor) (Entered: 03/13/2007) |
| 03/13/2007 | 33 | MOTION to Dismiss by SouthTrust Bank, SouthTrust Bank President. (Hayslip, Victor) (Entered: 03/13/2007) |
| 03/13/2007 | 34 | MOTION to Dismiss *and Memorandum of Law In Support Thereof* by Alabama Exchange Bank President, Robert Davis. (Gray, Stanley) Modified on 3/14/2007 - to add Robert Davis as additional filer(vma, ). (Entered: 03/13/2007) |
| 03/13/2007 | | ***Attorney Jon Howard Patterson for Regions Bank, Jason Robert Bushby for Regions Bank added - per doc. 32. (No PDF attached)(vma, ) (Entered: 03/14/2007) |

CONT. VOL. 1.

| 03/13/2007 | | ***Attorney Jon Howard Patterson for SouthTrust Bank and SouthTrust Bank President, Jason Robert Bushby for SouthTrust Bank and SouthTrust Bank President added - per doc. 33. (No PDF attached)(vma, ) (Entered: 03/14/2007) |
|---|---|---|
| 03/13/2007 | | ***Attorney Stanley Fitzgerald Gray for Robert Davis added - per doc. 34. (No PDF attached)(vma, ) (Entered: 03/14/2007) |
| 03/13/2007 | | MEMORANDUM in Support re 34 MOTION to Dismiss filed by Alabama Exchange Bank President, Robert Davis. (No PDF attached; contained within doc. 34)(vma, ) (Entered: 03/14/2007) |
| 03/14/2007 | | NOTICE of Docket Text Correction re 34 MOTION to Dismiss *and Memorandum of Law In Support Thereof* - Modified on 3/14/2007 - to add Robert Davis as additional filer. (No PDF attached to this notice)(vma, ) (Entered: 03/14/2007) |
| 03/14/2007 | 35 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Regions Bank; SouthTrust Bank Corporate Disclosures due by 3/28/2007. (Attachments: # 1 standard order)(vma, ) Additional attachment(s) added on 3/14/2007 (vma, ). (Entered: 03/14/2007) |
| 03/14/2007 | 36 | NOTICE of Correction attaching corrected PDF (w/corrected style of case) re 35 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement, (Attachments: # 1 corrected PDF)(vma, ) (Entered: 03/14/2007) |
| 03/15/2007 | | Case Reassigned to Judge Charles S. Coody. Judge Wallace Capel, Jr no longer assigned to the case as referral judge. (vma, ) (Entered: 03/15/2007) |
| 03/15/2007 | 37 | MOTION to Dismiss by Modern Woodman of America. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23)(Stewart, Charles) (Entered: 03/15/2007) |
| 03/15/2007 | 40 | Summons Returned Unexecuted by Alonzo Austin as to Deborah H. Biggers; summons and complaint returned unexcuted w/notation: returned to sender; unclaimed***(Clerk's office put incorrect name on green card - correction to green card & alias summons will be issued for dft). (vma, ) (Entered: 03/16/2007) |
| 03/16/2007 | 38 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Modern Woodman of America Corporate Disclosures due by 3/30/2007. (Attachments: # 1 standing order)(vma, ) (Entered: 03/16/2007) |
| 03/16/2007 | 39 | NOTICE of Appearance by John Michael Manasco on behalf of Alabama State Treasurer's Office (Manasco, John) (Entered: 03/16/2007) |

CONT. VOL. 1.

