

| | | |
|---|---|---|
| Gordon Fields/CA11/11/USCOURTS<br>11/06/2007 07:11 AM | To | Yolanda Williams/ALMD/11/USCOURTS@USCOURTS |
| | cc | Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Jan S Camp/CA11/11/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | 1st Request for ROA: 07-13843-BB (DC: 3:07-00138 CV 3 MHT TFM) |

CA11# 07-13843-BB
Alonzo Austin v. Modern Woodman of America
MAL: 3:07-00138 CV 3 MHT TFM
----------------------------------------GORDON FIELDS
Briefing/Closing Docket Clerk
11th Circuit Courts of Appeal
(404) 335-6226