IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ALONZO AUSTIN, etc., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:07cv138-MHT |
| ) | |
| MODERN WOODMAN OF AMERICA, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on May 2, 2008, wherein the final judgment of this court made and entered herein on July 18, 2007 (Doc. no. 97), was in all respects affirmed; and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on August 6, 2008, and received in the office of the clerk of this court on August 6, 2008 (Doc. no. 106), it is the ORDER, JUDGMENT, and DECREE of the court that the final judgment of this court made and entered on July

18, 2007 (Doc. no. 97), is continued in full force and effect.

DONE, this the 7th day of August, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**