

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY AL 36104-4055

August 06, 2008

**Appeal Number: 07-13843-BB**
Case Style: Alonzo Austin v. Modern Woodman of America
District Court Number: 07-00138 CV-3-MHT-TFM

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-13843-BB**
Case Style: Alonzo Austin v. Modern Woodman of America
District Court Number: 07-00138 CV-3-MHT-TFM

---

The following record materials in the referenced case are returned herewith:

    Record on Appeal VOL(S)  two volumes

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

    Sincerely,

    THOMAS K. KAHN, Clerk

    Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)