| Date | Doc# | Description |
|---|---|---|
| 03/16/2007 | 41 | MOTION to Dismiss by Montgomery City Police Department. (Fehl, Kimberly) (Entered: 03/16/2007) |
| 03/16/2007 | 42 | Alias Summons issued as to Deborah H. Biggers; alias summons and complaint mailed by cmrrr to named defendant. (vma, ) (Entered: 03/16/2007) |
| 03/19/2007 | 43 | NOTICE by Modern Woodman of America *Defendant's Rule 7.1 Disclosure Statement* (Stewart, Charles) (Entered: 03/19/2007) |
| 03/19/2007 | | (Court only) ***Deadlines terminated for Corp/Conflict Disclosure Statement for dft Modern Woodment of America - per doc. 43. (No PDF attached)(vma, ) (Entered: 03/20/2007) |
| 03/21/2007 | 44 | ORDER TO SHOW CAUSE as to why 37 Motion to Dismiss, filed by Modern Woodman of America, should not be granted. Show Cause Response due by 4/5/2007. Signed by Judge Charles S. Coody on 3/21/07. (vma, ) (Entered: 03/21/2007) |
| 03/21/2007 | 45 | ORDER TO SHOW CAUSE as to why 41 Motion to Dismiss filed by Montgomery City Police Department, should not be granted. Show Cause Response due by 4/5/2007. Signed by Judge Charles S. Coody on 3/21/07. (vma, ) (Entered: 03/21/2007) |
| 03/21/2007 | 46 | MOTION to Dismiss *of Aetna Insurance Company of Connecticut, Incorrectly Served as Aetna Insurance Co., not* by Aetna Insurance Co.. (Attachments: # 1 Exhibit A - Affidavit of Tarleton David Williams, Jr. w/ Exhibits 1 & 2)(Slate, Pamela) (Entered: 03/21/2007) |
| 03/21/2007 | 47 | Corporate/Conflict Disclosure Statement by Aetna Insurance Co.. (Slate, Pamela) (Entered: 03/21/2007) |
| 03/23/2007 | 48 | AFFIDAVIT *Supplemental Affidavit of Judy Gackle in Support of the 37 Motion to Dismiss of Defendant, Modern Woodmen of America* by Modern Woodman of America (w/Exhibit A attached). (Stewart, Charles) Modified on 3/26/2007 - to create relationship to doc. 37 motion to dismiss(vma, ). (Entered: 03/23/2007) |
| 03/23/2007 | 49 | MOTION to Dismiss by Alabama State Board of Licensure. (Carmack, Bettie) (Entered: 03/23/2007) |
| 03/23/2007 | 50 | MOTION to Dismiss by Alabama State Treasurer's Office. (Attachments: # 1 # 2 # (3) # 4 # 5 # 6)(Manasco, John) Additional attachment(s) added on 3/26/2007 (vma, ). Additional attachment(s) added on 3/26/2007 (vma, ). (Entered: 03/23/2007) |
| 03/26/2007 | | NOTICE of Docket Text Correction re 48 Affidavit - Modified on 3/26/2007 - to create relationship to doc. 37 motion to dismiss (No PDF attached to this notice)(vma, ) (Entered: 03/26/2007) |
| 03/26/2007 | 51 | NOTICE of Correction attaching corrected PDF (w/corrected cert of service) re 50 MOTION to Dismiss (Attachments: # 1 corrected pdf)(vma, ) (Entered: 03/26/2007) |

**CONT. VOL. 1.**

| | | | |
|---|---|---|---|
| 03/26/2007 | | 52 | NOTICE of Correction attaching corrected PDF (Exhibit 3) re 50 MOTION to Dismiss (Attachments: # 1 corrected pdf)(vma, ) (Entered: 03/26/2007) |
| 03/27/2007 | | 53 | ORDER TO SHOW CAUSE as to why 46 Motion to Dismiss filed by Aetna Insurance Co.,, 49 Motion to Dismiss filed by Alabama State Board of Licensure,, 50 Motion to Dismiss filed by Alabama State Treasurer's Office, should not be granted. Show Cause Response due by 4/11/2007. Signed by Judge Charles S. Coody on 3/27/07. (vma, ) (Entered: 03/27/2007) |

**END VOL. 1.**

**BEGIN VOL. 2.**

| | | | |
|---|---|---|---|
| 03/27/2007 | | 54 | Corporate/Conflict Disclosure Statement by SouthTrust Bank. (Hayslip, Victor) (Entered: 03/27/2007) |
| 03/27/2007 | | 55 | ORDER TO SHOW CAUSE as to why 25 Motion to Dismiss filed by Fred Gray, Sr., Attorney Nathanson, should not be granted. Show Cause Response due by 4/11/2007. Signed by Judge Charles S. Coody on 3/27/07. (vma, ) (Entered: 03/27/2007) |
| 03/27/2007 | | 56 | Corporate/Conflict Disclosure Statement by Regions Bank re 35 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Hayslip, Victor) (Entered: 03/27/2007) |
| 03/29/2007 | | 57 | ORDER TO SHOW CAUSE as to why 32 Motion to Dismiss filed by Regions Bank,, 33 Motion to Dismiss filed by SouthTrust Bank,, SouthTrust Bank President, should not be granted. Show Cause Response due by 4/13/2007. Signed by Judge Charles S. Coody on 3/29/07. (vma, ) (Entered: 03/29/2007) |
| 03/30/2007 | | 58 | MOTION to Dismiss by Mason Manor. (Hinton, Jack) (Entered: 03/30/2007) |
| 04/02/2007 | | | Mail Returned as Undeliverable. Mail sent to George Clay; Order of 3/29/07 returned w/notation: returned to sender; not deliverable as address; unable to forward (vma, ) (Entered: 04/03/2007) |
| 04/03/2007 | | 59 | Joint MOTION to Extend response deadline by Juanita K. Upshaw. (vma, ) (Entered: 04/04/2007) |
| 04/03/2007 | | 60 | ANSWER to Complaint by Juanita K. Upshaw.(vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | | 61 | ORDER TO SHOW CAUSE as to why 58 Motion to Dismiss filed by Mason Manor, should not be granted. Show Cause Response due by 4/19/2007. Signed by Judge Charles S. Coody on 4/4/07. (vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | | 62 | MOTION for Summary Judgment by Alonzo Austin. (Attachments: # 1 Exhibit A# 2 Exhibit B)(vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | | | RESPONSE to Motion re 46 MOTION to Dismiss *of Aetna Insurance Company of Connecticut, Incorrectly Served as Aetna Insurance Co., not,* 32 MOTION to Dismiss, 41 MOTION to Dismiss, 33 MOTION to |

CONT. VOL. 2.

| | | |
|---|---|---|
| | | Dismiss, 29 MOTION to Dismiss *Defendant Designated as "Macon County Sheriff Dept."*, 37 MOTION to Dismiss, 49 MOTION to Dismiss, 58 MOTION to Dismiss, 34 MOTION to Dismiss *and Memorandum of Law In Support Thereof*, 27 MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee*, 50 MOTION to Dismiss, 25 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 62)(vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | 63 | MOTION for Summary Judgment by Alonzo Austin. (Attachments: # 1 Exhibit A)(vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | | RESPONSE to Motion re 46 MOTION to Dismiss *of Aetna Insurance Company of Connecticut, Incorrectly Served as Aetna Insurance Co.*, not, 32 MOTION to Dismiss, 41 MOTION to Dismiss, 33 MOTION to Dismiss, 29 MOTION to Dismiss *Defendant Designated as "Macon County Sheriff Dept."*, 37 MOTION to Dismiss, 49 MOTION to Dismiss, 58 MOTION to Dismiss, 34 MOTION to Dismiss *and Memorandum of Law In Support Thereof*, 27 MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee*, 50 MOTION to Dismiss, 25 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 63)(vma, ) (Entered: 04/04/2007) |
| 04/04/2007 | 64 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Mason Manor Corporate Disclosures due by 4/18/2007. (Attachments: # 1 standing order)(vma, ) (Entered: 04/04/2007) |
| 04/09/2007 | | Mail Returned as Undeliverable. Mail sent to George Clay; Order of 4/4/07 returned w/notation: returned to sender; no such number (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 65 | MOTION to Stay *Pending Resolution of Motions to Dismiss* by Macon County Sheriff's Department, Alfonza Menefee. (Royer, George) (Entered: 04/10/2007) |
| 04/10/2007 | 66 | NOTICE by Macon County Sheriff's Department, Alfonza Menefee re 65 MOTION to Stay *Pending Resolution of Motions to Dismiss of Filing of Attachment to Motion to Stay* (Royer, George) (Entered: 04/10/2007) |
| 04/10/2007 | 67 | ORDER TO SHOW CAUSE as to why 29 Motion to Dismiss filed by Macon County Sheriff's Department,, 27 Motion to Dismiss filed by Alfonza Menefee, should not be granted. Show Cause Response due by 4/24/2007.. Signed by Judge Charles S. Coody on 4/10/07. (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 68 | ORDER granting 59 Motion for Extension to and including 4/25/07, to file any pleadings or dispositive motions in response to the plaintiff's complaint . Signed by Judge Charles S. Coody on 4/10/07. (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 69 | Corporate/Conflict Disclosure Statement by Mason Manor re 64 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Hinton, Jack) (Entered: 04/10/2007) |

**CONT. VOL. 2.**

| 04/10/2007 | 70 | MOTION for Summary Judgment (re: AL State Bd of License) by Alonzo Austin (w/Exhibit A attached). (vma, ) Modified on 4/10/2007 (vma, ). (Entered: 04/10/2007) |
|---|---|---|
| 04/10/2007 |  | RESPONSE to Motion re 49 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 70(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 71 | MOTION for Summary Judgment (re: John Wilson) by Alonzo Austin (w/Exh A attached). (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 72 | MOTION for Summary Judgment (re: Kay Ivey, State of AL Treasurer) by Alonzo Austin (w/Exh attached). (vma, ) Modified on 4/10/2007 (vma, ). (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 50 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 72)(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 73 | MOTION for Summary Judgment (re: Menefee) by Alonzo Austin (w/Exh A attached). (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 27 MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee* filed by Alonzo Austin. (No PDF attached; contained within doc. 73)(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 74 | MOTION for Summary Judgment (re: Fred Gray) by Alonzo Austin (w/Exh A attached). (vma, ) Modified on 4/10/2007 (vma, ). (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 25 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 74) (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 75 | MOTION for Summary Judgment (re: Nathanson) by Alonzo Austin (w/Exh A attached). (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 25 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 75)(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 76 | MOTION for Summary Judgment (re: Manson Manor) by Alonzo Austin (w/Exh A attached). (vma, ) (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 58 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 76)(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 | 77 | MOTION for Summary Judgment (re: Regions Bank) by Alonzo Austin (w/Exh A attached). (vma, ) Additional attachment(s) added on 4/10/2007 (vma, ). (Entered: 04/10/2007) |
| 04/10/2007 | 78 | NOTICE of Correction attaching corrected PDF re 77 MOTION for Summary Judgment (Attachments: # 1 corrected PDF)(vma, ) (Entered: 04/10/2007) |
| 04/10/2007 |  | RESPONSE to Motion re 33 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 71)(vma, ) (Entered: 04/11/2007) |

| | | |
|---|---|---|
| 04/10/2007 | | RESPONSE to Motion re 32 MOTION to Dismiss filed by Alonzo Austin. (No PDF attached; contained within doc. 77)(vma, ) (Entered: 04/11/2007) |
| 04/12/2007 | 79 | REPLY to Response to Motion re 37 MOTION to Dismiss filed by Modern Woodman of America. (Stewart, Charles) (Entered: 04/12/2007) |
| 04/13/2007 | 80 | Return Receipt Card showing service of alias summons and complaint signed by Deborah H. Biggers for Deborah H. Biggers served on 4/12/2007, answer due 5/2/2007. (vma, ) (Entered: 04/16/2007) |
| 04/20/2007 | 81 | MOTION for Summary Judgment (Re: Probate Judge: Alfonza Menefee) by Alonzo Austin. (vma, ) (Entered: 04/23/2007) |
| 04/20/2007 | | RESPONSE to Motion re 27 MOTION to Dismiss *of Macon County Public Judge Alfonza Menefee* filed by Alonzo Austin. (No PDF attached; contained within doc. 81(vma, ) (Entered: 04/23/2007) |
| 04/20/2007 | 82 | MOTION for Summary Judgment (Re: Macon County Sheriff) by Alonzo Austin. (vma, ) Modified on 4/23/2007 (vma, ). (Entered: 04/23/2007) |
| 04/20/2007 | | RESPONSE to Motion re 29 MOTION to Dismiss *Defendant Designated as "Macon County Sheriff Dept."* filed by Alonzo Austin. (No PDF attached; contained within doc. 82)(vma, ) (Entered: 04/23/2007) |
| 04/23/2007 | 83 | ORDER that on or before 5/7/07, the plaintiff and defendants Modern Woodman of America and the Alabama State Treasurer's Office shall advise the court whether the plaintiff subsequently filed a claim for the unclaimed property at issue in this case with the Alabama State Treasurer's Office and any effect his filing or his failure to file such a claim for funds has on his claims against Modern Woodman of America and the Alabama State Treasurer's Office in this federal lawsuit. Signed by Judge Charles S. Coody on 4/23/07. (vma, ) (Entered: 04/23/2007) |
| 04/24/2007 | 84 | RESPONSE in Opposition re 72 MOTION for Summary Judgment filed by Alabama State Treasurer's Office. (Manasco, John) (Entered: 04/24/2007) |
| 04/26/2007 | 85 | MOTION to Dismiss by Deborah H. Biggers. (vma, ) (Entered: 04/26/2007) |
| 04/27/2007 | 86 | Response to Order re 83 Order,, by Alonzo Austin. (vma, ) (Entered: 04/27/2007) |
| 04/30/2007 | 87 | Response to Order *of April 23, 2007* by Modern Woodman of America. (Stewart, Charles) (Entered: 04/30/2007) |
| 05/02/2007 | 88 | Response to Order re 83 Order,, by Alabama State Treasurer's Office. (Manasco, John) (Entered: 05/02/2007) |
| 05/17/2007 | 89 | MOTION to Dismiss by George Clay. (Brittain, William) (Entered: 05/17/2007) |
| 05/18/2007 | | Case Reassigned to Judge Terry F. Moorer. Judge Charles S. Coody no longer assigned to the case as referral judge. (vma, ) (Entered: 05/18/2007) |

| | | |
|---|---|---|
| 05/23/2007 | 90 | REPORT AND RECOMMENDATIONS it is the Recommendation of the Mag Judge that: 1) The Alabama Bd of Medical Licensure's motion to dismiss 49 be granted; 2) The Alabama State Treasury's motion to dismiss 50 be granted; 3) The 1983 claims agaisnt the remaining dfts be dismissed as frivoulous as further set out; 4) Austin's supplemental state law claims be dismissed without prejudice; 5) The motions re 25, 27, 29, 32, 33, 34, 37, 41, 46, 58 & 85 MOTIONS to Dismiss be denied as moot; 6) The motion to stay 65 be denied as moot; 7) This case be dismissed; 8) Any remaining outstanding motions be denied as moot; Objections to R&R due by 6/5/2007. Signed by Judge Terry F. Moorer on 5/23/07. (vma, ) (Entered: 05/23/2007) |
| 05/23/2007 | 91 | MOTION to Quash Service by Howard F. Bryan. (Attachments: # 1 affidavit of Howard F. Bryan)(vma, ) (Entered: 05/24/2007) |
| 05/24/2007 | 92 | MOTION to Dismiss *and Memorandum of Law* by City of Tuskegee Police Department. (Holtsford, Alex) (Entered: 05/24/2007) |
| 05/24/2007 | | ***Attorney S. Mark Dukes for City of Tuskegee Police Department added - per doc. 92. (No PDF attached)(vma, ) (Entered: 05/25/2007) |
| 06/05/2007 | 93 | OBJECTION to 90 Report and Recommendations by Alonzo Austin. (vma, ) (Entered: 06/05/2007) |
| 06/12/2007 | 94 | SUPPLEMENTAL REPORT AND RECOMMENDATIONS re 1 Complaint filed by Alonzo Austin, it is the Recommendation of the Mag Judge that: 1) The 1983 claims against the Defendant Howard F. Bryan be dismissed pursuant to 28 USC 1915(e)(2)(B)(i) - (ii) as he is entitled to absolute judicial immunity; 2) The 91 MOTION to Quash Service filed by Howard F. Bryan be denied as moot; 3) This case be dismissed; 4) Any remaining outstanding motions be denied as moot. Objections to R&R due by 6/25/2007. Signed by Judge Terry F. Moorer on 6/12/07. (vma, ) Modified on 6/12/2007 - to add SUPPLEMENTAL to text (vma, ). (Entered: 06/12/2007) |
| 06/12/2007 | | NOTICE of Docket Text Correction re 94 REPORT AND RECOMMENDATIONS re 1 Complaint filed by Alonzo Austin, - Modified on 6/12/2007 - to add SUPPLEMENTAL to text. (No PDF attached to this notice)(vma, ) (Entered: 06/12/2007) |
| 06/22/2007 | 95 | OBJECTION to 94 Supplemental Report and Recommendations by Alonzo Austin. (cc, ) (Entered: 06/25/2007) |
| 07/18/2007 | 96 | OPINION . Signed by Judge Myron H. Thompson on 7/18/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 07/18/2007) |
| 07/18/2007 | 97 | JUDGMENT it is the Order, Judgment, and Decree of the court as follows: 1) Plaintiff's objections docs. 93, 95 are overruled; 2) The US Mag Judge's recommendations docs. no. 90, 94 are adopted ; 3) Motions to dismiss docs 49 & 50 are granted; 4) The federal claims are dismissed pursuant to 28 USC 1915(e); 5) The state-law claims are dismissed |

CONT. VOL. 2.

| | | |
|---|---|---|
| | | without prejudice; 6) All remaining motions are denied as moot; 7) This lawsuit is dismissed in its entirety; It is further Ordered that costs are taxed agaisnt plaintiff, for which execution may issue; The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the FRCP.. Signed by Judge Myron H. Thompson on 7/18/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 07/18/2007) |
| 07/26/2007 | 98 | MOTION for New Trial by Alonzo Austin. (vma, ) (Entered: 07/27/2007) |
| 07/26/2007 | | MOTION to Amend 97 Judgment, FRCP 59 by Alonzo Austin. (No PDF attached; contained within doc. 98)(vma, ) (Entered: 07/27/2007) |
| 07/27/2007 | | Motions No Longer Referred to Judge Moorer: MOTION to Amend/Correct 97 Judgment, 98 MOTION for New Trial (No PDF attached)(vma, ) (Entered: 07/27/2007) |
| 07/30/2007 | 99 | ORDER denying 98 Motion for New Trial and, denying Motion to Amend. Signed by Judge Myron H. Thompson on 7/30/07. (vma, ) (Entered: 07/30/2007) |
| 08/16/2007 | 100 | NOTICE OF APPEAL by Alonzo Austin from the 96 Opinion and 97 Judgment entered 7/18/2007. Copies mailed. (dmn) (Entered: 08/16/2007) |
| 08/16/2007 | 101 | USCA Appeal Fees received, $455 receipt number 4602000159 re 100 Notice of Appeal filed by Alonzo Austin. (dmn) (Entered: 08/16/2007) |
| 08/17/2007 | | Transmission of Notice of Appeal and certified copy of Docket Sheet and order to US Court of Appeals re 100 Notice of Appeal. (dmn) (Entered: 08/17/2007) |
| 08/24/2007 | 102 | USCA Case Number 07-13843-BB for 100 Notice of Appeal filed by Alonzo Austin. (dmn) (Entered: 08/27/2007) |
| 08/27/2007 | 103 | RECEIVED TRANSCRIPT REQUEST FORM from PRO SE PLAINTIFF Alonzo Austin re 100 Notice of Appeal with the following notation, "No hearing." (dmn) (Entered: 08/28/2007) |

END VOL. 2.